§ 42:12 CO. PLAINT FOR TEMPORARY RESTRAINING ORDER, AND PRELIMINARY AND PERMANENT INJUNTION [FED R CIV P RULES 8(A), 65]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
CIVIL DIVISION....

PLAINTIFF.

PETER CHAVEZ GODINEZ

V.

DEFENDANT.

F.B.I SPECIAL AGENT ERICK LAMOE, & THE F.B.I AGENCY
ALL SPECIAL AGENTS AND SECRET GOVT OPERATIVES, SPECIAL SPYING-
INTELL-IGENCE, NEURO UNIVERSAL TECHNOLOGY
950 SOUTH BASCOM AVENUE
SAN JOSE CALIF. 95128. (408) 535-4646

E-filing

**FILED**

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL ACTION FILE NO.

CV 08      1417

RMW

(PR)

COMPLAINT FOR PRELIMINARY RESTRAINING ORDER AND FOR TEMPORARY AND PERMANENT INJUNCTION...

**I.**

PLAINTIFF: PETER CHAVEZ GODINEZ, HAVE BEEN IN THE CUSTODY OF THE SANTA CLARA COUNTY JAIL DEPARTMENT OF CORRECTIONS, SINCE JUNE/15/2003. AT 885. N. SAN PEDRO STREET, SAN JOSE CALIF. 95110. PLAINTIFF WORKED WITH THE F.B.I AGENCY AND LOCAL STATE GOVT SPECIAL POLICE OFFICERS, SHERIFFS AND DETECTIVES, FROM 1999 TO 04-10-2002. ON THESE SPECIAL INTERNAL GOVERNMENT OFFICIAL REQUEST, FOR THE PLAINTIFF TO ASSIST THESE SPECIAL OFFICIALS, ON SOME FEDERAL AND STATE GOVT, CASES THAT THESE SPECIAL OFFICIALS, HAD UNDER INVESTIGATION. THE PLAINTIFF FROM 1999 TO 07-21-2001 WORKED WITH THESE SPECIAL OFFICIALS AS A C.W. ON 07-21-2001 THE PLAINTIFF KILLED A MALE WHILE OF THESE SPECIAL OFFICIALS SUPERVISION, AND WHILE THE PLAINTIFF HAD THE F.B.I AGENCY, GOVT PAPER CAMERA RECORDER, RECORDING THESE SUBJECTS, THAT WERE UNDER GOVT SPECIAL INVESTIGATION, THE DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, ISSUED THE PLAINTIFF THE F.B.I AGENCY SECRET RECORDER AT APPROX 18:00 HOURS, ON 07-21-2001, FOR THE PLAINTIFF TO RECORD THESE EVENT. THE PLAINTIFF RETURNED HIS INVOLVEMENT INTO THIS HOMICIDE CRIME SCENE TO THE DEFENDANT AGENT LAMOE, WITHIN 70 MINUTES AFTER, THE PLAINTIFF INVOLVEMENT, THE PLAINTIFF GAVE THE DEFENDANT AGENT LAMOE, THE GOVT RECORDER WITHIN 70 MINUTES AFTER THE HOMICIDE OCCURRED. ON 07-23-2001 APPROX 18:00 HOURS, THE PLAINTIFF, MET THE FOLLOWING THREE GOVT SPECIAL INTERNAL OFFICIALS, AT A SECRET OFFICE LOCATION, THESE SPECIAL OFFICIAL, HAD IN THE AREA OF GILROY CALIF, & DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, F.B.I SPECIAL AGENT BRYANT RICHARDSON AND THE WATSONVILLE SPECIAL POLICE OFFICER, ANTHONY MAGDALE, WHERE THE PLAINTIFF, DEBRIEFED THE WHOLE CRIME SCENE AND CRIME INVOLVEMENT INTO THIS HOMICIDE.

**II.**

DEFENDANT. F.B.I SPECIAL AGENT ERICK LAMOE, IS A GOVT AGENT, AT THE FEDERAL BUREAU OF INVESTIGATIONS, AGENCY... 950 SOUTH BASCOM AVENUE, SAN JOSE CALIF 95128. (408) 535-4646 HES PERSONAL OFFICE PHONE NUMBER) THE ABOVE THREE GOVT SPECIAL OFFICIALS AND ALL THE REST OF THE GOVERNMENT PERSONNEL INVOLVED IN THIS GOVT SPECIAL INVESTIGATION, INTO THIS MATTERS. THE MORENO AND MAGANA FAMILIES, THEY ALL VOTED, AND CONSPIRED TO NOT TURNED OVER THE RECORDINGS I MADED THAT NIGHT OF THE HOMICIDE, TO THE DISTRICT ATTORNEY OFFICE, FOR PROSECUTION. THE DEFENDANT AGENT LAMOE AND THE REST OF THESE SPECIAL OFFICIALS, FRAMED AN INNOCENT PERSON ESTEBAN MORENO PANTOJA, FOR THE HOMICIDE THAT THE PLAINTIFF RECORDED AND COMMITTED. THE DEFENDANT AGENT LAMOE AND THE REST OF THESE SPECIAL OFFICIALS, RECRUITED THE PLAINTIFF AS A GOVT SECRET ACTIVE OPERATIVE C.I.A SPY INFORMANT, WITH THE UNITED STATES GOVERNMENT SPECIAL SPYING INTELL-IGENCE, NEURO UNIVERSAL TECHNOLOGY, TO COVER UP FULLY THIS HOMICIDE, IN THE CASE OF THE SUPERIOR COURT, PROSECUTING THE ESTEBAN MORENO PANTOJA, HOMICIDE CASE, WOULD SUBPOENA THE PLAINTIFF FOR TESTIMONY INTO THIS HOMICIDE CASE. THE DEFENDANT AGENT LAMOE AND THE REST OF THESE SPECIAL OFFICIALS, WOULD TELL THE SUPERIOR CITING C.I.A SPY OPERATIVE, IN WHICH THE PLAINTIFF IDENTITY COULD NOT BE DISCLOSED TO THE COURT, BECAUSE OF THIS GOVT SECRET NEURO TECH, ACTIVE OPERATIVE, IN THE PLAINTIFF BODY NERVES...

**III.**

THIS CIVIL MATTER, INVOLVES, U.S. DISTRICT COURT CASES, C-0500495. C-0502276, AND C-076135, WHICH IS THE SAME TRUE COMPLAINT, THE U.S. DISTRICT COURT CLERK, GAVED THIS SAME MATTER DIFFERENT COURT CASES NUMBERS. THE PLAINTIFF AT NO TIME, HAVE REGISTERED WITH ANY COURT HER COMPLAINT, BUT THE FACTS OF THIS SAME MATTER. THE U.S. DISTRICT COURT, AND THE JUDGE RONALD M. WHITE ADVISED THE PLAINTIFF TO THE COURT, TO RECONSIDER OPENING THE PLAINTIFF U.S. DISTRICT COURT CASE C-0502276, IN A SEPARATE WRITTEN LETTER OR MOTION THAT COURT CODE, WAS CLOSED, FOR THE COURTS AND GOVERNMENT BENEFITS, AND VICTIMIZING THE PLAINTIFF, BY SUCH CORRUPTED COURT AGEMENT IN THIS MATTER. ACCORDINGLY TO JURISDICTION PURSUANT TO 28 U.S.C 1331. 28 U.S.C. 1332. THE VENUE OF PROPERLY LAID IN THIS COURT UNDER 28 USC § 139(A)/.

**IV.**

...§ 1983 CIVIL RIGHTS COMPLAINT CASE NO C-076135, FOR ALL FACTS AND ALL NECESSARY BACKGROUND FACTS DOCUMENTS ARE WITH THIS TEMPORARY RESTRAINING ORDER, REQUEST BY THE PLAINTIFF, COMPLAINT...

V-VIII.

THE PLAINTIFF, WILL ALSO ENCLOSED WITH THIS TEMPORARY RESTRAINING ORDER REQUEST, ALL THE ILEGAL ACTIVITY THESE SPECIAL GOVT OFFICIALS HAVE BEEN DOING, TO THE PLAINTIFF WHILE IN CUSTODY, VIOLATING THE PLAINTIFF DUE PROCESS RIGHTS ON THE PLAINTIFF STATE GOVT CRIMINAL CHARGES, CASE NO. FF302126 AND CC-7B21723. ALL THE ILEGAL ACTIVITY AND ILEGAL VISITS BY THESE SPECIAL OFFICIALS ARE ENCLOSED WITH THIS COMPLAINT- FOR TEMPORARY RESTRAINING ORDER, AND PRELIMINARY AND PERMANENT INJUNCTION.

IX.

BECAUSE OF THE DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE AND THE REST OF THE INTERNAL GOVT SPECIAL OFFICIALS 24 HOURS DAILY ACTIONS OF CRUEL DISTURBING INTERNALIZED CONCENTRATED PUNISHMENT TOWARD THE PLAINTIFF, THROUGH THE F.B.I AGENCY NEURO TECHNOLOGY IN THE PLAINTIFF BODY NERVES ACTIVE OPERATIVE BY FORCED)... THE PLAINTIFF HAS SUFFERED AND WILL CONTINUE TO SUFFER EXTREME DAILY HARDSHIP INTERNAL CRUEL PUNISHMENT, THESE SPECIAL OFFICIALS, AND AGENTS SINCE 11-30-2002 TO THIS VERY DATE 02-18-2008 EVERY SECOND OF THIS PAST FIVE YEARS, HAVE BEEN TAKING TURNS, DISTURBING THE PLAINTIFF THROUGH THIS 24 HOURS DAILY INTERNALIZE CENTRALIZED CONCENTRATED UNIVERSAL COMMUNICATION, SPECIAL FORCES SIGNAL, SECRET GOVT COMMUNICATION. THE PLAINTIFF HEARING NERVES ARE PROGRAMMED TO THE F.B.I AGENCY AND THE INTERNAL GOVT DOING INTELL, 24 HOURS DAILY MANIPULATION INTERNAL COMMUNICATION, DEPRIVING THE PLAINTIFF FROM LIFE, TO A FAIR TRIAL, FROM SLEEP, AND CAUSING INTERNAL BODY ORGANS ASSAULTMENT, THROUGH THE DIFFERENT LOW AND HIGH LEVELS OF RADIATIONS, ASSAULTING THE PLAINTIFF WITH THE MICRO WAVES SIGNALS MAKING THE PLAINTIFF HURT INTERNALLY, WELL THESE SPECIAL OFFICIALS, TELL THE PLAINTIFF, WHAT THEY ARE DOING TO THE PLAINTIFF AND THREATENING THE PLAINTIFF WITH DEATH, AND FROM HAVING CANCER SOON FROM ALL THESE INTERNALIZED BEATING, THESE SPECIAL OFFICIALS ARE GIVING THE PLAINTIFF DAILY, 24 HOURS DAILY, THE PLAINTIFF HAVE BEEN LIVING LIKE THIS SINCE 11-30-2002, BEING DAILY DEPRIVED AND HURT BY THESE SPECIAL OFFICIALS, THESE SPECIAL OFFICIALS AND AGENTS TELL ME THAT THEY CAN DO THIS BECAUSE IT IS THE INTERNAL GOVERNMENT FAMILY. I DON'T UNDERSTAND WHY THESE SPECIAL OFFICIALS, JUST DON'T KILLED ME LIKE THEY DO TO ALOT OF PEOPLE SECRETLY, THROUGH THIS CONCENTRATED GOVT SECRET NEURO TECH, THE PLAINTIFF WILL TAKE DEATH AT ANY TIME, BETTER THAN LIVING LIKE THIS HAVING ALL THESE SPECIAL GOVT OFFICIALS, EXPERIMENTING WITH THE PLAINTIFF 24 HOURS DAILY, CREATING A PERSONAL PROBLEM WITH THE PLAINTIFF, THE PLAINTIFF HAD BEEN TREATED BY THESE SPECIAL OFFICIALS AND AGENTS THROUGH THEIR GOVT SECRET NEURO TECH, BEING USED AGAINST THE PLAINTIFF EVERY SECOND, WORSER THAN A WILD BEAST...

X.

THE PLAINTIFF, HAS ALL RIGHTS AS A HUMAN, AND IS ASKING THE COURT IN THIS ACTION FOR INJUCTIVE RELIEF IS PLAINTIFF ONLY MEANS FOR SECURING RELIEF.. WHERE FORE, PLAINTIFF REQUESTS THAT THIS COURT:

1. ISSUE A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO FED R CIV P RULE 65, ORDERING DEFENDANT, F.B.I SPECIAL AGENT ERICK LAMOE, AND THE F.B.I AGENCY ALL AGENTS, EMPLOYEES, SUCCESSORS, ATTORNEYS ITS SPECIAL OFFICIALS, / AND ALL THOSE IN ACTIVE PARTICIPATION WITH THE F.B.I AGENCY, PERSONAL PROBLEM WITH THE PLAINTIFF, INFLICTING THIS SEVERE INTERNAL PAIN ON THE PLAINTIFF THROUGH THE F.B.I AGENCY NEURO TECH, IN THE PLAINTIFF BODY NERVES ACTIVE OPERATIVE, DAILY PUNISHMENT TO REFRAIN IMMEDIATELY. AND PENDING THE FINAL HEARING AND DETERMINATION OF THIS ACTION FROM CONTINUING HURTING THE PLAINTIFF, AS THESE SPECIAL OFFICIALS HAD AND ARE DOING TO THE PLAINTIFF DAILY, THE PLAINTIFF REQUESTED ON 11-30-2002 FOR THESE SPECIAL OFFICIALS AND FOR THE F.B.I AGENCY, TO TURNED OFF, THE AGENCY GOVT NEURO TECH, OFF THE PLAINTIFF BODY NERVES, THE PLAINTIFF IS AGAIN AND AGAIN REQUESTING FOR THE F.B.I AGENCY, AND THE DEFENDANT AGENT LAMOE, TO BE ORDERED TO TURNED THE UNITED STATES GOVERNMENT, SPECIAL SPYING INTELL-NEURO TECH, OFF THE PLAINTIFF BODY NERVES IMMEDIATELY OFF.

2. ISSUE A PERMANENT INJUNCTION PERPETUALLY ENJOINING AND RESTRAINING THE F.B.I AGENCY NEURO TECH AND DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, THE AGENCY, AGENTS/ITS OFFICERS, EMPLOYEES, SUCCESSORS, ATTORNEYS/ AND ALL THOSE SPECIAL GOVT PERSONNEL IN ACTIVE PARTICIPATION WITH INFLICTING THIS CRUEL BEAST PUNISHMENT, THROUGH THE F.B.I AGENCY GOVT NEURO TECH, ON THE PLAINTIFF, TO STOP. THE CONDUCT COMPLAINED OF HEREIN..

3. THE PLAINTIFF ASKS THE COURT FOR A RELIEF INTO THIS CRUEL MATTER AND IF APPROPRIATE ADD: AWARD TO PLAINTIFF, ITS COSTS AND DISBURSEMENTS HEREIN, AS WELL AS REASONABLE ATTORNEY FEES: AND/

4. AWARD PLAINTIFF SUCH OTHER AND FURTHER RELIEF AS THIS COURT MAY DEEM PROPER. DATED January/18/2008...

SIGNATURE AND ADDRESS

PETER CHAVEZ GODINEZ
BK 03031558 → D.T.1957
SANTA CLARA CO. DEPT OF CORRECTIONS
885. N. SAN PEDRO STREET
SAN JOSE, CALIF. 95110.

THE PLAINTIFF, FILED THIS SAME COMPLAINT ON 06-24-2007, MAILED TO THE U.S.DISTRICT COURT JUDGE VAUGHN R. WALKER, TO THIS DATE 02-18-2008 THE PLAINTIFF, HAVE NOT RECEIVED NO RESPOND BACK FROM THE U.S.DISTRICT COURT CLERK, ON THIS SERIOUS MATTER, THE PLAINTIFF HAVE REQUESTED THE STATUES TO THIS MATTER MANY TIMES, WITH NO RESPONSE BACK...

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name GODINEZ    PETER    P.G.C

4        (Last)        (First)        (Initial)

5    Prisoner Number 03031558 → D.T.L 957

6    Institutional Address 885. N. SAN PEDRO STREET

7    SAN JOSE CALIFORNIA, 95110

8

9    **UNITED STATES DISTRICT COURT**
10    **NORTHERN DISTRICT OF CALIFORNIA**

11    PETER GODINEZ CHAVEZ
    (Enter the full name of plaintiff in this action.)      )

12             vs.         )   Case No. C 07 6135
                       )   (To be provided by the clerk of court)

13    FEDERAL BUREAU OF INVESTIGATIONS, AGENCY  )

14    UNITED STATE GOVERNMENT, ALL SPECIAL AGENTS  )  **COMPLAINT UNDER THE**
                                  )  **CIVIL RIGHTS ACT,**

15    ? OPERATIVES SECRET INTELL-NEURO UNIVERSAL  )  **42 U.S.C §§ 1983**

16    TECHNOLOGY... GOVERNMENT CLASSIFIED TECH...  )
    (Enter the full name of the defendant(s) in this action))      )

17    _____)

18    *[All questions on this complaint form must be answered in order for your action to proceed..]*

19    I.   Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward.  The court will dismiss any unexhausted claims.]

22        A.   Place of present confinement SANTA CLARA COUNTY JAIL, DEPARTMENT OF CORRECTIONS.

23        B.   Is there a grievance procedure in this institution?

24                YES (●)   NO ( )  ANY AND ALL GRIEVANCES THAT I HAVE FILED ON
                               THIS DEPARTMENT OF CORRECTIONS JAIL, ARE ALL BASED

25        C.   Did you present the facts in your complaint for review through the grievance ON THIS COMPLAINT. THAT I AM SUBMITTING TO THE U.S COURT.

26        procedure? YES AND THE INTERNAL AFFAIR ADMINISTRATION OFFICIALS, ALL CONTRADICTED

27            THEMSELF. YES ON THIS TRUE COMPLAINT. I HAVE THESE OFFICIAL IN PUT TO
        YES (●)   NO ( ) THIS TRUE COMPLAINT IN WRITING

28        D.   If your answer is YES, list the appeal number and the date and result of the
        THE CHIEF OF JAIL MR. FLORES AND THE CAPTAIN AND LT FISHER ARE GOOD INTO
        DENIEDING ME, THE REGULAR GRIEVANCE PROCEDURE INVESTIGATION, IM AWHILE
    COMPLAINT  I HAVE ALWAYS BEEN REQUESTING IT. SEE GRIEVANCE FORM LOG NO. 65353 AND 65571
        SPECIALLY. ITS SIGNED BY THE WITNESS OFFICER . T. GONZALES #2153. IF WHAT I
        WROTE ON THIS COMPLAINT GRIEVANCE FORM, WASENT TRUE. THESE OFFICER GONZALES
        WOUNDOF CORRECT IT.

appeal at each level of review.  If you did not pursue a certain level of appeal,

explain why.

1. Informal appeal ___SANTA CLARA COUNTY JAIL, GRIEVANCES LOG NUMBERS___

___65353, 65571, 66110, 70880, 71000, 71217,___

① ② ③ ④ ⑤ ⑥ 2. First

formal level_____

_____

_____

3. Second formal level_____

_____

_____

_____4 Third

formal level __I BROUGHTED ALL THIS TRUE ACTIVE complaint TO THIS DEPARTMENT

__INTERNAL AFFAIRS, OFFICIALS, THEY ALL CONTRADICTED THEMSELVES ON THEIR OWN__

__LETTERS TO ME, THEY ADVISED TO REPORT THIS MATTER TO THE COURT.__

E.     Is the last level to which you appealed the highest level of appeal available to

you?

YES (●)       NO ( )

F.     If you did not present your claim for review through the grievance procedure,

explain why._____

_____

_____

II.     Parties

A.     Write your name and your present address.  Do the same for additional plaintiffs,

if any.

__PETER GODINEZ CHAVEZ, 03031558 → D.T.L 9517__

__SANTA CLARA Co, DEPARTMENT OF CORRECTIONS.__

__885 N. SAN PEDRO STREET, SAN JOSE CALIF. 95110.__

B.     Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1    place of employment.

2    F.B.I SPECIAL AGENTS, BRYANT RICHARDSON, ERIC LAMOE AND F.B.I SPECIAL

3    PRIVATE INVESTIGATOR, AGENT SUSAN.

4    FEDERAL BUREAU OF INVESTIGATIONS. AGENCY.

5    950 South BASCOM AVENUE, SAN JOSE CALIFORNIA, 95128

6    (408) 294-7630.                                                    III.

7    Statement of Claim

8    State here as briefly as possible the facts of your case. Be sure to describe how each

9    defendant is involved and to include dates, when possible. Do not give any legal arguments or

10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11   separate numbered paragraph. SINCE 1999, I WAS WORKING AS A C.W. WITH THE STATE GOVERNMENT
     SPECIAL POLICE OFFICER, ANTHONY MAGDALE, FROM THE WATSONVILLE POLICE DEPARTMENT, (831) 901-8994 AND ALL

12   THE REST OF THE SANTA CRUZ COUNTY, NARCOTICS DIVISION, SPECIAL POLICE AND SHERIFFS OFFICIALS, AND
     THE FEDERAL BUREAU OF INVESTIGATIONS, F.B.I. SPECIAL AGENTS, BRYANT RICHARDSON & ERIC LAMOE AND THE

13   F.B.I SPECIAL PRIVATE INVESTIGATORS. AGENT SUSAN. AND ALL AGENT SPECIAL AGENTS, I WORKED
     WITH THESE GOVERNMENT SPECIAL OFFICIALS, AND MANY STATE AND FEDERAL CASES, AS A.C.W. ON 07-

14   -21-2001 WHILE WE WERE ALL CONDUCTING A SECRET SURVEILLANCE INVESTIGATION, ON THE SUBJECTS
     THAT WE WERE INVESTIGATING, WHILE THESE FAMILYS, MORENO AND MAGANAS WERE HAVING A

15   PARTY EVENT BAUTISM AND QUINSCENERA, AT THE VETERANS HALL, ON BEACH STREET, WATSONVILLE, CA,
     95076... AT APPROX 18 Hours SAME DAY. 07-21-01... THE F.B.I SPECIAL AGENT ERIC LAMOE, ISSUE ME THE F.

16   B.I AGENCY SECRET GUN CAMERA PAGER RECORDER, TO RECORD THIS EVENT SECRETLY, ABOUT 9 PM
     AN ALTERATION OCCURRED, INSIDE THIS EVENT, THIS PROBLEM WAS TAKEN OUT OUTSIDE TO THIS EVENT, PARKING

17   AREA, BY THE INDIVIDUALS INVOLVED. I WAS INVOLVED IN THIS ALTERATION TOO, OUTSIDE IN THE
     PARKING AREA, I KICKED AND PUNCHED THESE MALE, SEVERAL TIMES WITHOUT SAYING A WORD BECAUSE

18   I HAD THE GOVERNMENT RECORDER ON ME, I CHASED THESE MALE TWO BLOCKS AWAY FROM THIS
     EVENT, WHERE I CAUGHT UP WITH HIM, AND PUNCHED HIM IN THE FACE, AND PUT A FOUR INCH

19   POCKET KNIFE, BLADE IN HIS STOMACH, I LEFT THESE MALE ON THE SIDE WALK, KNOCKED OUT, AND
     WENT BACK TO THE EVENT, AS I GOT TO THE PARKING AREA OF THIS EVENT, I REALIZED I HAD BLOOD

20   ALL OVER MY CLOTHS, SHIRT, PANTS AND BOOTS, I WALKED TWO AND HALF BLOCKS, AWAY FROM THIS
     EVENT, TO MY FAMILYS HOUSE WHERE I QUICKLY CHANGED MY SHIRT AND CLEANED MY BOOTS AND PANTS

21   A LITTLE, I LEFT THE BLOODIE SHIRT BEHIND AND THE POCKET KNIFE, AT MY FAMILY'S HOUSE, I QUICKLY
     WENT BACK TO THIS EVENT WALKING AS FAST AS I COULD, I NEVER WENT BACK INSIDE THIS EVENT BECAUSE

22   MY PANTS WERE FULL OF BLOOD STILL, WITHIN 170 MINUTES AFTER I LEFT THE MALE KNOCKED OUT ON
     THE SIDE WALK, THE F.B.I AGENT LAMOE CALLED ME, AT MY GOVERNMENT ISSUE CELL PHONE, AND TOLD ME TO

23   MEET HIM, IN FIVE MINUTES, A BLOCK AND HALF AWAY FROM THIS EVENT, AGENT LAMOE TOLD ME THAT
     THE AREA WAS HOT, THAT WE HAD TO DISAPPEAR, FROM THIS AREA, I MEET AGENT LAMOE WHERE HE OR-

24   -DERED ME TO MEET HIM, AGENT LAMOE GAVED ME A RIDE TO MY APARTMENT IN GILROY, CA, 40
     MINUTES AWAY FROM THIS EVENT. I DEBRIEFED TO AGENT LAMOE, ALL THAT HAD OCCURRED AT THIS EVENT

25   IV.    Relief    AND MY INVOLVEMENT IN THIS ALTERATION, I GAVED AGENT LAMOE THE AGENCY

26   Your complaint cannot go forward unless you request specific relief. State briefly exactly

27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28

COMPLAINT                           - 3 -

SECRET PAGER CAMERA RECORDER, AND AGENT LAMOE GAVE IT BACK, MY CAMERA RECORDER AND TOOK ME OFF, ACROSS THE STREET FROM MY APARTMENT, AND LEFT THE AREA, I CALLED A NIGHT. WITHIN 48 HOURS, 07-23-01 APPROX 18 HOURS, I MEET THE F.B.I. SPECIAL AGENTS, ERIC LAMOE & BRYANT RICHARDSON AND THE SPECIAL POLICE OFFICER ANTHONY MAGDULE, AT A SECRET OFFICE THESE GOV'T SPECIAL OFFICIALS AND IN GILROY, CA. I DEBRIEFED ALL THAT HAD OCCURRED AT THIS EVENT AND MY INVOLVEMENT IN THIS HOMICIDE, I THOUGHT THAT I WAS GOING TO BE ARRESTED, SINCE I'M THE ONE THAT KILLED THAT MALE. AT THE END OF THIS MEETING THE AGENT RICHARDSON WARNED ME TO BE VERY CAREFUL ABOUT THIS CRIME BECAUSE IT COULD BACK FIRED ON US ALL TO BE VERY CAREFUL. THAT I NEEDED TO BE SUPERVISED AT ALL TIMES. CAME IN CONTACT WITH ANY OF THE SUBJECTS, THAT WE WERE INVESTIGATING. AGENT RICHARDSON TOLD ME, THAT I MISSED SOMETHING ON HIS CRIME, AND THAT MY RECORDINGS IN THIS CRIME WERE NOT GOING TO BE USED IN COURT BECAUSE IT COULD BACK FIRED ON US. WITHIN DAYS, I WAS ASSIGNED TO THE F.B.I AGENCY, SPECIAL PRIVATE INVESTIGATORS, C.I.A. THE AGENT LAMOE ASSIGNED ME TO THEIR F.B.I SPECIAL PRIVATE INVESTIGATORS, THE AGENCY, ALL AGENTS APPROVED AND VOTED ME IN. FROM A C.W. I WAS RECRUITED AS A C.I.A. ACTIVE OPERATIVE SPY, WITH THE F.B.I AGENCY, ALL SPECIAL AGENTS, SECRET SERVICE AGENTS AND C.I.A OPERATIVES, SECRET UNITED STATES GOVERNMENT, DOMESTIC HUMAN SPECIAL SPYING INTELLIGENCE TECHNOLOGY, NEURO UNIVERSAL MICRO SYSTEM, TECHNOLOGY. THAT IS SECRETLY IMPLANTED IN ALL HUMAN'S BODY NERVES. THE F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN, ADVISED ME THAT I HAD TO WORK WITH THEIR INTEL TECHNOLOGY, TO FULLY COVER UP THE HOMICIDE THAT I COMMITTED ON 07-23-01, BEFORE BEING A C.I.A OPERATIVE SPY, IF THE SUPERIOR COURT, PROSECUTING THIS HOMICIDE CASE ON ESTEBAN MORENO PANIOLA, 1746 WASHINGTON ST WATSONVILLE CA. 95076. (831) 763-1085, WOULD SUBPOENA ME, MY IDENTITY COULD NOT BE DISCLOSED, BECAUSE OF THIS SECRET NEURO UNIVERSAL TECHNOLOGY, IN MY BODY. ITS CLASSIFIED, THE AGENT SUSAN ADVISED ME THAT ALL THE OFFICIALS I WAS WORKING WITH, WERE ALL SPECIAL OFFICIALS, ALL C.I.A UNDER COVER LIKE HER, AND THAT NONE OF THEM, HAD TO TESTIFY IN NO CASE, IF THEY DIDN'T WANTED TOO. THAT SHE HAD FIXED THE COURT TRANSCRIPTS AND THE RECORDINGS BECAUSE I HAD DONE A MESS. THESE AGENTS ALL EDUCATED ME WITH THEIR TOP SECRET INTEL TECHNOLOGY, AND THE C.I.A NEURO MARINE CODES ALL THEIR, CENTRALIZED INTERPRIVATE COMMUNICATION'S SPECIAL FORCES SIGNAL'S :- SECRET COURT INTERNAL NEURO NERVE'S CENTRAL COMMUNICATION, (I AM FRANKLY DISCUSSING ALL THE INTEL TECHNOLOGY, NEURO UNIVERSAL MICROSYSTEM SOLAR RECHARGEABLE GOVERNMENT CLASSIFIED TECHNOLOGY, BECAUSE I WILL NEVER AGAIN WORK WITH THIS EVIL TECHNOLOGY). FROM 07-31-2001 AFTER THE HOMICIDE I CONTINUE WORKING WITH THE GOVERNMENT, AND THEIR SECRET SPECIAL NEURO TECHNOLOGY, I QUIT WORKING WITH THE GOV'T DUE TO SEXUAL HARASSMENT AND THREATS, BY THE AGENTS, AND THE SPECIAL SHERIFF OFFICER, ALEXS AND THE AGENT SUSAN, SHOWING MY UNCLE, JESUS VALENCIA CHAVEZ, 149 GRANT STREET, WATSONVILLE, CA. 95076. (831) 728-0250. NEXT DAY AFTER THE HOMICIDE THAT I COMMITTED, MY UNCLE DISPOSED THE BLOODIE SHIRT, I LEFT IN HIS HOUSE, WITH THE BLOOD OF THE DEAD PERSON, AT HIS JOB, SAN JOSE BAY ONE ON ONE, CASINO. THE F.B.I SPECIAL PRIVATE INVESTIGATORS, PICK UP MY SHIRT, FROM WHERE MY UNCLE THROW IT OUT, MY UNCLE WAS INTERVIEWED BY THE AGENT LAMOE, ON THIS ISSUE, MY UNCLE WAS SCARED, MY UNCLE TOLD ME TO BE CAREFUL BECAUSE THE F.B.I WAS LOOKING FOR THE OWNER OF THE SHIRT, MY UNCLE DID NOT KNOW, MY ASSOCIATION WITH THESE AGENTS. THE AGENT SUSAN CONFIRMED TO ME THIS INTERVIEW AND TOLD ME THAT AGENT LAMOE HAD SCARED MY UNCLE. THE AGENTS AND AGENT SUSAN, USED THAT BLOODIE SHIRT AGAINST ME WITH THREATS IN REGARDS TO MY UNCLES FREEDOM AND HEALTH, SINCE THROUGH THIS NEURO TECHNOLOGY, ALL HUMANS CAN BE TERRIBLY MANIPULATED AND DISTURBED, FROM THEIR DAILY LIFE ACTIVITIES. I QUIT WORKING WITH THESE AGENTS BECAUSE I FELT LIKE I WAS BEING BLACK MAILED BY THESE AGENTS, THE AGENT SUSAN HAD BAD INTENTIONS TOWARD ME, SHE ACTUALLY THOUGHT THAT I WAS GOING TO BE PART OF HER, SHE WANTED ME TO MARRIED HER, I VERY POLITELY TOLD HER TO PLEASE STOP SEXUAL HARASSING ME, IF WE WERE GOING TO CONTINUE WORKING TOGETHER, AND TO PLEASE TREAT THE WELL NEURO TECHNOLOGY WITH RESPECT. SHE GAVE IT ME SO MUCH DRAMA THAT I QUIT. I NEVER IN MY LIFE ASSOCIATE WITH FEMALES LIKE HER, BECAUSE I KNOW HOW SLOPPY THEY ARE. I KNOW HER TYPE. BIG MOUTH FARROW WHORE. MY LAST PAID CHECK FROM THE F.B.I WAS ON 09-10-2002 I QUIT, I LET HER KNOW TO CHARGED ME IN THE HOMICIDE OR LEAVE ME ALONE. THE F.B.I AGENCY, TECH WAS TURNED OFF FROM MY HEARING AND BODY NERVES. I LEFT THE AREA AND CALIFORNIA, I WENT TO MEXICO TO GET AWAY FROM THESE WORTHLESS CORRUPTED FARROW OF PIGS AGENTS. UNTIL 11-30-2002 WHEN THE AGENT SUSAN TURNED ON THE NEURO TECHNOLOGY COMMUNICATION BACK ON MY HEARING NERVES, AND STARTED THREATENING ME WITH DEATH THREATS, AND TELLING ME THAT IF I DIDN'T COME BACK IMMEDIATELY BACK TO CALIFORNIA THE THEY WERE GOING TO SEND THE AREA K.G.B. AGENTS TO KILLED ME. I TOLD HER TO GO AHEAD AND DO IT, BECAUSE SHE AND THE REST OF THE PIGS, KNEW MY FEAR, TO TEST ME AGAIN. BUT TO DO IT RIGHT. I LET THESE AGENTS KNOW TO SUCK DICK. THE AGENT SUSAN AND HER PARTNERS WARNED ME THAT THEY WERE GOING TO MAKE MY LIFE IMPOSSIBLE TO LIVE. FOR THE NEXT 31 DAYS, 24 HOURS DAILY EVERY SECOND THE AGENTS PROGRAMMED MY HEARING NERVES, TO THEIR AGENCY MANIPULATION C.I.A PROGRAM, WHERE ALL I HEAR, ITS MANIPULATED, AND THE COMMUNICATIONS ARE CHANGED TO THE AGENCY, CHILDIEST STUPIDITY COMMUNICATIONS, AND WHEN I AM TRYING TO GET SOME REST SLEEP MY HEARING NERVES ARE PROGRAMMED TO THEIR COMMUNICATIONS, THE SODNEST I FALL SLEEP THE AGENTS PROGRAMMED THEIR SPECIAL AFFECTS, MOVIES INTO MY SEEING NERVES, THATS THE WAY I BEEN LIVING ALL THIS YEARS, EVER AS I'M WRITING, THE AGENT SUSAN IS THREATENING ON 12-31-2002 I CROSSED THE U.S BORDER WITH C.I.A MOLE CODES, NO IDENTIFICATION DRIVING MY CAR, BECAUSE THE AGENT SUSAN, TOLD ME THAT I WAS FINALLY GOING TO GET CHARGED, FOR THE MURDER THAT I PROUDLY COMMITTED. I DROVE UP NORTH FOR FIVE HOURS, THE AGENT SUSAN AT ALL TIMES WAS COMMUNICATING WITH ME, THROUGH THE C.I.A NEURO TECHNOLOGY. IN VENTURA CA, SHE TOLD ME TO EXIT IN THE NEXT THREE MILES, AT THE WEIGHT STATION, THAT THE C.H.P OFFICERS, WERE GOING TO FINALLY ARRESTED ME, FOR THE MURDER, I EXIT THE FREEWAY AT THIS WEIGHT STATION, THE C.H.P OFFICERS WERE COMMUNICATING WITH THE AGENT SUSAN, THE SAME WAY AGENT SUSAN WAS COMMUNICATING WITH ME, THROUGH THE SPECIAL FORCES SIGNALS. I COULD HEAR THE SAME COMMUNICATION, AS THESE C.H.P OFFICERS, AS THEY WERE WRITING DOWN MY INFORMATION, SINCE THE C.H.P OFFICERS, COULD NOT FIND MY IDENTIFICATION INFORMATION IN THEIR CENTRAL

computer. These C.H.P. OFFICERS only impounded my car, the C.H.P. officer's gone in to the next computer. These C.H.P. officers only impounded my car, the C.H.P. officer's gone in to the next cut off the Freeway, in the next six months, 24 Hours Daily, every second, the F.B.I. agency, all agents were waking turns playing with my hearing nerves, with their childest communication. I was living like that, Daily, Till the day I was arrested on 06-15-2003, on this state criminal case No FF302126. I'm glad that I was arrested this way, we can correct our problems and the murder conspiracy, and all corruption that you all committed!! I ster I killed that men, I let you all know, that I killed that men! I'm not afraid of prison or time! I let these crow of pigs know that I would take full responsibility of my crime!! All these officials hated the Magana and Moreno family, specially Esteban Moreno Pantoja, days before this event tooked place, the F.B.I. agent Bryan Richardson, told me, to stopped Esteban Moreno Pantoja for them, and that they would all turned around F.I. did that for them. that was the excused of the F.B.I. agency, an agent, agent Susan told me, before they all edu-cated me with the government secret neuro technology, that this error was agent's Richardson for him telling me to do that for them. I did not do what agent Richardson requested Fur-name!! But something worser happened!! and these officials, framed Esteban Moreno Pantoja with the homicide that I committed!!.. I never proved on this homicide conspiracy, thats why I let these special officials know, that I will take full responsibility on my crime! while the Santa Cruz County Superior Court was prosecuting this homicide case on Esteban Moreno Pantoja. I asked the F.B.I. special agent Eric Lamoe, who is the district attorney prosecuting this homicide case, on Esteban Moreno ??. The agent Lamoe told me that it was the district attorney Christine McGuire, I wanted to know who was the district attorney prosecuting this homicide case, because I never felt from the beginning right about this homicide, and about an innocent person being framed for a homicide that he did not committed!! I was going to report this murder conspiracy to the district attorney, because I have the murder weapon, under my family's basement, Till this date, 10-31-07. and because I know the law!! the homicide, this crime does not have a time frame that expires within the color of law. I been in the Santa Clara County Jail, since 06-15-2003 and every day, of this over four years in custody the F.B.I. agency have been using against me their agency 60vt neuro technology against me, every second of this 4 1/2 years the agency have been manipulating me through all my thinking, all my hearing, invading my privacy inflicting emotional distress, sleep depriving me, and torturing me, with all this, internalize communication and ionize high and low frequency signals assaulting my body all nerves daily, on purposed while the agents are threatening me and trying to disorient me, with all their ionize internal communication that goes straight into my hearing and brain all nerves, this 60vt special neuro technology, its a nerves, secret technology, that this special officials work with, and used for many classified government secret matters. the most disrespectful part of this cruel unusual disturbing punishment, that these special officials on purposed are inflicting on me, is that every time I go to court and I'm inside the court I can't hear the judge or district attorney or my attorney, what they are talking about, the F.B.I. agency, agents are blocking my hearing nerves with their communication and manipulating what the judge and all the court personnel are talking about. The agents tell me that they are mafia! For me those words are court personnel are talking about. The agents tell me that they are mafia! For me those words are for dummies. delusional words, thats the agent Susan, specially favorite words. Since 06-15-2003 I been asking the court for a jury trial on this criminal state case No FF302126, that the superior court since 2003 have been refusing to issue me. The United States Constitution clearly guarantees me and all people that right. I want a jury trial because I need to tell the jury what these officials are inflicting on me, all this pain and suffering is un-constitutional, and I can easily proved this illegal matter, through the Esteban Moreno Pantoja homicide case or through the Esteban Moreno Pantoja, federal, drug case. The drug case was accomplished about 7-to 8 months before, the homicide case, why was the drug but recordings used against Esteban M. Pantoja and the homicide recordings weren't ?! if my job was to record these individual since 2000 to the date of the homicide, 07-21-01. I have many more other cases too, as references!! but this case should be enough to proved all this active government corruption! the America, United States Constitution, following amendments are violated, on this state government, criminal case no FF302126, that the superior court of Santa Clara County have been refusing to issue me, my entitle due process rights, to a jury trial since 06-15-2003 To this very date 10-31-2007, because of me having the F.B.I. agency, all special government officials, secret neuro technology active on my body 24 hours daily, the court tried to label me as a mental person, for saying the truth of this active government corruption violation.! But the court doctors don't! They all know that there's an error, of corruption on this matter.

## Amendments to the Constitution of the United States of America

Articles in addition to, and amendment of, the Constitution of the United States of America, proposed by Congress, and ratified by the several states, pursuant to the Fifth Article of the original Constitution

### Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment VI**

n all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

**Amendment VIII**

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**Amendment IX**

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment XIV.**

Section. 1. All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Section 9.

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases or Rebellion or Invasion the public Safety may require it.

THE CONSTITUTION CLEARLY STATES THAT AS THE HUMAN THAT I AM ! I AM ENTITLE TO THIS RIGHTS.... I AM EXTREMELY VIOLATED AND DENY-VED FROM LIFE AND JUSTICE, THROUGH THIS CRUEL UNUSUAL DISTURBING, ON PURPOSED INFLICTED PUNISHMENT.... ON THE ABOVE DATE 08-31-2003 THE F.B.I. SPECIAL AGENT ERIC LAMBE, VISITED ME AT THE FACILITY OF ELMWOOD M-3-C UNIT....WITH HIS PARTNER, AND TOLD ME, TO FORGET ABOUT THE AGENT SUSAN, AND HER ISSUE WITH ME, THAT HE HAD READ THE POLICE REPORT ON THIS CASE, NO FE 3C3126 AND THAT THEY WERE GOING TO CLEAR ME OUT OF THIS CHARGES. BUT FOR ME TO FORGET ABOUT THE AGENT SUSAN AND HER ISSUE WITH ME. AGENT LAMBE TOLD ME THAT I WAS GOING TO FORGET, ABOUT THE BLACK MAILING LETTERS THAT I WROTE TO THE MAGANA AND MORENO FAMILY, AND ABOUT THE MURDER TOO !! I TO AGENT LAMBE THAT EVEN IF THEY DID THAT, THAT I WAS NEVER GOING TO WORK WITH THEM AGAIN ! OR THEIR GOVERMENT INTELL, NEUROTECHNOLOGY, I TOLD AGENT LAMBE TO TURN IT OFF, MY BODY, BECAUSE THERE WAS AN ACTIVE VIOLATION ... AGENT LAMBE TOLD ME, THAT HE WAS GOING TO COME BACK WITHIN TWO WEEKS, TO SEE ME, BUT HE NEVER DID, AND THE AGENT LAMBE AND ALL THE F.B.I. ALL AGENTS, HAVE BEEN TAKING TURNS ON THE STUPIDITY OF CENTRANCE INTERNALIZE COMMUNICATION, THEY BEEN TAKING TURNS 24 HOURS DAILY CRUELLY ASSAULTING MY BODY ALL NERVES AND SPECIALLY MY HEARING AND SEEING NERVES, HAVE BEEN CRUELLY ABUSED EVERY SECOND OF THIS 4 1/2 YEARS THAT I BEEN INSIDE THIS DEPARTMENT OF CORRECTIONS.... I HAVE RECEIVED MANY SPECIAL AGENTS, AND SECRET SERVICE AGENTS, EVEN SPECIAL DETECTIVES VISITS, HERE AT THE JAIL, IN WHICH I HAVE REFUSED ALL VISITS... ON THE BEGINNING OF 2004, I REPORTED ALL THIS MATTER TO THE DISTRICT ATTORNEY'S OFFICE, FROM SANTA CLARA COUNTY. AND I REPORTED ALL THIS MATTER TOO, TO THE SANTA CRUZ COUNTY DISTRICT ATTORNEY CHRISTINE McGURE MANY TIMES, I WROTE THESE DISTRICT ATTORNEY... ON JULY 13 2005 THESE DISTRICT ATTORNEY CHRISTINE McGURE, FILED ON ME, A SUPERIOR COURT RESTRAINING ORDER AGAINST ME, CASE NO CV-151999, WITHOUT FILING CHARGES THAT SMELLS LIKE CORRUPTION TO ME, I'M BEING VICTIMIZED BY THE F.B.I. AGENCY, NEUROTECHNOLOGY, IN MY BODY, DAILY, AND NOW THESE DISTRICT ATTORNEY CHRISTINE McGURE FILES A COURT RESTRAINING ORDER ON ME. THAT'S FUNNY ) !! ON 08-11-2005 I WAS REMOVED FROM THE GENERAL JAIL POPULATION, FROM BEING A TRUSTEE, TO THE JAIL SEGREGATED UNITS, FOR COMPLAINING TO THE RESPONSIBLE ADMINISTRATORS OF THIS CRUEL PUNISHMENT THESE SPECIAL OFFICIALS ARE INFLICTING ON ME DAILY THROUGH THE GOVT NEURO TECHNOLOGY I HAVE IN MY BODY NERVES. TO THIS DATE 10-31-2007 I AM STILL ON THE SEGREGATED UNIT, WITH NO, INFRA-CTIONS OR FREE. WRITE-UPS OR BEEN SEEING BY THE JAIL CLASSIFICATION STAFF, THIS PAST 2 1/2 YEARS... ON 05-15-06 THE JAIL CLASSIFICATION SERGEANT NAVARETTE # 563... HE TO THE UNIT OFFICERS, THAT HE WANTED TO SPEAK WITH ME, AND SET ME UP WITH THE F.B.I. SPECIAL AGENTS, SUPERVISORS, I HAD A VERBAL ALTERCATION WITH THESE AGENTS.. BECAUSE THIS IS AN ILLEGAL VISIT. ITS REPORTED THROUGH JAIL GRIEVANCES, THE CHIEF OF JAIL EDWARD C. FLORES, AND HIS INTERNAL AFFAIRS, OFFICIALS ARE ALL CONTRADICTED, IN WRITING ON THIS WHOLE MESS, THESE SPECIAL OFFICIALS DONE WITH ME, ALL THIS YEARS, I HAVE THIS CONTRADICTIONS ON WRITING.... FINALLY ON 10-05-2007 THE DISTRICT ATTORNEY'S OFFICE, CHARGED ME WITH THE COURT RESTRAINING ORDER OF DISTRICT ATTORNEY CHRISTINE McGURE CASE NO CC-782723... SINCE I KNOW THE LAW, AND THE CORRUPTION THAT I'M IN, I KNOW THAT THE COURT WILL NEVER GIVE ME A JURY TRIAL ON THIS SERIOUS MATTER!! I AM VIOLATED ! AND I DON'T SEE WHY, THE F.B.I. AGENCY DOESN'T TURNED OFF, THE NEURO TECHNOLOGY, ALL COMMUNICATION AND 24 HOURS DAILY MANIPULA-TION THAT THEY ALL ARE INFLICTING ON ME 24 HOURS DAILY, I WILL NEVER WORK WITH THESE SPECIAL OFFICIALS NEVER AGAIN ! OR THEIR GOVERNMENT SPECIAL SPYING INTELLIGENCE, NEURO UNIVERSAL TECHNOLOGY ! ITS BEEN FIVE YEARS OF STRAIGHT 24 HOURS DAILY CRUEL PUNISHMENT, THAT THESE SPECIAL OFFICIALS INFLICTED AND ARE INFLICTING ON ME, AS I'M WRITING THIS PAPER, THROUGH THIS NEURO TECHNOLOGY ON ME BODY... I'M ASKING FOR JUSTICE, THIS ISSUE EVEN THA I'M WRITING THIS PAPER, THROUGH THIS NEURO TECHNOLOGY ON ME BODY... I'M ASKING FOR JUSTICE, IMMEDIATELY AND I'M ASKING THE U.S. DISTRICT COURT, TO ISSUE ME JUSTICE, IMMEDIATELY AND I'M ASKING FOR JUSTICE, THIS ISSUE HAS TO BE OFFICIALLY RESOLVED, I'M ASKING THE U.S. DISTRICT COURT, TO ISSUE ME JUSTICE, IMMEDIATELY AND I'M ENTITLE TO COURT APPOINTED COUNSEL TOO!! I CAN'T GET HELP FROM MY FAMILY, BECAUSE MY FAMILY ARE ALL SCARED, BECAUSE THE SECRET SERVICE AGENTS, WENT TO INTERVIEW ALL MY FAMILY, AND MY FAMILY MEMBERS ARE AWARE OF WHAT THE F.B.I. AGENTS, AND THE LOCAL STATE GOVERNMENT SPECIAL OFFICERS, MURDER CONSPIRACY, ALL MY FAMILY ARE AWARE OF THIS MURDER CONSPIRACY ! AND MY FAMILY KNOW THAT I KILLED THAT MALE ON 07-21-2001 ALL MY FAMILY MEMBERS, ARE BEING MANIPULATED TOO, SECRETLY THROUGH THIS SPECIAL GOVERNMENT NEURO TECHNOLOGY

THESE SPECIAL OFFICIALS, HAVE THREATENED ME WITH MY FAMILY MEMBERS LIFES, MINE AND THEIR HEALTH. I FRANKLY TELL THESE LAMES, FARROW OF OFFICIALS, TO KILLED THEM ALL, SINCE THEY ARE GOOD FOR DOING THAT! THROUGH THIS GOVERNMENT SECRET NEURO NERVES TECHNOLOGY, I KNOW ALL THEIR DIRTY WORK! WHAT THESE SPECIAL OFFICIALS DONE TO ME ALL THIS YEARS, THROUGH THIS NEURO TECHNOLOGY IN MY BODY, ANOTHER HUMAN BEING, WOULDN'T HAVE LIVE THIS LONG. I GO TO SLEEP WITH MY HEARING NERVES PROGRAMED, TO THESE SPECIAL OFFICIAL, CHILDEST GAMES, AND THREATS, I WAKE UP TO THE SAME PROGRAM, I'M SLEEP WITH THE SAME PROGRAM, THESE OFFICIALS GOALS WAS FOR ME, TO EITHER KILL MYSELF OR TO GO CRAZY, AND HURT AN INNOCENT HUMAN HERE IN JAIL, BUT THEY DID NOT SUCCEEDED AND WILL NEVER WILL! I NEED THE FEDERAL U.S. DISTRICT COURT, JUDGE TO ISSUE ME JUSTICE ON THIS SERIOUS MATTER NOW! I WANT THE GOVERN- MENT SECRET SPECIAL SPYING INTELL-NEURO UNIVERSAL TECHNOLOGY OFF, MY BODY NERVES IMMEDIATELY! AND I WANT JUSTICE ON THIS MATTER. IF I DON'T GET JUSTICE, I WILL MAKE JUSTICE WITH MY OWN HANDS, THE SOONEST I'M RELEASED, THE PAT- ROLLING OFFICER, WILL GET SNIPE, BY ME, I WILL KILLED OFFICIALS THE SOONEST I'M FREE, I DON'T MIND SITTING IN DEATH ROW FOR THE REST OF MY LIFE. I'M WILLING TO DIE, FOR MY LIFE RIGHTS. I REALLY DON'T CARE ABOUT MY FREEDOM AT THE PRESENT TIME, OR LIFE, BECAUSE THIS NEURO TECHNOLOGY IN MY BODY HAS DESTROYED MY LIFE FOR EVER! THE ONLY THING I CARE ABOUT IS JUSTICE, ONE WAY OR THE OTHER! I AM A MEN OF ONE WORD "NO" MEANS NO! THESE SPECIAL OFFICIALS ARE FULL OF MISTAKES. THEY ARE OUT OF CONTROL, THEY DON'T KNOW HOW TO TREAT THIS GOVT CLASSIFIED NEURO TECHNOLOGY WITH RES- PECT. THESE SPECIAL OFFICIALS WILL TARGET ANY PERSON, JUST BECAUSE THEY GET JEALOUS OF PEOPLE. JOKES ARE FOR IDIOTS THAT DON'T HAVE THE COMMON SENSE OF CENTRAL COMMUNICATIONS. THE ONLY IDIOTS ON THIS MATTER, IS THESE FARROW OF AGENTS AND SPECIAL OFFICIALS, THAT DON'T KNOW HOW TO DO, A GOOD JOB, WITHOUT CORRUPTION. YES I KILLED THAT MALE ON 09-21-01 SO WHAT?! FROM THE BEGINNING, I SAID I WILL TAKE FULL RESPONSIBILITY OF MY CRIME THROUGH THE JUSTICE SYSTEM. NOW THESE OFFICIALS CREATED A PERSONAL AND VERY UNPROFESSIONAL PROBLEM WITH ME. THAT IT WILL NOT BE RESOLVED BETWEEN US! IT NEEDS JUDGE NICE ORDER! I WILL SHARRED THIS WHOLE MATTER, WITH THE JAIL CLASSIFICATIONS, WITH THE SUPERIOR COURT JUDGE, HANDLING THIS NEW CASE NO CC-782723, THAT ITS BASED ON THIS WHOLE MATTER. THIS MATTER IS A LAWSUIT! ITS A GUARANTEEDED LAWSUIT.

PETER GODINEZ CHAVEZ
03031558 → D.T.L 957
Peter C—

I DON'T SEE ANY COMMON SENSE, ON WHY! SHOULD THE F.B.I AGENCY, ALL SPECIAL AGENTS AND GOVT OPERATIVE SECRET, UNITED STATES GOVERNMENT INTELL, NEURO TECHNOLOGY, SHOULD BE ACTIVE ON MY BODY NERVES, 24 HOURS DAILY, JUST AS A CRUEL DISTURBING MANIPULATION. WHEN THIS GOVT NEURO TECH, VIOLATES MY CONSTITUTIONAL DUE PROCESS RIGHTS, ON THIS STATE GOVT CRIMINAL CASE NO FF 362426. THESE SPECIAL OFFICIALS, TOOK ADVANTAGE OF THIS SITUATION WITH ME, BECAUSE MOST OF THESE OFFICERS AND COURT PERSONNEL, ARE ALL NORMAL PEOPLE. STUPID PEOPLE, TO THE GOVT SPECIAL OFFICIALS NEURO TECH, THATS WHAT THESE SPECIAL OFFICIALS CALLED, ALL THESE NORMAL PEOPLE, WITHOUT THE KNOWLEDGE OF WHAT INTERNAL AFFAIRS, ADMI- NISTRATIONS, SECRET NEURO TECHNOLOGY, OR HOW THE INTERNAL AFFAIRS ADMINISTRATIONS, CONDUCT AN INTERNAL AFFAIRS INVESTIGATION, ON THEIR OWN OFFICIALS. NONE OF THESE NORMAL OFFICER, ARE AWARE THAT THEY HAVE A GOVT SECRET IMPLANTED NEURO UNIVERSAL SOLAR RECHARGEABLE, NANO NEURO UNIVERSAL MICRO SYSTEM, IN THEIR BODY NERVES. I'M BY FORCED A C.I.A OPERATIVE SPY. BY FORCED! NEVER MY CHOICE, BY FORCED, BY THE F.B.I AGENCY. 950 S. BASCOM AVENUE, SAN JOSE CA 95128 F.B.I SPECIAL AGENT ERIC KMOE, AND THE REST OF THE FARROW BUREAU OF INVESTIGATION, SPECIAL GOVT OFFICIALS SECRET NEURO TECHNOLOGY.

1   I WANT THE U.S. DISTRICT COURT JUDGE, TO EITHER ASSIGNED THIS MATTER TO A SPECIAL
2   JUDGE, OR SPECIAL UNITED STATES ATTORNEY... I NEED THE JUDGE TO ORDER THE
3   F.B.I AGENCY, TO TURN OFF, THEIR GOUT SECRET NEUROTECH, AND FULL COMMUNICATION
4   OFF MY HEARING NERVES." I AM ENTITLE TO COURT ORDER, OF RELIEF AND DAMAGES
5   FOR ALL THE CRUEL PUNISHMENT THESE OFFICIALS, HAVE AND ARE INFLICTING ON ME." IM
6   FRANKLY ASKING FOR JUSTICE!

7   I declare under penalty of perjury that the foregoing is true and correct.

8

9   Signed this ___31___ day of ___OCTOBER___, 20O7

10

11              Peter Gadum Chen

12                  (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**                    - 4 -

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking                                            General Court Number
Clerk                                                         408.535.5363

February 19, 2008

Pedro Chavez Godinez
03031558 DTL957
Santa Clara County Jail
Department of Corrections
885 North San Pedro Street
San Jose, CA 95110

Dear Sir/Madam:

The court has received your letter of inquiry regarding the status of your case.

You will be notified as soon as the court issues an order. You must keep the court informed of any changes of address to ensure you receive court orders and avoid possible dismissal of your suit.

You must include the case name and complete case number on any document you submit to this court for consideration in your case.

A docket sheet for your case is attached, which indicates what action has been taken in the case to date. Summons issued on January 24, 2008. Defendants have 90 days to respond once service is completed per the court's order of service.

Sincerely,

Writ Clerk
enclosure

ProSe

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:07-cv-06135-RMW
#### Internal Use Only

Godinez v. Federal Bureau of Investigations et al
Assigned to: Hon. Ronald M. Whyte
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/04/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Pedro Chavez Godinez**

represented by **Pedro Chavez Godinez**
03031558 DTL957
Santa Clara County Jail
Department of Corrections
885 North San Pedro Street
San Jose, CA 95110
PRO SE

V.

**Defendant**

**Federal Bureau of Investigations**

**Defendant**

**All Special Agents & Operatives**

**Defendant**

**Secret Intell-Neuro Universal Technology**

**Defendant**

**Government Classified Tech**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2008 | ◑ 6 | Letter dated 02/05/2008 from Pedro Godinez. (dhm, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 12/28/2007 | ◑ 5 | Response to Order to Show Cause Showing Why this True Serious Matter Shouldn't be Dismissed for the Government Benefit... Motion Showing 4 by Pedro Chavez Godinez. (bw, COURT STAFF) (Filed on |



FILED

FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED ON
02-24-2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO CHAVEZ GODINEZ,                )     No. C 07-6135 RMW (PR)
                                     )
         Plaintiff,                  )     ORDER OF DISMISSAL;
                                     )     ORDER DENYING
    v.                               )     MOTION TO PROCEED IN
                                     )     FORMA PAUPERIS
FEDERAL BUREAU OF                    )
INVESTIGATIONS, et al.,              )
                                     )
         Defendant.                  )
                                     )     (Docket No. 3)
_____)

        Plaintiff, a detainee at the Santa Clara County Jail and frequent litigant in this

court, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 and a motion

to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On December 19, 2007, the

court issued an order to show cause to plaintiff as to why the instant complaint should not

be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).  See Andrews v. King,

398 F.3d 1113, 1121 (9th Cir. 2005).  On December 28, 2007, plaintiff filed a response to

the court's order to show cause.  Plaintiff states that his prior actions should not have

been dismissed and then addresses the merits of his claims.  However, plaintiff has not

demonstrated that his prior cases, set forth below, do not qualify under 28 U.S.C. 1915(g).

///

///

1    The Prison Litigation Reform Act of 1995 ("PLRA"), which was enacted on April

2  26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment

3  under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while

4  incarcerated or detained in any facility, brought an action or appeal in a court of the

5  United States that was dismissed on the grounds that it is frivolous, malicious, or fails to

6  state a claim upon which relief may be granted, unless the prisoner is under imminent

7  danger of serious physical injury." 28 U.S.C. § 1915(g).

8    A review of the dismissal orders in plaintiff's prior prisoner actions in this court

9  reveal that he has had three such cases dismissed on the grounds that they were frivolous,

10  malicious, or failed to state a claim upon which relief may be granted. See Godinez v.

11  Lamoe, C 05-0495 RMW (PR) (dismissed as frivolous); Godinez v. Lamoe, C 05-2276

12  RMW (PR) (dismissed for failure to state a claim); Chavez v. Bush, C 05-3899 RMW

13  (PR) (dismissed as frivolous).

14    Accordingly, in light of these dismissals, and because plaintiff is not under

15  imminent danger of serious physical injury, the instant civil rights action is DISMISSED

16  without prejudice pursuant to 28 U.S.C. § 1915(g). Plaintiff may file his claims in a paid

17  complaint in a new civil rights action. Based upon this dismissal, plaintiff's motion to

18  proceed in forma pauperis (docket no. 3) is DENIED. The clerk shall terminate all

19  pending motions and close the file.

20    IT IS SO ORDERED.

21  DATED:  _2/15/08_                    _Ronald M. Whyte_
                                        RONALD M. WHYTE
22                                      United States District Judge

23

24

25

26

27

28

**FILED**

FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CHAVEZ GODINEZ, | No. C 07-6135 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERAL BUREAU OF INVESTIGATIONS, et al., | |
| Defendant. | |

The court has dismissed the instant civil rights action without prejudice pursuant to 28 U.S.C. § 1915(g). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _2/15/08_

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

§2:137. COMPLAINT - UNDER FREEDOM OF INFORMATION ACT [5 USCA § 552 (A)(4)(B)]

**I.**

THIS ACTION IS BROUGHT UNDER THE FREEDOM OF INFORMATION ACT, AS AMENDED (5 USCA § 552(A)(4)(B), AND SEEKS PRELIMINARY AND FINAL INJUNCTION AGAINST WITHHOLDING CERTAIN INFORMATION FROM PLAINTIFF AND DIRECTING THAT IT BE DISCLOSED.

**II.**

PLAINTIFF PETER CHAVEZ GODINEZ, HAVE BEEN IN THE CUSTODY OF THE SANTA CLARA COUNTY JAIL, DEPARTMENT OF CORRECTIONS, 885, NORTH SAN PEDRO STREET, SAN JOSE CALIFORNIA, 95110 - SINCE 06-15-2003, WITH THE UNITED STATES GOVERNMENT SPECIAL SPYING INTELLIGENCE NEURO UNIVERSAL TECHNOLOGY, ACTIVE OPERATIVE, BY FORCED, BY THE F.B.I AGENCY. THE PLAINTIFF PETER CHAVEZ GODINEZ, WORKED WITH THE F.B.I AGENCY, FROM 1999 TO 09-10-2002 - FROM 1999 TO 07-21-2001 AS A C.W., FROM 07-21-2001 PLAINTIFF PETER CHAVEZ GODINEZ, WAS RECRUITED BY THE F.B.I AGENCY, AS A GOVT SECRET OPERATIVE C.I.A SPY, ASSIGNED TO WORK WITH THE F.B.I AGENCY, F.B.I SPECIAL PRIVATE INVESTIGATORS AND THE F.B.I AGENCY, SECRET SPECIAL AGENTS, AND GOVT SECRET OPERATIVES, NEURO TECHNOLOGY - GOVERNMENT SECRET NEURO TECH. THAT IS CHEMICALLY IMPLANTED IN ALL HUMANS SECRETLY BY THE SECRET UNITED STATES INTERNAL GOVERNMENT. PLAINTIFF PETER CHAVEZ GODINEZ, WAS RECRUITED AS A C.I.A SPY, BY THE F.B.I AGENCY, FROM 07-21-2001 TO COVER UP THE HOMICIDE, THAT PLAINTIFF PETER CHAVEZ GODINEZ, COMMITTED ON 07-21-2001, UNDER THE SUPERVISION, OF F.B.I SPECIAL AGENTS ERICK LAMOE, BRYANT RICHARDSON, AND THE WATSONVILLE POLICE DEPARTMENT, SPECIAL POLICE OFFICER ANTHONY MAGDALENE, AND THE REST OF THE F.B.I AGENCY, AGENTS AND THE LOCAL GOVERNMENT, SPECIAL POLICE, AND SHERIFF OFFICERS, INVOLVED IN THIS SPECIAL GOVT INVESTIGATIONS, OF THE MORENO AND MAGANA FAMILY. F.B.I SPECIAL AGENT ERICK LAMOE, WORKS AT THE FEDERAL BUREAU OF INVESTIGATIONS, 950 SOUTH BAYOM AVENUE, SAN JOSE CALIFORNIA, 95128, OFFICE PHONE NUMBER (408) 535-4646. AND IS A FEDERAL ADMINISTRATIVE AGENCY WITHIN THE MEANING OF THE ACT, AND THE DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, IS A F.B.I SPECIAL AGENT, IN THIS AGENCY. THE COMPLAINT VENUE OF THIS ACTION IS PROPERLY LAID IN THIS COURT.

**III.**

DEFENDANT, F.B.I SPECIAL AGENT ERICK LAMOE, IS THE RESPONSIBLE AGENT THAT HAS MY PERSONAL RECORD, CONSISTING OF ALL THE THE CASES, FABRICATED, FOR THE GOVERNMENT AND MY PERSONAL GOVERNMENT IDENTIFICATION, AND THE AGENCY INCOME PAYMENTS, THAT PLAINTIFF PETER CHAVEZ GODINEZ RECEIVED FROM THE F.B.I AGENCY. PLAINTIFF PETER CHAVEZ GODINEZ HAVE BEEN REQUESTING, FROM THE DEFENDANT, F.B.I SPECIAL AGENT ERICK LAMOE, FOR THE PAST YEAR AND HALF, FOR THE DEFENDANT AGENT LAMOE, TO RELEASED TO THE PLAINTIFF PETER CHAVEZ GODINEZ, THE COMPLETE INFORMATION OF THE ESTEBAN MORENO PANIOJA, U.S. DISTRICT COURT, DRUG CASE. THAT THE PLAINTIFF PETER CHAVEZ GODINEZ ILLEGALLY FABRICATED AGAINST THE SUBJECT ESTEBAN MORENO PANIOJA, IN WHICH PLAINTIFF HAS A GREAT INTEREST, ON THIS U.S. DISTRICT COURT, TRANSCRIPT FILES, FOR THE FACT, THAT PLAINTIFF RECORDED THIS U.S. DISTRICT COURT CASE, WITH THE SAME F.B.I AGENCY, GOVT SECRET PAGER CAMERA RECORDER, ISSUE TO ME BY THE DEFENDANT AGENT LAMOE, BEFORE THE DATE 07-21-2001. PLAINTIFF RECORDED THE SUBJECT ESTEBAN MORENO PANIOJA, ON 07-21-2001, WITH THE SAME AGENCY RECORDER, PLAINTIFF RECORDED HIMSELF KILLING THESE MALE ON 07-21-2001 WITH THIS SAME AGENCY PAGER RECORDER, ISSUED TO PLAINTIFF BY DEFENDANT AGENT LAMOE, AT APPROX 18:00 HOURS, THAT DATE 07-21-2001. THE AGENTS AND SPECIAL POLICE OFFICERS INVOLVED IN THIS SPECIAL INVESTIGATION, FRAMED SUBJECT ESTEBAN MORENO PANIOJA, FOR THE HOMICIDE THAT PLAINTIFF COMMITTED ON 07-21-2001 WHILE BEING UNDER THEIR SUPERVISION, AND WHILE THE PLAINTIFF, HAD ON HIS POSSESION THE F.B.I AGENCY, SECRET PAGER CAMERA RECORDER, RECORDING THIS HOMICIDE, CRIME SCENE. THIS RECORDING WAS NEVER TURNED OVER TO THE DISTRICT ATTORNEY OFFICE FOR PROSECUTION, INSTEAD THESE SPECIAL GOVT OFFICIALS AND PERSONNEL FRAMED THESE INNOCENT PERSON ESTEBAN MORENO PANIOJA FOR THE HOMICIDE THAT PLAINTIFF COMMITTED. AND THESE GOVT SPECIAL PERSONNEL RECRUITED THE PLAINTIFF AS A SECRET OPERATIVE C.I.A SPY, WITH THESE GOVT PERSONNEL SECRET NEURO TECHNOLOGY, ACTIVE ON THE PLAINTIFF BODY NERVES. TO COVER UP THIS HOMICIDE COMPLETELY. IN THE CASE OF THE SUPERIOR COURT PROSECUTING THIS HOMICIDE CASE, AGAINST ESTEBAN MORENO PANIOJA, WOULD SUBPOENA THE PLAINTIFF ON THIS CASE, I WOULD BE COVER, BY THESE SPECIAL GOVT PERSONNEL CITING, SECRET GOVT OPERATIVE C.I.A SPY - BECAUSE OF THIS GOVT NEURO TECH ACTIVE ON THE PLAINTIFF BODY NERVES, I COULD NOT BE DISCLOSED TO THE STATE GOVT SUPERIOR COURT, ON THIS HOMICIDE CASE. PLAINTIFF FROM 1999 STARTED RECORDING SECRETLY FOR THE F.B.I AGENCY, AND THE STATE GOVT SPECIAL POLICE OFFICERS THESE PERSON ESTEBAN MORENO PANIOJA, THE DRUG BUY, THAT THESE SPECIAL GOVT OFFICIALS, HAD THE PLAINTIFF TO DO FOR THEM, WERE ON THE YEAR 2000 - THE PLAINTIFF TESTIFY ILLEGALLY TO THE FEDERAL GRAND JURY ON MAY 2002, ABOUT THIS DRUG BUYS. THE PLAINTIFF WAS TRAINED WHAT TO SAID TO THE FEDERAL GRAND JURY BY THE F.B.I SPECIAL AGENT BRYANT RICHARDSON AND THE F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN. THE COURT TRANSCRIPT WRITER, TO THIS CASE. THE U.S. ATTORNEY, THAT PROSECUTED THIS DRUG CASE AGAINST, ESTEBAN MORENO PANIOJA, TO ID ME HOW TO ANSWERED HIS QUESTIONS, IN FRONT OF THE GRAND JURY. THESE U.S. ATTORNEY WAS FULLY AWARE, THAT THE F.B.I AGENCY, AGENT SPYING DONE SECRETLY THROUGH MY OWN EYES, WAS DOING INTELL THROUGH MY OWN EYES. PLAINTIFF QUIT WORKING WITH THE F.B.I AGENCY AND THE GOVT NEURO TECH, DUE TO SEXUAL HARRASSMENT AND BLACK MAILING THREATS, AND DEATH THREATS BY THESE GOVT SPECIAL PERSONNEL, DUE TO THE HOMICIDE THAT PLAINTIFF COMMITTED ON 07-21-2001 AND THAT THESE SPECIAL GOVT PERSONNEL COVERED UP. AFTER THE PLAINTIFF ASKED THE F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN, TO STOP HER SEXUAL HARRASSMENT ACTIVITY TOWARDS THE

PLAINTIFF, PLAINTIFF LAST PAID CHECK FROM THE F.B.I AGENCY, WAS ON 09-10-2002, FOR $ 8.000 EIGHT THOUSAND DOLLARS. ON JUNE/2006 AND JUNE/2007, PLAINTIFF WROTE THE F.B.I AGENCY, F.B.I SPECIAL AGENT ERICK LAMOE, THROUGH AN FOIA REQUEST LETTER, UNDER THE FREEDOM OF INFORMATION ACT, 5 U.S.C. SUBSECTION 552, REQUESTING ACCESS TO THE ESTEBAN MORENO PANTOJA, U.S. DISTRICT COURT CASE (DRUG CASE), FOR THE PLAINTIFF, AND PLAINTIFF ATTORNEY TO INSPECT THIS CASE AND FOR THE PLAINTIFF, TO COPY THIS RECORD. AND PLAINTIFF PERSONAL GOVT INFORMATION THAT THE F.B.I AGENCY, HAS ABOUT THE PLAINTIFF, PETER CHAVEZ GODINEZ. THIS REQUEST BY THE PLAINTIFF HAS NEVER BEEN ANSWERED BY THE DEFENDANT AGENT LAMOE, INSTEAD THE F.B.I AGENCY, ALL AGENTS BE 24 HOURS DAILY RETAINING AGAINST THE PLAINTIFF, THROUGH THE GOVT INTELL-NEURO TECH, ACTIVE ON THE PLAINTIFF BODY NERVES, DEPRIVING THE PLAINTIFF FROM LIFE, PRIVACY, JUSTICE, SLEEP AND TORTURING THE PLAINTIFF, THROUGH THE 24 HOURS DAILY INTERNALIZE CENTRALIZED CONCENTRATED, SPECIAL FORCES SIGNALS, SECRET SPECIAL GOVT PERSONNEL COMMUNICATION, THAT IS ONLY A PURE MANIPULATION AND TORTURING THE PLAINTIFF ON PURPOSED ASSAULTING THE PLAINTIFF BODY NERVES, BONES AND ORGANS THROUGH THE DIFFERENT HIGH AND LOW FREQUENCY IONIC-ZED RADIATIONS SIGNALS THAT ARE BEING USED AGAINST THE PLAINTIFF DAILY ALL THIS PAST FIVE YEARS, BY THE F.B.I AGENCY ALL AGENTS NOW... AND DEPRIVING THE PLAINTIFF TO A FAIR TRIAL ON THIS STATE GOVERNMENT CRIMINAL CASE NO FF.302126 THAT THE SANTA CLARA COUNTY, DISTRICT ATTORNEY OFFICE, HAS REFUSED SINCE 06-15-2003 TO PROSECUTE FOR THE FACTS STATED IN THIS COMPLAINT. THE PLAINTIFF IN ALL THE COURT HEARINGS, AND THE PRELIMINARY HEARING, THE PLAINTIFF CANNOT HEAR, WHAT THE JUDGE OR COURT PERSONNEL ARE TALKING ABOUT, DUE TO THE F.B.I AGENCY, MANIPULATING THE COURT PERSONNEL COMMUNICATION, TO THE AGENCY MANIPULATION INTERNALIZED CONCENTRATED COMMUNICATION, THAT IS VERY CHILDIST AND CONFUSING DISORIENTATION TO THE PLAINTIFF, THE UNITED STATES OF AMERICA CONSTITUTION PROHIBITS THIS TYPE OF CRUEL AND UNUSUAL PUNISHMENT, TOWARD ANY HUMAN BEING... THE PLAINTIFF NEEDS THE ABOVE INFORMATION TO BE RELEASE IMMEDIATELY TO THE PLAINTIFF AS REQUESTED. TO COMPLETELY PROVED BY THE TRUE FACT, THAT THIS IS AN ACTIVE GOVERNMENT CORRUPTION AND VIOLATION OF THE PLAINTIFF HUMAN RIGHTS. THE PLAINTIFF LIFE HAVE BEEN IN A DAILY THREAT, BY THESE SPECIAL GOVT PERSONNEL, DONE TO THE PLAINTIFF, DAILY 24 HOURS, EVERY SECOND SINCE 11-30-2002, TO THIS VERY DATE 02-18-2008. ALL THE ABOVE TRUE ACCUSATIONS BY THE PLAINTIFF, THE PLAINTIFF HAVE SUFFERED SEVERELY DAILY THIS PAST FIVE YEARS, DUE TO THESE SPECIAL GOVT PERSONNEL, DAILY CRUEL DISTURBING PUNISHMENT TOWARD THE PLAINTIFF THROUGH THE F.B.I AGENCY, NEURO TECH.--

## IV.

PLAINTIFF ALLEGATIONS, AND REQUEST, WILL FINALLY PROVED ALL THE WRONG THAT HAS BEEN DONE TO THE PLAINTIFF BY THE DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE AND THE AGENCY, ALL AGENTS, THAT HAVE CREATED A PERSONAL DAILY PROBLEM WITH THE PLAINTIFF THROUGH THE F.B.I AGENCY NEURO-TECH, BEING DAILY USED AGAINST THE PLAINTIFF BY THE DEFENDANT AGENT LAMOE AND THE REST OF THE AGENCY, GOVT SPECIAL PERSONNEL, THAT THE PLAINTIFF WORKED WITH ON THE PAST. THE FILE AND DOCUMENTS THAT THE PLAINTIFF IS REQUESTING WILL BE REVIEWED BY HIGHER GOVT OFFICIALS AND THE 9TH CIRCUIT COURT WHERE THE PLAINTIFF WILL INTRODUCED ALL THE EVIDENCE, THROUGH AN APPEAL TO THE 9TH CIRCUIT COURT JUDGES, AND THE PLAINTIFF WILL INTRODUCED ALL THIS DOCUMENTS TO THE VICTIMS, THE PLAINTIFF FAMILY, AND ALL THE PEOPLE THAT WERE VICTIMIZED BY THIS ACTIVE GOVERNMENT SPECIAL OFFICIALS CORRUPTION, THAT IS VERY EASY TO PROVED.! IN ANY COURT.

## V.

ATTACHED AS EXHIBITS, ARE ITEM ONE TO SEVENTH ARE ALL THE TRUE COMPLAINTS I HAVE FILED, AND THAT THESE SPECIAL GOVT PERSONNEL, HAD TRIED TO PUT THIS TRUE COMPLAINT UNDER THE RUGS, VICTIMIZING ME DAILY AND DEPRIVING ME FROM LIFE, JUSTICE AND PUTTING MY LIFE AND SAFETY IN JEOPARDY DUE TO THEIR ACTIVE ILLEGAL DAILY ACTIVITY TOWARD THE PLAINTIFF.

## ITEM ONE.

THE PLAINTIFF, HAVE BEEN IN THE SANTA CLARA COUNTY JAIL, SINCE 06-15-2003. ON 08-31-2001, APPROX 9:30 A.M, ON THE ELMWOOD FACILITY, M-3-C, DEFENDANT, F.B.I AGENT ERICK LAMOE & HES PARTNER VISITED THE PLAINTIFF, DEFENDANT AND THE PLAINTIFF DID NOT AGREE WITH EACH OTHER BASED ON THE SERIOUS FACTS INVOLVED IN THIS TRUE MATTER. DEFENDANT AGENT LAMOE, WARNED THE PLAINTIFF NOT TO TELL THE COURT PERSONNEL ABOUT THE F.B.I AGENCY, SPECIAL AGENTS, SECRET OPERATIVES GOVT NEURO TECH, BECAUSE THE COURT PERSONNEL WAS NOT AWARE OF THE INTERNAL GOVERNMENT SECRET NEUROTECH, THAT IS SECRETLY INVOLVED IN ALL HUMANS. DEFENDANT AGENT LAMOE WARNED THE PLAINTIFF THAT IF HE DID, THAT THE COURT WAS GOING TO SEND THE PLAINTIFF, TO THE STATE MENTAL HOSPITAL, THE PLAINTIFF REPORTED THIS CRUEL AND UNUSUAL INTERNAL PUNISHMENT, THAT THE F.B.I AGENCY, IS ON PURPOSED INFLICTING ON THE PLAINTIFF THROUGH THE AGENCY NEURO TECH, IN THE PLAINTIFF BODY NERVES, VERY CRUEL EVIL 24 HOURS DAILY PUNISHMENT. TO THE SUPERIOR COURT JUDGE'S AND COURT PERSONNEL, THE COURT SENDED THE PLAINTIFF TO THE STATE MENTAL HOSPITAL ON THE P.C.1368 INCOMPETENT TO STAND TRIAL, THE PLAINTIFF WAS AT THE STATE HOSPITAL, 45 DAYS ONLY, IN THE END OF 2003, AND BACK IN JAIL TO STAND TRIAL, COMPETENT.! ON 11-09-2004 THE COURT SEND THE PLAINTIFF BACK TO THE STATE HOSPITAL, ON THE SAME P.C.1368 INCOMPETENT TO STAND TRIAL. THE PLAINTIFF WITHIN SIX'S DAYS, THE SECOND TIME AT THE STATE HOSPITAL, WAS BACK ON THE STATE HOSPITAL CENTRAL COMPUTER TRANSPORT-ING LIST, FOR THE PLAINTIFF TO BE TRANSPORTED BACK TO THE JAIL, TO FACE THE PLAINTIFF STATE GOVT CRIMINAL CHARGES. THE STATE HOSPITAL, DOCTORS AND PERSONNEL, CALLED THE DEFENDANT AGENT LAMOE, AND CONFIRMED MY ASSOCIATION WITH THE F.B.I AGENCY, THE DEFENDANT AGENT LAMOE, TOLD THE DOCTORS, THAT IT WAS AN ERROR, BY ME BEING IN SUCH PLACE, BY THE COURT. THE DOCTORS CALLED THE PLAINTIFF FAMILY, AND THE PLAINTIFF FAMILY, ADVICED THESE DOCTORS, OF THEM HAVING THE WRONG PERSON.! PLAINTIFF FAMILY WERE VERY CONCERN AND WORRIED ABOUT THIS GREAT ERROR.! THE DOCTORS ADVISED THE PLAINTIFF, THE REASONS WHY, HE WAS NOT BEING ACCEPTED AT THE HOSPITAL, WAS TO BE IMMEDIATELY TRANSPORTED BACK TO THE JAIL, TO FACE THE CHARGES AND RESUMED

E. ACTIVE ERROR, THE AGENCY WAS OFFICIALLY DOING WITH THE PLAINTIFF, THE STATE HOSPITAL DOCTORS WERE AWARE OF WHAT THE INTERNAL GOVERNMENT, SECRET INTELL-NEURO TECH WAS... ON 02/02/2005. THE PLAINTIFF FILED THE FIRST 1983 CIVIL RIGHTS COMPLAINT, CASE NO C-050-0495, ON THE F.B.I. AGENCY, AND THE DEFENDANT F.B.I. SPECIAL AGENT ERICK LAMBE, AND THE AGENCY NEUROTECH, THE PLAINTIFF FULLY REPORTED ALL IT HAD OCCURRED IN THE PAST, AND WHAT CRIME GOT THE PLAINTIFF, TO BE RECRUITED BY THE F.B.I. AGENCY, AND THE AGENCY U.S. GOVT NEUROTECH. AS A SECRET ACTIVE OPERATIVE C.I.A. SPY, ASSIGNED BY THE AGENCY TO WORK WITH THE F.B.I. AGENCY, F.B.I. SPECIAL PRIVATE INVESTIGATORS, IN WHICH ALL THESE F.B.I. SPECIAL PRIVATE INVESTIGATORS, AGENTS, BECOME C.I.A. PERSONNEL, AFTER THE MURDER CONSPIRACY, TO THE PLAINTIFF ATTENTION, THE PLAINTIFF, ALWAYS HAD IN MIND, THAT HE WAS WORKING WITH THE F.B.I. AGENCY AGENTS... NOT THE C.I.A.   THAT WAS THESE AGENTS EXCUSED, FOR THE PLAINTIFF TO AGREE TO THIS HOMICIDE 07-21-2001 CONSPIRACY. — AS —  $C - 076135...$  U.S. DISTRICT COURT CASE NO. C-0500495. IS THE SAME U.S. DISTRICT COURT CASE NO.

ITEM TWO... ON 02-24-2005, APPROX 18:30 HOURS, THE PLAINTIFF RECEIVED A VISIT FROM TWO SECRET SERVICE AGENTS, THESE AGENTS CAME TO SPEAK TO THE PLAINTIFF, ABOUT THIS ACTIVE PROBLEM, WITH THESE F.B.I. AGENTS, THROUGH THEIR SECRET SERVICE INTELL NEUROTECH, THESE SECRET SERVICE AGENTS WARNED THE PLAINTIFF, THAT IF THE PLAINTIFF WASN'T GOING TO WORK WITH THEIR NEUROTECH, FOR THE PLAINTIFF, TO BETTER KEEP THEIR INTELL TECH, SECRET BECAUSE THIS NEURO TECH, WAS CLASSIFIED SECRET AND IT WAS THEIR INTELL-TECH!  THE PLAINTIFF HAD TO REPORT THIS VISIT AND COMMENT BY THESE SECRET AGENTS TOWARD THE PLAINTIFF, TO THE SANTA CLARA ADMINISTRATION THROUGH THE JAIL GRIEVANCE FORMS. LOG NO 59224, AND TO THE SANTA CLARA DEPARTMENT OF CORRECTIONS, CHIEF EDWARD C. FLORES, INTERNAL AFFAIRS OFFICE. LETTERS BY THE ADMINISTRATION, CHIEF EDWARD C. FLORES, DATED MARCH 07-2005, RESPONSED TO THE PLAINTIFF BY THE CHIEF FLORES. AND LETTER, RESPONSED TO THE PLAINTIFF, DATED MARCH 09-2005. BY THE ADMINISTRATION, LIEUTENANT, JANET FISHER, CJM., ASSISTANT DIVISION COMMANDER AND THE CAPTAIN TOBY WONG, INTERNAL AFFAIRS, UNIT. ADVISING THE PLAINTIFF TO EXERCISE THE RIGHTS, TO REFUSED THIS VISITS ESPECIALLY, IF AGENT SUSAN TRIED VISITING THE PLAINTIFF!  THESE DEPARTMENT OF CORRECTION HIGHER OFFICIALS ARE FULLY AWARE OF THIS TRUE MATTER...

ITEM THREE... ON 05-24-2005 I FILED WITH THE SANTA CLARA SUPERIOR COURT, A COURT RESTRAINING ORDER CASE NO 105-CV 041698, SAME AS CASE NO 10 B C-4 001333. FOR THE F.B.I. AGENCY AND THE DEFENDANT, F.B.I SPECIAL AGENT ERICK LAMBE TO BE ORDERED TO TURNED THE AGENCY NEUROTECH, OFF MY BODY NERVES PERIOD!  AND FOR THE DEFENDANT AGENT LAMBE HAD A COURT HEARING ON THIS MATTER 105-CV-041696 ON JUNE/10/2005. BUT FOR THE PLAINTIFF PERSONAL SAFETY... THE DEFENDANT AGENT LAMBE HAD A COURT HEARING ON THIS MATTER 105-CV 041696 IN THE U.S. DISTRICT COURT, CITING ON JUNE/03/2005 THE UNITED STATES ATTORNEY KEVIN V. RYAN, REMOVED THIS MATTER 105-CV 041696 A NEW U.S DISTRICT COURT CASE NO $C-0502276...$ SAME FEDERAL JURISDICTION ON THIS MATTER, GIVING THIS MATTER 105-CV 041696 A NEW U.S. DISTRICT COURT CASE NO $C-0502276...$ SAME MATTER, AS U.S DISTRICT COURT CASE NO C-0500495.

ITEM FOURTH... ON JUNE/03/2005... THE UNITED STATES DISTRICT ATTORNEY KEVIN J. RYAN, REMOVED THIS MATTER FROM THE SUPERIOR COURT, AND GAVED THIS MATTER U.S. DISTRICT COURT CASE NO C-0502276. ON 06-11-2005 THE PLAINTIFF WAS REMOVED FROM THE JAIL GENERAL POPULATION, TO THE PLAINTIFF PERMANENT SEGREGATED HOUSING, DUE TO THIS MATTER, AND THE FACTS WRITTEN ON THIS CASE C-0502276... THE U.S. ATTORNEY KEVIN V. RYAN, ASSIGNED THIS MATTER C-0502276 TO THE ADR MULTI-OPTION PROGRAM (ADRMO) SEE ITEM FOURTH PAGE SIX... ALL MY MOTIONS AND REQUEST THAT I MAILED TO THE U.S. DISTRICT COURT JUDGE, RONALD M. WHITE, AND THE DEPUTY PROGRAM COUNSEL, ROBIN W. SIEFKIN, WERE NEVER ANSWERED BY THE COURT CLERK, OR THE PROGRAM COUNSEL. WITHIN WEEKS AFTER THIS MATTER C-0502276 WAS ASSIGNED TO THE ADR PROGRAM, THE UNITED STATES ATTORNEY KEVIN V.RYAN, WAS FIRED BY THE PRESIDENT BUSH ADMINISTRATION, FOR MATTER'S LIKE THE PLAINTIFF PETER CHAVEZ GODINEZ, C-0502276, THAT INVOLVES THE UNITED STATES SECRET SPECIAL SPYING INTELLIGENCE NEURO UNIVERSAL TECHNOLOGY, GOVT CLASSIFIED, NATIONAL SECURITY MATTERS. MATTERS LIKE THIS FOR THE GOVERNMENT VIEW, IT SHOULD OF NEVER HAD BEEN REGISTERED. THIS MATTER C-0502276 IT NEVER WAS CORRECTED OFFICIALLY, THE PLAINTIFF IS HOUSED IN A AD. SEG UNIT, WHERE EVERY OTHER DAY, THE PLAINTIFF GET A HOUR OUT THE ROOM, THE PHONES IN THIS JAIL, PHONE LINES TO SPEAK WITH THE PROGRAM COUNSEL, ROBIN W. SIEFKIN, DO NOT WORK FROM THIS JAIL, THE PLAINTIFF LETTERS TO THIS ADR PROGRAM WERE NEVER ANSWERED... DEPRIVING THE PLAINTIFF FROM LIFE AND JUSTICE...

ITEM FIVE... SINCE THE YEAR 2004, I REPORTED THIS WHOLE MATTER, TO THE SANTA CRUZ DISTRICT ATTORNEY, CHRISTINE MCGUIRE, WHILE THE HOMICIDE CASE, AGAINST ESTEBAN MORENO PANTOJA WAS BEING PROSECUTED, THE PLAINTIFF ASKED THE DEFENDANT AGENT LAMBE THAT WHO WAS THE PROSECUTOR, PROSECUTING THIS HOMICIDE CASE?  DEFENDANT AGENT LAMBE, TOLD THE PLAINTIFF, THAT IT WAS THE DISTRICT ATTORNEY CHRISTINE MCGUIRE, THE D.A. PROSECUTING THIS HOMICIDE CASE, AGAINST ESTEBAN MORENO PANTOJA. THE REASON THAT THE PLAINTIFF ASKED THIS QUESTION TO THE DEFENDANT AGENT LAMBE, WAS BECAUSE THE PLAINTIFF KNEW IN HIS HEART, THAT WHAT THESE SPECIAL OFFICIALS DID ON THIS HOMICIDE MATTER WAS A SCANDALOUS, HOMICIDE ACTIVE CONSPIRACY AGAINST AN INNOCENT PERSON... ESTEBAN MORENO PANTOJA. THE PLAINTIFF WAS, AND DID REPORTED THIS HOMICIDE TO THE FIREBAUGH POLICE DEPARTMENT ON THE FIRST MONTHS OF 2002, BUT THE OFFICIALS AT THAT DEPARTMENT COULDN'T FIND ANYTHING IN REGARDS TO THIS HOMICIDE, THE PLAINTIFF WAS HAVING SERIOUS PROBLEMS WITH THE F.B.I. SPECIAL PRIVATE INVESTIGATOR AGENT SUSAN, SEXUAL HARASSMENT AND THREATS TOWARD THE PLAINTIFF. THE PLAINTIFF REPORTED THIS HOMICIDE CONSPIRACY TO THE D.A. CHRISTINE MCGUIRE, MANY TIMES FROM 2004 TO 2005. WITH NO RESPONSED FROM THESE D. A. MCGUIRE THE PLAINTIFF WAS SERVED, WITH A SUPERIOR COURT RESTRAINING ORDER, FROM THESE DISTRICT ATTORNEY CHRISTINE MCGUIRE, AGAINST THE PLAINTIFF, ON JULY/13-2005 CASE NO CV-151991... THESE ELECTED PUBLIC OFFICIAL, DISTRICT ATTORNEY CHRISTINE MCGUIRE FILED A COURT ORDER, AGAINST THE PLAINTIFF, AND FILING CHARGES FIRST... THESE IS AN ELECTED PUBLIC OFFICIAL...

ITEM SIX... AFTER THE PLAINTIFF FULLY REPORTED THIS ILLEGAL ACTIVITY BY THESE GOVT INTERNAL OFFICIALS, THROUGH THEIR NEURO INTELL TECH. THE CLASSIFICATION SERGEANT NAVARRETE # 563, HE TO THE UNIT 4 C OFFICERS, THAT HE WANTED TO SPEAK WITH, THE PLAINTIFF, THE SERGEANT NAVARRETE # 563 LIED TO THESE UNIT OFFICERS AND THE SERGEANT NAVARRETE # 563 ILLEGALLY SET UP THE PLAINTIFF WITH THE F.B.I SPECIAL AGENT

SUPERVISORS. ON: 05-15-2006 APPROX (0:40 AM.) SEE ITEM SIX, PAGE ONE GRIEVANCE FORM LOG NO 65353, THE JAIL ADMINISTRATION AFTER THEY REALIZED THE ERROR THEY HAD COMMITTED AGAINST THE PLAINTIFF, THE JAIL DID NOT WANTED TO PROCESS THIS GRIEVANCE LOG NO. 65353 I WAS RETURNED BACK TO THE PLAINTIFF WITHOUT A RESPONSE WITHIN 24 HOURS, AFTER THIS ILLEGAL VISIT JACKED PLACED, THE PLAINTIFF HAD TO REFILED THE SAME COMPLAINT ON A SEPARATE GRIEVANCE FORM, LOG NO 65571 ON 05-17-2006 APPROX 3:30. AM (SEE ITEM SIX PAGE TWO. THE JAIL SAME ADMINISTRATION HIGHER OFFICIAL, CONTRADICTED THEMSELVES, SEE ITEM TWO PAGE THREE, THE SERGEANT NAVARRETE LIED AGAIN, ON THIS RESPONDED) ON THE GRIEVANCE FORM LOG NO 65571. THE WITNESSING CORRECTIONAL OFFICERS, T. GONZALES #2153 AND HIS PARTNER DID NOT WANTED TO BE INVOLVED IN THIS GRIEVANCE THATS WHY THESE OFFICERS, ONLY FORWARDED THIS COMPLAINT TO THE SECOND LEVEL WITHOUT GIVING A RESPONSE TO THIS COMPLAINT OR A STATEMENT. THE PLAINTIFF WAITED EXACTLY SIXTY DAYS FOR THIS GRIEVANCES LOG NO 65353 AND LOG NO 65571 TO BE ANSWERED. THE PLAINTIFF HAD TO RE-SUBMIT A NEW GRIEVANCE FORM LOG NO 66110 ON 07-15-2006 FOR THE JAIL ADMINISTRATION, TO ISSUE THE PLAINTIFF, THE LOG NUMBERS TO BOTH OF THESE GRIEVANCES LOG NO 65353 AND 65571, THE PLAINTIFF WAS VERY CONCERN, ABOUT THIS GRIEVANCE FORMS, AND THEIR RESPONSE " IN WHICH ARE LIES AND CONTRADICTIONS BY THE JAIL OFFICIALS, I REPORTED THIS WHOLE ILLEGAL VISIT, BY THESE F.B.I SPECIAL AGENTS SUPERVISORS, THROUGH A 1983 CIVIL RIGHTS COMPLAINT, U.S. DISTRICT COURT CASE NO C-06-05554. IN WHICH IS THIS SAME MATTER, ONLY REPORTING THIS ILLEGAL VISIT BY THE F.B.I SPECIAL AGENTS, SUPERVISORS, THESE AGENTS, WANTED TO SPEAK TO ME ABOUT THE U.S. DISTRICT COURT CASES C-0500495 AND C-0502276, WHICH IS THE SAME MATTER. THESE AGENTS ADVISED ME THAT THE COURT, HAS RETURNED BOTH OF THIS MATTERS, BACK TO THE F.B.I AGENCY, FOR THE AGENCY TO RESOLVED THIS MATTER THEMSELVES, THE AGENTS ADVISED ME, THAT IF I DID NOT ACCEPTED AN APOLOGY LETTER, FROM THE DEFENDANT AGENT LAMOE AND THE AGENT SUSAN, THAT BOTH OF THESE AGENTS WERE GOING TO RESIGNED FROM THE AGENCY." THE PLAINTIFF AND THESE F.B.I SPECIAL AGENTS, SUPERVISORS HAD A VERBAL ALTERGATION, FOR THE FACTS OF THE CRUEL DISTURBING INTERNALIZE PUNISHMENT, THAT THE F.B.I AGENCY, ALL AGENTS HAVE BEEN INFLICTING ON PURPOSED DAILY ON THE PLAINTIFF SINCE 11-30-2002, THROUGH THE AGENCY NEURO INTELLTECH, ON THE PLAINTIFF BODY NERVES ACTIVE. THE VISIT WAS TERMINATED BY THREATS BY THE PLAINTIFF, AND BY THESE AGENTS." THIS ILLEGAL VISIT, IS FULLY RELATED TO THE U.S. DISTRICT COURT CASE NO C-0605554. THE U.S. DISTRICT COURT JUDGE RONALD M. WHITE, FROZED THIS MATTERS WITH A FABRICATED LIED, ANYBODY WITH OFFICIAL KNOWLEDGE, WOULD NOTICED, THE FACTS OF THIS SERIOUS MATTER, THE PLAINTIFF FULLY ACKNOWLEDGES THAT THIS CASE DISCLOSES THE GOVT SECRET NEURO TECH, WHICH IS CLASSIFIED, NATIONAL SECURITY CONCERNS, BUT THE PLAINTIFF IS THE VICTIM IN THESE MATTER AND IS BEING DAILY VICTIMIZED BY THESE INTERNAL GOVT SPECIAL PERSONNEL " THROUGH THEIR INTELLTECH.

5

6  ITEM SEVENTH. I HAVE REPORTED THIS CRUEL INTERNALIZED CONCENTRATED PUNISHMENT, TO THE JAIL SUPERVISOR, AND THE JAIL MEDICAL UNIT, THE F.B.I

7  AGENCY AND THE DEFENDANT AGENT LAMOE, BE ASSAULTING ME DAILY, BURNING MY BODY ORGANS AND NERVES WITH THE HIGH FREQUENCY RADIATION

8  WAVES, AND TELLING THE PLAINTIFF THAT I WILL HAVE CANCER SOON, THROUGH THIS CRUEL INTERNAL ASSAULTMENT, THE DEFENDANT AGENT LAMOE AND

9  THE AGENCY ALL AGENTS, TAKE TURNS ASSAULTING THE PLAINTIFF THROUGH THIS MICRO WAVES, MAKING THE PLAINTIFF HURT INTERNALLY, VERY BAD.

30  SEE ITEM SEVENTH PAGE ONE GRIEVANCE FORM LOG NO 69139, DATED 04-24-2007 AND ITEM SEVENTH, PAGE TWO, GRIEVANCE FORM LOG NO

31  #7006 DATED 10-15-2007. THE PLAINTIFF HAS BEEN SEVERELY SUFFERING, THATS THE TRUE REASON OF ALL THIS TRUE COMPLAINTS, ALL THE

32  COMPLAINTS, THAT THE PLAINTIFF HAVE REGISTERED WITH THE COURTS IS THE SAME MATTER. AT NO TIME HAS THE PLAINTIFF FILED A DIFFERENT

33  COMPLAINT. SAME MATTER.

34

**VI.**

36  THE PLAINTIFF REQUESTED COURT APPOINTED COUNSEL, BY THE U.S DISTRICT COURT, TO REPRESENT HIM, BUT THE PLAINTIFF LETTER'S AND WRITTENED MOTIONS

37  TO THE U.S. DISTRICT COURT, JUDGE RONALD M. WHITE, REQUESTING, THIS REQUEST, WERE EITHER DENIED OR NEVER LOOKED INTO BY THE U.S. DISTRICT

38  COURT CLERK, AND THE JUDGE RONALD M WHITE, THE SERIOUSNESS OF THIS ACTIVE GOVERNMENT CORRUPTION, EVEN THE JUDGE RONALD M. WHITE, WILL

39  AND HAVE BEEN DENIEING THE PLAINTIFF ENTITLE TO BE LAW RIGHTS. " NOTHING THAT THE PLAINTIFF WOULD SETTLE THIS SERIOUS COMPLAINT OUTSIDE

40  THE COURT, WITH THE INTERNAL GOVT SPECIAL OFFICIALS, RESPONSIBLE FOR THEIR DAILY CHILDEST STUPIDITIES, AGAINST TOWARD THE PLAINTIFF. IN WHICH THAT

41  SETTLEMENT WILL NEVER OCCURRED, BECAUSE THESE LOCAL OFFICIALS ARE A THREAT TO THE PLAINTIFF." THE PLAINTIFF WILL FORWARD THIS FOIA LAWSUIT

42  COMPLAINT DOCUMENTS. TO THE VICTIMS OF THIS ILLEGAL MURDER CONSPIRACY, AND MADED UP CHARGES THAT THESE SPECIAL OFFICIALS DID TOWARD THE

43  MORENO AND MAGAÑA FAMILIES. THE PLAINTIFF WILL ASK THESE GOVERNMENT VICTIMIZED FAMILIES FOR THEIR HELP, INTO THIS MATTER.

44  FOR THE PLAINTIFF TO GET PRIVATE COUNSEL ASSISTANCE WITH THIS SERIOUS MATTER, THAT HAS RUINED THE PLAINTIFF LIFE FOREVER. DUE

45  TO THIS GOVT NEURO TECH, INPLANTED IN THE PLAINTIFF BODY NERVES, THAT IS ACTIVE OPERATIVE BY FORCED, BY THE F.B.I AGENCY ONLY AS

46  A DISTURBING 24 HOURS DAILY MANIPULATION BY THE AGENCY ALL AGENTS, DOING INTELLIGENCE, SPYING EVERYWHERE THROUGH EVERY HUMAN

47  EYES. MICRO SYSTEM.

48

**VII.**

50  THE RECORDS REFERRED TO ABOVE ARE IDENTIFIABLE RECORDS WITHIN THE MEANING OF THE FREEDOM OF INFORMATION ACT, THE F.B.I AGENCY.

51  950. SOUTH BASCOM AVENUE, SAN JOSE, CALIF. 95128 AND THE DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE/ OFFICE PHONE NUMBER, (408) 53-

52  5-4646). REFUSALTO DISCLOSE THE PLAINTIFF FOIA REQUEST WAS WRONGFUL, ILLEGAL, AND WITHOUT LAWFUL REASON OR EXCUSE, AND THE

53  PLAINTIFF IS ENTITLED TO THE RELIEF PROVIDED BY THE ACT. WHEREFORE, PLAINTIFF PETER CHAVEZ GODINEZ PRAYS ...

54

**1.**

56  FOR PRELIMINARY AND FINAL INJUNCTION PROHITING THE F.B.I AGENCY AND THE DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE FROM WITHHOLDIN

57  FROM PLAINTIFF THE RECORDS, AND THE PLAINTIFF GOVERNMENT INFORMATION, REFERRED TO AND DESCRIBED ABOVE.

58  **2.**

59  FOR PRELIMINARY AND FINAL INJUNCTION DIRECTING THE F.B.I AGENCY AND THE DEFENDANTS F.B.I SPECIAL AGENT ERICK LAMOE, F.B.I SPECIAL AGE

60  BRYANT RICHARDSON, F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN, THE AGENT THAT WROTE THIS MADE UP TRANSCRIPTS ILLEGALLY

1  AGAINST ESTEBAN MORENO PANTOJA, DRUG CASE. AND THE WATSONVILLE POLICE DEPARTMENT, SPECIAL POLICE OFFICER, ANTHONY MAGDALE. ALL THESE GOVT

2  INTERNAL SPECIAL OFFICIALS AND AGENTS NAMES ARE INVOLVED IN THIS ELEGAL GOVERNMENT MURDER CONSPIRACY, THAT ALL THESE SPECIAL OFFICIALS

3  COVERED UP, AND FRAMED AN INNOCENT PERSON ESTEBAN MORENO PANTOJA FOR... THE PLAINTIFF IS REQUESTING FROM THE DEFENDANTS

4  TO IMMEDIATELY MAKE SUCH RECORDS AVAILABLE TO PLAINTIFF PETER CHAVEZ GODINEZ AND TO PERMIT THE INSPECTION AND COPYING OF SUCH

5  RECORDS, FOR THE PLAINTIFF TO PROCEED WITH THIS CIVIL LAWSUIT TO THE 9TH CIRCUIT COURT, FOR A RELIEF INTO THIS ELEGAL GOVERNMENT CORRUPTION

6  ACTIVE ACTIVITY TOWARD THE PLAINTIFF, BY THE DEFENDANTS...

7  **3.**

8  FOR ATTORNEY'S FEES AND COSTS, AND FOR SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEM PROPER. THE PLAINTIFF IS ALSO ENCLOSING THE

9  MARSDEN MOTION, HEARING ON 01-08-2008. DOCUMENTS. THIS HEARING TOOKED PLACED IN THE SANTA CLARA, HALL OF JUSTICE, DEPARTMENT 36

10  WITH THE HON. JUDGE WETTEN KANY, THE PLAINTIFF FILED THIS MARSDEN MOTION, TO FIRED THE PUBLIC DEFENDER MIGUEL RODRIGUER. THE

11  PUBLIC DEFENDER'S OFFICE, HAVE BEEN INCOMPETENT TO REPRESENT THE PLAINTIFF ON THIS CRIMINAL STATE GOVT CHARGES, SINCE 06-15-

12  2003 DUE TO THE FACTS BEING PRESENTED BY THE PLAINTIFF TO THE COURT. THE JUDGE WETTEN KANY, IS FULLY AWARE OF WHAT THE

13  F.B.I. AGENCY, AND THE DEFENDANTS AGENTS. ARE DOING TO THE PLAINTIFF DAILY THROUGH THE F.B.I. AGENCY, NEUROTECH, THE JUDGE WETTEN KANY

14  ADVISED THE PLAINTIFF, TO PERSUED THIS CIVIL ACTION WITH THE U.S. DISTRICT COURT, AND TO FOCUS ON THIS STATE CHARGES.. THE PLAINTIFF HAVE BEEN

15  REQUESTING A JURY TRIAL ON THIS STATE GOVT, CRIMINAL CHARGES, CASES FF.302126 AND CC.782723 SINCE 06-15-2003 BUT THE STATE

16  COURT, HAVE BEEN REFUSING TO ISSUE THE PLAINTIFF WHAT THE PLAINTIFF HAD REQUESTED THIS PAST FIVE YEARS. VIOLATING THE PLAINTIFF HUMAN

17  AND CONSTITUTIONAL DUE PROCESS RIGHTS. DUE TO WHAT THE DEFENDANTS, INTERNAL GOVERNMENT SPECIAL PERSONNEL, ARE DOING ON PURPOSE

18  IN INFLICTING THIS CRUEL PUNISHMENT ON THE PLAINTIFF, THROUGH THE F.B.I. AGENCY NEUROTECH. DATED.. 02-18-2008..

19

20

21                              TRULLY..

22                              Peter Chavez

23

24  PLAINTIFF..              PETER CHAVEZ GODINEZ, D.T.L 957. BK 03031558

25                          SANTA CLARA COUNTY JAIL. DEPARTMENT OF CORRECTIONS.

26                          885. N. SAN PEDRO STREET, SAN JOSE, CALIF 95110

27

28

29

30

31

32  DEFENDANTS       ①   F.B.I. SPECIAL AGENT. ERICK LAMOE.

33                      FEDERAL BUREAU OF INVESTIGATIONS, (AGENCY, OFFICE PHONE (408) 535-4646)

34                      950. S. BASCOM AVENUE

35                      SAN JOSE CALIF. 95128

36

37               ②   F.B.I. SPECIAL AGENT BRYANT RICHARDSON AND THE F.B.I. SPECIAL PRIVATE INVESTIGATOR, AGENT

38               ③   SUSAN. THE AGENT THAT WROTE THIS COURT TRANSCRIPTS, AND THAT CREATED ALL THIS MESS...

39

40

41  DEFENDANTS..     ④   SPECIAL POLICE OFFICER, ANTHONY MAGDALE, (831) 901-8499

42                      WATSONVILLE POLICE DEPARTMENT.

43                      215 UNION STREET

44                      WATSONVILLE, CALIF 95076..

45  THE ABOVE GOVT SPECIAL INTERNAL OFFICIALS, WROTE NOTHING BUT STUPIDITIES, AGAINST THESE FAMILIES, MAGANA & MORENO AND ASSOCIATES, AND IT

46  IS VERY EASY TO BE PROVEN BY THE FACTS OF THIS WHOLE COMPLAINT, AND THEIR ACTIVE MURDER CONSPIRACY, AND THEIR GOVT NEUROTECH.

47  THE PLAINTIFF, WILL NEVER SETTLE THIS ELEGA GOVERNMENT CORRUPTION OUTSIDE THE COURT. THESE RESPONSIBLE GOVERNMENT INTERNAL SPECIAL OFFICIAL

48  HAD MAKE SEVERAL MONEY OFFERS TO THE PLAINTIFF ON 2005 IT WAS $400.-THOUSAND DOLLARS ON 2006 IT WAS ONE MILLION DOLLARS

49  THE PLAINTIFF WILL NOT EVEN SETTLE FOR TWO MILLION DOLLARS...! THIS IS A PERSONAL MATTER, THAT IF ITS NOT OFFICIALLY CORRECTED

50  BY THE FEDERAL U.S. DISTRICT COURT, JUDGES.. THIS MATTER, WILL END UP, BY THE PLAINTIFF KILLING INNOCENT OFFICERS, FOR WHAT

51  THESE SPECIAL GOVT OFFICIAL HAD AND ARE DOING TO THE PLAINTIFF DAILY THROUGH THE UNITED STATES GOVERNMENT, SPECIAL SPYING INTELL

52  NEURO UNIVERSAL TECHNOLOGY... INTERNAL GOVERNMENT SECRET NEURO TECHNOLOGY, TECH THAT IS SECRETLY CHEMICLY IMPLANTED IN ALL

53  HUMANS, CONFIDENTIAL...! I WORKED WITH THE F.B.I. AGENCY, AND THE ABOVE DEFENDANTS, WITH THEIR NEURO TECH, TO COVER UP THE

54  HOMICIDE, THAT I COMMITTED ON 07-21-2001, ON THESE DEFENDANTS SUPERVISION, AND CRIME THAT THESE DEFENDANTS FRAMED

55  ESTEBAN MORENO PANTOJA FOR.. THESE VICTIM LIVES ON → ESTEBAN MORENO PANTOJA

56                                                    7440 WASHINGTON STREET

57                                                    WATSONVILLE, CALIF 95076

58                                                    (831) 763-1085.

59

60

ITEM ONE

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:05-cv-00495-RMW
#### Internal Use Only

Chavez v. Lamoe
Assigned to: Hon. Ronald M. Whyte
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/02/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Peter Godinez Chavez**

represented by **Peter Godinez Chavez**
DLT 957 bk 04060611
Santa Clara County Jail
885 N. San Pedro Street
San Jose, CA 95110
PRO SE



V.

**Defendant**

**Special Agent Eric Lamoe**

| Date Filed | # | Docket Text |
|---|---|---|
| | ●1 | COMPLAINT against Eric Lamoe; No Process; In Forma Pauperis pending. Filed byPeter Godinez Chavez. (dhm, COURT STAFF) (Filed on 2/2/2005) (Entered: 02/04/2005) |
| 02/__/2005 | ●2 | MOTION for Leave to Proceed in forma pauperis filed by Peter Godinez Chavez. (dhm, COURT STAFF) (Filed on 2/2/2005) (Entered: 02/11/2005) |
| 03/21/2005 | ●3 | Letter from Peter Chavez dated 3/17/2005, requesting status of case. (dhm, COURT STAFF) (Filed on 3/21/2005) (Entered: 03/24/2005) |
| 04/26/2005 | ●4 | Letter from Peter Chavez dated 4/11/05. (dhm, COURT STAFF) (Filed on 4/26/2005) (Entered: 04/27/2005) |

COPY

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

North County Jail [ ]    *No Inmate delusional or having hallucinations* ITEM TWO

| INMATE'S NAME: | PETER CHAVEZ GODINEZ | BOOKING NUMBER: DTL 957 0406061 | HOUSING UNIT: 8C 13 |
|---|---|---|---|

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC:** I been in custody since 06-15-2003. On the above date 08-31-2003 APROX 930 Am On The Facility of Elmwood M.3-C, I received a visit from Special Agent ERIC LAMBE F.B.I (408) 535-4646, and on the above date 02-24-2005 APROX 10:30 hour unit officer Shipman came to my cell and advise me that I have a visit, and that there was two higher ranking officers that wanted to speak with me, so officer Shipman escorted me to this visit, to my surprise this two Agents were Secret Service Agents, the reason why I'm writing this complaint, is because in the future or near future I will highly appreciate if the central main jail computer can reflect this TRIPLES of visits, For my own protection!!! This is the reason why I of visits can go through my attorney. I am a professional person that's the reason why I didn't disrespected this Secret Agents, in the future I don't want this visits surprises, I resent of harassement with the science intelligh C.I.A special Forces signals daily basics.

*Visits, but I don't want to see their face* (left margin)

**WHAT SOLUTION ARE YOU RECOMMENDING?:** No higher Government officials visits!! Please. "No

Your Signature: Peter Chavez    Date: 02/25/05    Time: 13 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
****************************************************************

Received from Inmate on:
Day: FRIDAY   Date: 02/25/05   Time: 1465   Officer: KONAYTA #2602   Team: B

**RESPONDING OFFICER'S STATEMENT (Please print):** YOU MAY REFUSE ANY/ALL VISITS AND INTERVIEWS IN THE FUTURE (PER SGT. LE)

COPY

[ ] Resolved  [X] Refer to Level II
Officer's Name: SHIPMAN #1964    Team: D    Date: 3/2/05
****************************************************************
**SUPERVISOR'S ACTION:** YOU HAVE THE RIGHT TO DENY A VISIT OR INTERVIEW, WE DON'T SCREEN VISITOR FOR INMATES.

[X] Resolved  [ ] Refer to Level III
Supervisor's Name: Le 2072    Team: D    Date: 3/2/05
****************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed

SIGNATURE: _____   Date: / /   Time: _____
****************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: Team D    Date Assigned: 2/28/05
Date Due: 3/14 05

Response by: _____   Title: _____   Date: / /   Time: _____
****************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed

SIGNATURE: LXD073    Date: 3/3/05   Time: 0407
****************************************************************
RESPONSE RETURNED TO INMATE: Date: 3/3/05   Time: 900 AM/PM    RDMD
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

ITEM TWO
PAGE TWO

# County of Santa Clara

Department of Correction



180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005  FAX 288-8271

Edward C. Flores
Chief of Correction

March 7, 2005

Mr. Peter Chavez, #04060611
Main Jail Facility
885 North San Pedro Street
San Jose, CA 95110

SUBJECT:    Your letter dated March 1, 2005

Dear Mr. Chavez:

This correspondence comes in response to your letter dated March 1, 2005, regarding visits and your grievance.

I will refer your letter to Captain T. Wong, Main Jail Commander. I am always concerned when any person feels there is a situation/problem here in our facility. I am confident Captain Wong will have someone look into your concerns.

Sincerely yours,

Edward C. Flores
Chief of Correction

ECF:pl

cc: Captain T. Wong, Main Jail Commander
    Internal Affairs

ITEM TWO
PAGE THREE

# County of Santa Clara
## Department of Correction



180 West Hedding Street
San Jose, California 95110-1772
(408) 299-4005 FAX 288-8271

Edward C. Flores
Chief of Correction

March 9, 2005

Mr. Peter Chavez, Booking #04060611
C/o Department of Correction
885 North San Pedro Street
San Jose, CA 95110

Subject: Your Letter Dated March 1, 2005

Dear Mr. Chavez:

I am in receipt of your letter dated March 3, 2005, regarding refusing visitation at the Main Jail and your grievance.

You have the right to refuse any visit. You may exercise that right if Agent Worthy visits you. Attached is a copy of your grievance.

Thank you for bringing this matter to our attention.

Sincerely,

Lieutenant Janet Fischer, CJM
Assistant Division Commander

JF:ba

cc:    Edward C. Flores, Chief of Correction
       Captain Toby Wong, Main Jail Commander

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, James T. Beall, Jr., Liz Kniss
County Executive: Peter Kutras, Jr.

ITEM THREE
TOTAL OF 12 PAGES

UCS
D. CERRA

**CH-100** Request for Orders to Stop Harassment

Clerk stamps date here when form is filed.

FILED

2008 JAN 15 PM 1:42

D. Cerra

**(1) Your name** (person asking for protection):
PETER CHAVEZ GODINEZ

**Your address** (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):
SANTA CLARA CO. DEPT. OF CORRECTIONS, 885 N. SAN PEDRO STREET
City: San Jose  State: Calif  Zip: 95110

**Your telephone number** (optional): _____

**Your lawyer** (if you have one): (Name, address, telephone number, and State Bar number):
SELF-REPRESENTED

Fill in court name and street address:

Superior Court of California, County of
SANTA CLARA
170 PARK CENTER PLAZA
191 F. FRIST STREET
SAN JOSE, CA 95113

Court fills in case number when form is filed.

**108CH 001333**

**(2) Name of person you want protection from:** F.B.I. SPECIAL AGENT ERICK LANGE AND ALL THE F.B.I. SPECIAL AGENTS, AND THEIR GOVERNMENT NEURO TECH.

**Describe the person:** Sex: ☒ M ☐ F  Weight: 220 ?
Height: 5/11  Race: WHITE  Hair Color: WHITE
Eye Color: BLUE  Age: 50  Date of Birth: UNK
**Home Address** (if you know): _____ UNK
City: _____  State: UNK  Zip: UNK
**Work Address** (if you know): FEDERAL BUREAU OF INVESTIGATIONS, 950 SOUTH KASCOM AVENUE
City: SAN JOSE  State: CALIFORNIA  Zip: 95126

105 CV 041696 SAME CASE
05-24-2005.

**(3) Besides you, who needs protection?** (Family or household members)
*Full Name*

| | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| CORDELIA CHAVEZ GODINEZ | FEMALE | 55 | ☒ Yes ☐ No | MOTHER |
| EVA RODRIGUEZ CHAVEZ | F | 35 | ☐ Yes ☒ No | SISTER |
| JESUS CHAVEZ VALENCIA | M | 55 | ☐ Yes ☒ No | UNCLE |
| MARIA CHAVEZ | F | 52 | ☐ Yes ☒ No | AUNT |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3-Describe Protected Persons" at the top of the page.

**(4) Why are you filing in this court?** (Check all that apply):
☒ The person in ② lives in this county.
☒ I was hurt (physically or emotionally) by the person in ② here.
☒ Other (specify): THE F.B.I. AGENCY, ALL SPECIAL AGENTS HAVE BEEN TAKING TURNS CRUELLY INTERNALLY PUNISHING ME 24 HOURS DAILY SINCE

**(5) How do you know the person in ②?** (Describe): 11-30-2002. TO THIS VERY DATE 01-04-2008 THROUGH THEIR GOVT NEURO TECH. FROM 1999 TO 09-10-2002 I WORKED WITH THE F.B.I. AGENCY AND THE STATE GOVERNMENT SPECIAL KILLER OFFICERS. ON 07-21-2001 I KILLED A MALE WHILE I WAS ON THE GOVERNMENT SUPERVISION, AND WHILE I HAD THE F.B.I. AGENCY SECRET CAMERA PAGER RECORDER, THESE SPECIAL GOVT OFFICIALS, CONSPIRED TO COVER UP THIS HOMICIDE AND FRAMED A WRONG PERSON ESTEBAN MORENO PANOJA WITH THE HOMICIDE THAT I COMMITTED, AND RECRUITED ME AS A ACTIVE OVERTIME CIA SPY WITH THE GOVT ALL SPECIAL OFFICIALS, SECRET NEURO UNIVERSAL TECHNOLOGY. ACTIVE ON MY BODY. TO COVER UP THIS HOMICIDE. JUST IN CASE THE SUPERIOR COURT, PROSECUTING THIS HOMICIDE CASE...WOULD SUBPEANA ME...SINCE NO GOVERNMENT CIA SPY, OR OPERATIVES ARE ALLOWED

**This is not a Court Order.**

ial Council of California, www.courtinfo.ca.gov
ed July 1, 2007, Mandatory Form
of Civ. Procedure, §§ 527.6 and 527.9

Martin Deans
ESSENTIAL FORMS™

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 1 of 4

TO TESTIFY IN NO STATE COURT BECAUSE OF THIS NEW SECRET TECH. I AM

Your name: PETER CHAVEZ GODINEZ

Case Number:

(6) Describe how the person in (2) has harassed you: SINCE 11-30-02..24 HOURS DAILY THE FBI AGENCY ALL SECUA AGENTS, HAVE BEEN TAKIN

  a. Date of most recent harassment: TURNS DISTURBING ME WITH THEIR 24 HOURS DAILY, CENTRALIZE INTERNALYZE COMMUNICATION, etc

  b. Who was there? FORCES, SECRET COMMUNICATION, THAT OPERATES SECRETLY THROUGH THIS NEURO TECHNOLOGY, IN MY BODY NER
    THIS IS THE EVIL SECRET SECUA STRING INTELLIGENCE NEURO UNIVERSAL TECHNOLOGY → SEE ITEM    TO ITEM    TO SUPPORT MY CL

  c. Did the person in (2) commit any acts of violence or threaten to commit any acts of violence against you?
    ☒ Yes   ☐ No
    *If yes, describe those acts or threats:*  "SEE ATTACHED DECLARATION" ITEM 1 TO ITEM 7   ( 11-100, ITEM
    I QUIT WORKING WITH THE GOVERNMENT ON 09-10-2002, ON 11-30-2002, THE AGENCY TURNED BACK ON, THE NEURO
    TECH COMMUNICATION ON MY BODY HEARING NERVES, I POLITELY ASKED THE F.B.I AGENCY TO TURNED THEIR TECH OF MY
    BODY NERVES, THE F.B.I SECUA AGENTS THREATENED ME WITH DEATH, AFTERWARDS

  d. Did the person in (2) engage in a course of conduct that harassed you and caused substantial emotional
    distress? ☒ Yes   ☐ No
    *If yes, describe:* "SEE ATTACHED DECLARATION" ITEM 1 TO ITEM 7
    I BEEN LIVING SINCE 11-30-02 TO THIS VERY DATE 01-04-2008, WITH MY HEARING NERV
    CENTRALIZED UNIVERSAL COMMUNICATION, THAT IS ONLY A EVIL CRUEL DISTURBING PUNISHMENT
    THREATENING ME, I WAKE UP TO THE SAME 24 HOURS DAILY MANIPULATION COMMUNICATION, THE NEURO TECH IS BY FORCE

  e. Did the conduct of the person in (2) described above seriously alarm, annoy, or harass you? ☒ Yes   ☐ No

  ☒ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6 - Describe
  Harassment" at the top of the page.* SEE ITEM 1 TO ITEM 7

**Check the orders you want ☑**

(7) ☒ **Personal Conduct Orders**
  I ask the court to order the person in (2) to **not** do the following things to me or anyone listed in (3):

  a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal
    property, keep under surveillance, or block movements.

  b. ☒ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.

  The person in (2) will also be ordered not to take any action to get the addresses or locations of any protected
  persons, their family members, or their caretakers unless the court finds good cause not to make the order.

(8) ☒ **Stay-Away Orders**
  I ask the court to order the person in (2) to stay at least *(specify):* OUT OF MY SIGHT    ☒ away from me FOR LIFE
  and the people listed in (3) and the places listed below: *(Check all that apply):*

  a. ☒ My home      d. ☒ My vehicle
  b. ☒ My job or workplace      e. ☐ Other *(specify):* MY LIFE, AND TO TURNED OFF IMMEDIATELY THE
  c. ☒ My children's school or child care    F.B.I AGENCY, NEURO TECHNOLOGY COMMUNICATION, FROM MY BODY NERV

  If the court orders the person in (2) to stay away from all the places listed above, will that person
  still be able to get to his or her home, school, or job? ☒ Yes   ☐ No
  *If no, explain:*  WHAT THESE SECUA OFFICIALS CREATED WITH ME, IS NOW A PERSONAL PROBLEM, I WILL MAKE THESE SECUA
  OFFICIALS, RESIGNED FROM THE F.B.I AGENCY, BECAUSE I WILL HAVE TO BE RELEASED TO KILLED THESE SECUA OFFICIALS
  I'M ONLY LIVING NOW, FOR THAT, I WILL GET THESE FARRON OF SECUA OFFICIALS FIRED FROM THE GOVERNMENT
  WHAT THEY ARE DOING TO ME DAILY, AND WHAT THEY'VE DONE TO ME ALL THIS YEARS THROUGH THE F.B.I AGENCY NEURO TECH
  I WILL NEVER FORGET IT, I WILL KILLED THESE SECUA OFFICIALS, OR I WILL KILLED INNOCENT OFFICIALS, FOR
  ERROR, THIS

**This is not a Court Order.**

Revised July 1, 2007
Martin Dean's
ESSENTIAL FORMS™

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 2 of 4 →

Your name: PETER CHAVEZ GODINEZ                         108CH 001

**9** **Others to Be Protected**

Should the other people listed in ③ also be covered by the orders described above?

☑ Yes   ☐ No   ☐ Does not apply

*If yes, explain:* YES, BECAUSE THESE SPECIAL OFFICIALS, ILLEGALLY F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN. HAVE THREATENED ME WITH MY FAMILY MEMBERS LIVES, AND HEALTH, SINCE THROUGH THEIR GOUT NEUROTECH THESE SPECIAL OFFICIALS HAVE ACCESS TO MESS WITH ANY AND ALL HUMANS, LIES AND DISTURBED THEIR DAILY LIVES, NORMAL HUMANS ARE NOT AWARE OF THIS SECRET GOUT NEUROTECHNOLOGY ... NOT EVEN. SOME VETERAN POLICE OFFICER'S ARE AWARE OF THIS GOUT NEUROTECH INTERNAL AFFAIRS. SECRET TECHNOLOGY, SPECIAL GOUT SECRET INVESTIGATIONS.

**10** **Order About Guns or Other Firearms**

I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and to sell or turn in any guns or firearms** that he or she controls. THIS IS WHY THE COURT. I WILL HAVE MY OWN WEAPONS. TOO. THE SOONEST I'M OUT. FOR THESE OFFICIALS...

**11** **Other Orders**

I ask the court to order the person in ② to *(specify):* TO TURNED OFF THE F.B.I AGENCY, ALL SPECIAL AGENTS & SECRET OFFICIALS & STATE GOUT DETECTIVES, NEURO TECHNOLOGY, COMMUNICATION OFF MY HEARING NERVES! AND TO NEVER COME NEAR ME. OR TRIED TO COMMUNICATE ME. I WILL NEVER ACCEPT THE MONEY OFFER, WE WILL DEAL WITH THIS ISSUE, IN THE COURT. WITH A JURY COURT TRIAL!

**12** **Temporary Orders**

Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes   ☐ No

*If yes, explain why you need these orders right now:* YES, BECAUSE EVEN, AS I AM WRITING THIS FORM, THE F.B.I SPECIAL AGENTS, ARE THREATENING THROUGH THE INTERNALIZE CENTRANGE UNIVERSAL COMMUNICATIONS, I DON'T HEAR THE T.V. TELEVISION, ALL I HEAR IS THE F.B.I AGENCY, CHIDEST INTERNALIZED COMMUNICATION, THAT IS NOTHING, BUT A CRUEL MANIPULATION, THE NEURO TECH, IN MY BODY IS ACTIVE. THE F.B.I AGENCY TOOKED ADVANTAGE OF ME ALL THIS YEARS. THROUGH THIS CRUEL PUNISHMENT. BECAUSE NOT TOO MANY PEOPLE ARE AWARE OF THIS SECRET GOUT NEUROTECH.

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12-Temporary Orders" at the top of the page. TAKE INTO CONSIDERATION CH-100- ITEM 6. FULL REPORT. ALL MY FAMILY LIVES ARE IN DANGER

**13** **Delivery of Orders to Law Enforcement**

My lawyer or I will give copies of the orders to the following law enforcement agencies:

a. Name of Agency: COURT SHALL DELIVER TO: SANTA CLARA COUNTY SHERIFF'S OFFICE
   Address: 55 WEST YOUNGER AVENUE
   City: SAN JOSE, CA                    State: CA        Zip: 95110-1722

b. Name of Agency: _____
   Address: _____
   City: _____    State: _____    Zip: _____

**14** **Other Court Cases**

Have you ever asked any court for other restraining orders against the person in ②? ☑ Yes   ☐ No

*If yes, specify the counties and case numbers if you know them:* THIS COURT. CASE NO. 105 CV 041696, THIS SERIOUS MATTER WAS REMOVED FROM THE STATE COURT, TO THE U.S DISTRICT COURT. THIS KEVIN V. RYAN BEFORE HE WAS FIRED, BY THE BUSH ADMINISTRATION, BUT THIS MATTER THE AGENTS TRIED TO RESOLVED IT PERSONALLY WITH ME. SEE. THE JAIL GRIEVANCES, I AM SUBMITTING WITH THIS FORMS.

This is not a Court Order.

ised July 1, 2007
Martin Dean's
ESSENTIAL FORMS
**Request for Orders to Stop Harassment**
(Civil Harassment)
CH-100, Page 3 of 4
→

Your name: PETER CHAVEZ GODINEZ

Case Number: _____

(15) **Time for Service**

You must have your papers personally served on (notify) the person in (2) at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

I HONESTLY BELIEVE THAT THE COURT SHOULD ORDER, THE SHERIFF, TO SERVICE THIS DOCUMENT TO THE PERSON IN 2 BECAUSE, THAT PERSON IS MY ENEMY, AND THEIR IS AN ACTIVE HOMICIDE CONSPIRACY, THAT THESE SPECIAL OFFICIALS COMMITTED. THAT GOT ME TO BE RECRUITED WITH THE GOV'T NEURO TECH, WITH BAD INTENTION, WE ARE ENEMIES, I NEED THE ASSISTANCE OF THE SHERIFF, TO DELIVER THIS DOCUMENTS TO THESE WORTHLESS OFFICIALS...

(16) **No Fee for Filing**

I ask the court to waive the filing fee because the person in (2) has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

(17) **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in (2) about the orders for free because:

a. ☑ My request for orders is based on stalking; or

b. ☑ My request for orders is based on a credible threat of violence; or

c. ☑ I am entitled to a fee waiver.

*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the Application for Waiver of Court Fees and Costs (Form FW-001).)*

(18) ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my:

a. ☐ Lawyer's fees

b. ☐ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18-Lawyer's Fees and Costs" at the top of the page.*

(19) **Additional Relief**

I ask the court for additional relief as may be proper.

(20) Number of pages attached to this form, if any: 12 PAGES

Date: 01-04-2008

IN PRO PER
_____          ▶ _____
Lawyer's name                          Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 01-04-2008

PETER CHAVEZ GODINEZ          ▶ _____
Type or print your name                  Sign your name

**This is not a Court Order.**

Revised July 1, 2007
Martin Dean's
ESSENTIAL FORMS™

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 4 of 4

**CH-120** | Notice of Hearing and Temporary Restraining Order

SS ✕ 1/16/08 UCS TERRA

*Clerk stamps date here when form is filed.*

FILED

2008 JAN 16 PM 1:42

*(stamp)*
BY ____ DCW2

*Fill in court name and street address:*

Superior Court of California, County of
SANTA CLARA
170 PARK CENTER PLAZA
SAN JOSE, CA 95113
MAILING ADDRESS
191 NORTH FIRST STREET, SAN JOSE

① Name of person asking for protection:
PETER CHAVEZ GODINEZ

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
SANTA CLARA CO DEPT OF CORRECTIONS
885 N SAN PEDRO STREET
City: SAN JOSE    State: CALIFORNIA    Zip: 95110

Your telephone number *(optional):* ____

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):* ____
SELF-REPRESENTED

② Name of person to be restrained: F.B.I SPECIAL AGENT ERICK LANDE AND ALL F.B.I SPECIAL AGENTS, AND THEIR GOVERNMENT NEURO TECHNOLOGY...

*Court fills in case number when form is filed.*
108CH 001335

Description of that person:

| | | |
|---|---|---|
| Sex: ☒ M ☐ F | Height: 5/11 | Weight: 220   Race: WHITE |
| Hair Color: WHITE | Eye Color: BLUE | Age: 50   Date of Birth: UNK |
| Home Address *(if known):* UNK | | |
| City: UNK | | State: UNK   Zip: UNK |
| Work Address *(if known):* FEDERAL BUREAU OF INVESTIGATIONS, 408 535-4646 | | JAN 16 2008 |
| City: SAN JOSE | | State: CALIF   Zip: 95126 |

③ **Notice of Hearing**

**To the person in ② :**   DC

A court hearing is scheduled on the request for orders against you to stop harassment:

| Hearing Date ➤ | Date: 2-5-08   Time: 1:30PM | Name and address of court if different from above: |
|---|---|---|
| | Dept.: 101   Rm.: 101 | 170 PARK CENTER PLAZA SAN JOSE, CA 95113 |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

④ **Court Orders**

The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③ . No orders are issued against you at this time.

b. ☐ Has scheduled the hearing stated in ③ **and** has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

Martin Dean's
ESSENTIAL FORMS™

**Notice of Hearing and Temporary Restraining Order (CLETS)** CH-120, Page 1 of 4
(Civil Harassment)

➔

Your name: _____

Case Number: _____

## Temporary Orders Against the Restrained Person

*(Write the name of the person in* ② *):* _____

The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.

⑤ ☒ **Personal Conduct Orders**

You must **not** do the following things to the people listed in ① and ⑩ :

☒ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

☒ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

☐ c. Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑩. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

⑥ ☒ **Stay-Away Order**

You must stay at least *(specify):* _____ yards away from:

a. ☒ The person listed in ①

b. ☒ The people listed in ⑩

c. ☒ The home of the persons in ① and ⑩

d. ☒ Jobs or workplaces of the persons in ① and ⑩.

e. ☒ Vehicle of person in ① ☐ Vehicles of persons in ⑩

f. ☒ The protected children's school or child care

g. ☒ Other *(specify):* _____

_____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

⑦ **No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

⑧ **Turn In or Sell Guns or Firearms**

You must:

• Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.

• File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use Form CH-145 for this.)*

⑨ ☐ **Other Orders** *(specify):* _____

_____

_____

_____

**This is a Court Order.**

Your name: _____    **T08CH 001333**

(10) ☐ **Other Protected Persons**
List of the full names of all family or household members protected by these orders:
MOTHER, CORNELIA CHAVEZ GODINEZ, SISTER EVA CHAVEZ RODRIGUEZ, AUNT MARIA CHAVEZ, UNCLE
JESUS CHAVEZ VALENCIA.

### Instructions for the Protected Person

**To the person in ① :** *(Write the name of the person in ①):* _____

(11) **Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or
your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency
listed below.

Name of Law Enforcement Agency:                    Address (City, State, Zip)

_____    _____
_____    _____
_____    _____

(12) **Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:
- a. ☒ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
- b. ☒ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
- c. ☒ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
- d. ☒ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
- e. ☒ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
- f. ☒ Other *(specify):* DECL. RE NOTICE UPON EX PARTE APPL. FOR ORDERS
You must file with the court before the hearing a proof of service of these documents on the person in ② .

(13) **Time for Service** *(check a, b, or c)*
- a. ☒ A copy of the documents listed in (12) must be served in person to the person in ②
  at least 5 days before the hearing.
- b. ☐ A copy of the documents listed in (12) must be served in person to the person in ②
  at least 2 days before the hearing.
- c. ☐ A copy of the documents listed in (12) must be served in person to the person in ②
  at least _____ days before the hearing.

(♦) ☐ **No Fee for Filing**
Filing fees are waived.

**This is a Court Order.**

ed July 1, 2007
*Martin Dean's*
**ESSENTIAL FORMS™**
**Notice of Hearing and Temporary Restraining Order (CLETS)**
(Civil Harassment)
CH-120, Page 3 of 4
→

Your name: _____

Case Number: _____

(15) ☐ No Fee for **Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.

b. ☐ The Order is based on a credible threat of violence.

c. ☐ The person in (1) is entitled to a fee waiver.

Date: 1-15-08 4:40 p.m. _____

_Judicial Officer_

## Warnings and Notices to the Restrained Person in (2)

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item (8) above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

## Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.

### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to _www.courtinfo.ca.gov/forms_ for _Request for Accommodations by Persons With Disabilities and Order_ (Form MC-410). (Civil Code, § 54.8.)

*(Clerk will fill out this part.)*
### - Clerk's Certificate -

*Clerk's Certificate*

*[seal]*

I certify that this *Notice of Hearing and Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____Clerk, by _____, Deputy

## This is a Court Order.

NAME AND ADDRESS OF PARTY OR ATTORNEY FOR PARTY:

PETER CHAVEZ GODINEZ . BK. 0303155B → D.TL 957
SANTA CLARA CO. DEPT OF CORRECTIONS
885 N. SAN PEDRO STREET
SAN JOSE CALIF. 95110

TELEPHONE NUMBER:

ATTORNEY FOR (Name): SELF REPRESENTED

FOR COURT USE ONLY

UCS
D. CERR.

FILED

2008 JAN 16 PM 1:41
Jur 2
COUNTY OF SANTA CLARA

108CH 001333

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
MAILING ADDRESS:   170 PARK CENTER PLAZA
CITY AND ZIP CODE:   SAN JOSE CALIFORNIA 95113
BRANCH NAME:   FAMILY

PROTECTED PERSON: PETER CHAVEZ GODINEZ

RESTRAINED PERSON: F.B.I AGENCY, GOUT SPECIAL SERVING WELL-ISENSE NEUROTECHNOLOGY. 105CV-041696 SAME CASE

**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDERS**

Department Number:

FCS Number:

I, the undersigned, declare:

1. **I am (choose one):**
   - (1) ☐ attorney for Petitioner
   - (2) ☒ self-represented Petitioner
   - (3) ☐ other (explain):
   - ☐ attorney for Respondent
   - ☐ self-represented Respondent
   - ☐ attorney for child(ren)

2. **The opposing party or minor child(ren) is represented by an attorney:**  ☐ Yes  ☐ No
   (If you checked "yes", fill in the attorney's name, address, and telephone number. If you checked "no", fill in the other party's name address, and telephone number.
   Party/Attorney name: _____
   Address/Telephone number: _____
   Child's attorney name and address: _____

3. **OTHER CASES:** Have the parties to this case been involved in another Family, Probate Juvenile, or Criminal Court Case? ☒ Yes  ☐ No   If there has been another case, fill in the case number: 105CV 041696

4. **NOTICE**

   A.   **I HAVE given notice** to the opposing party and/or their attorney by the following method: SINCE 11-30-02 THE F.B.I AGENCY
   - ☐ Personal delivery  ☐ Fax  ☐ Overnight Carrier  ☐ First Class Mail  ☒ Other: 24 HOURS DAILY, HAVE BEEN BY
   Date: _____  Time: _____  FORCED COMMUNICATING WITH
   I have received confirmation that the other party has received my papers as follows: (Check one below) ME THROUGH THEIR NEURO TECH
   - ☐ In person/telephone (describe): _____
   - ☐ Confirmation of receipt.

   B.   **I HAVE NOT given notice** of the ex parte request for orders because (Check all that apply. You must explain below):
   - ☒ This is an application for Domestic Violence Prevention Act (DVPA) restraining orders.
   - ☒ Great or irreparable injury will result to me before the matter can be heard on notice.
   - ☐ It is impossible to give notice.
   - ☐ The other party agrees to the orders requested.
   - ☐ No significant burden or inconvenience to the responding party will result from the orders requested.
   - ☐ Other: _____

   C.   **Explanation:**
   - ☐ A hearing between the parties is already set I am asking that this motion be heard at the same time.
   - ☒ I am unable to serve the other party 21 days before the hearing.
   - ☒ I fear for my physical safety (and that of my children, if applicable).
   - ☐ Other: AND FAMILY MEMBERS, THESE SPECIAL OFFICIALS, HAD THREATENED ME WITH THEIR LIVES.

I declare under penalty of perjury that the foregoing is true and correct.

01-04-2008
Date

_Peter C_____ (signature)
Signature of Declarant

PETER CHAVEZ GODINEZ
Print Name

Rev. 1/1/02

**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDERS**

Page 1
SC-500

## <u>INSTRUCTIONS</u>

### Please refer to Santa Clara County Local Rule 3 for more information

This form is required in Santa Clara County, if you are asking the Judge to make immediate orders without the other party being present for a hearing. These orders are called ex parte orders. This form must be completed in any case where ex parte orders are requested. If you have given notice to the other side of your case, you must state the form of notice given. Notice means providing the other side of the case, either the attorney or a self-represented party, with copies of any papers that you want the Judge to review and any orders that you are requesting. If you have not given notice, you must explain why you have not given notice. There are some circumstances when notice may be waived, such as cases involving allegations of domestic violence where the safety of a party or a child might be at risk if notice is given. It is up to the Judge in your case to determine whether notice will be required or not.

SECTION #1

State whether you are the Petitioner or the Respondent in the case. Once a case is filed, the parties keep the same status in the case. You do not change from the Respondent to the Petitioner by filing a new motion in the case. If you do not have an attorney, you are considered self-represented.

SECTION #2

If the other party is represented by an attorney, you must provide the Court with the attorney's name and address. If the other party is not represented by an attorney, you must provide the Court with the other party's address.

SECTION #3

It is very important to list all other cases in which you and the other party have been involved with the courts. This would include other Family Law, Probate, Juvenile, Restraining Order, Child Support, Civil, or Criminal matters. If you do not have the case number, please put unknown and list the county and the year of the filing, if possible.

SECTION #4A

Unless notice is excused by the Court, you must provide notice of this motion to the other party before you deliver a copy to the Court. When you give such notice, specify how you did it (by fax, courier, or personally, for example) and at what time and date. Also, please explain how you know that the other side received copies of your papers and what response you were given.

SECTION #4B

If you did not give notice of this application, explain why in this section. Check as many boxes as apply. You may also write out any further explanation of your reasons for not giving notice.

After this form is completed, attach it to your motion (or other ex parte request) and submit them to the Document Examiner's Office in Room 122, Santa Clara Superior Court, Family Court, 170 Park Center Plaza, San Jose, CA 95113.

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, ~~bar number, and address~~):

PETER CHAVEZ GODINEZ. IK 0303155B →D.T.L 957
SANTA CLARA CO. DEPT OF CORRECTIONS
885 N SAN PEDRO STREET, SAN JOSE CALIF 95110.

TELEPHONE NO.:                    FAX NO.:

ATTORNEY FOR (Name):

FOR COURT USE ONLY

UCS
D. CERRA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA
STREET ADDRESS: 170 PARK CENTER PLAZA
MAILING ADDRESS: 191 N. FIRST STREET
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: FAMILY

FILED

2009 JAN 16 PM 1:42

pam

CASE NAME:

| CIVIL CASE COVER SHEET | | Complex Case Designation |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) | ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder |

Filed with first appearance by defendant
(Cal. Rules of Court, rule 3.402)

CASE NUMBER:
**108 CH 001333**

JUDGE: 105 CV 041696 SAME CASE

DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☒ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☒ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☒ Other petition (not specified above) (43)

2. This case ☐ is  ☐ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☒ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☒ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☒ punitive
4. Number of causes of action (specify):
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 01-04-2008

PETER CHAVEZ GODINEZ
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one box** for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
  *case involves an uninsured*
  *motorist claim subject to*
  *arbitration, check this item*
  *instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or*
  *toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice-
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil*
  *harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer*
      *or wrongful eviction)*
  Contract/Warranty Breach-Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case-Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally*
  *complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent*
    *domain, landlord/tenant, or*
    *foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
  *drugs, check this item; otherwise,*
  *report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ-Administrative Mandamus
  Writ-Mandamus on Limited Court
    Case Matter
  Writ-Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal-Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400-3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-*
      *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
      *harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
      Claim
    Other Civil Petition

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

**Peter Chavez Godinez**
**885 N San Pedro Street**
**San Jose, CA 95110**
E-MAIL

Telephone

FAX

FOR COURT USE ONLY

ATTORNEY FOR (Name):    **IN PROPRIA PERSONA**

**Santa Clara County Superior - Family Law Park Center**
STREET ADDRESS:    **170 Park Center Plaza**
MAILING ADDRESS:
CITY AND ZIP CODE:    **San Jose, CA 95113**
BRANCH NAME:    **Family Law Park Center**

PLAINTIFF:    **Peter Chavez Godinez**

DEFENDANT:    **Erick Lamoe**

CASE NUMBER: 1D5CV041696
108CH001333    SAME CASE

**PROOF OF SERVICE**

FILE NUMBER
**2008764550**

1.  At the time of service, I was at least 18 years of age and not a party to this action

2.  I received the following papers on 1/23/2008:
    f. other (specify documents):    **Declaration in Support of Ex Parte Application for Orders, Notice of Hearing and Temporary Restraining Order (Clets) (Civil Harassment), Request For Orders To Stop Harassment (Civil Harassment), Answer To Request For Orders To Stop Harassment (Civl Harassment), Civil Case Cover Sheet, Proof Of Firearms Turned In Or Sold (DV-800)**

3.  After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:
    **Erick Lamoe**
    **950 S Bascom Ave**
    **San Jose, ca 95126**

4.  See Attachment for Declaration of Diligence.

7.  Person who attempted Service:
    a. Name:    **Christine Belluomini**
    b. Address:    **Office of the Sheriff-Civil Division**
    **55 W Younger Ave**
    **San Jose, CA 95110**

    c. Phone:    **(408) 808-4800**
    d. The fee for service was:    **$0.00 (Waived)**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: February 1, 2008

_____
Sheriff's Authorized Agent
Laurie Smith, Sheriff

Hearing:    **2/5/2008 1:30 PM Dept/Div: 101**
Remarks: **Must contact F.B.I. office in San Francisco.**

Judicial Council form POS-010        Mail Copy        93376

**Peter Chavez Godinez**
**885 N San Pedro Street**
**San Jose, CA 95110**

---

**\*\*\* This certificate ONLY for out of state courts \*\*\***

## CERTIFICATE OF ACKNOWLEDGEMENT

State of **California**
County of **Santa Clara**

On _____, before me _____,

personally appeared _____, who proved to me on the basis

of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument

and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),

and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which

the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

_____

(NOTARY SEAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | | FOR COURT USE ONLY |
|---|---|---|
| Peter Chavez Godinez<br>885 N San Pedro Street<br>San Jose, CA 95110<br>E-MAIL | Telephone<br><br>FAX | |
| ATTORNEY FOR: *(Name):*   IN PROPRIA PERSONA | | |

| Santa Clara County Superior - Family Law Park Center | |
|---|---|
| STREET ADDRESS:   170 Park Center Plaza | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE:   San Jose CA 95113 | |
| BRANCH NAME:   Family Law Park Center | |

| PLAINTIFF:   Peter Chavez Godinez | CASE NUMBER: |
|---|---|
| DEFENDANT:   Erick Lamoe | 105CV041696  SANEGSE<br>108CH001333 |

| DECLARATION OF DILIGENCE | FILE NUMBER |
|---|---|
| | 2008764550 |

**Declaration of attempts to personally serve: Erick Lamoe**

**There are no additional attempts**

February 1, 2008                    Mail Copy                    93376

Peter Chavez Godinez
885 N San Pedro Street
San Jose, CA 95110

CH-IDO, ITEM 6.

FROM 1999 TO 09-10-2002, I WAS WORKING WITH THE F.B.I. AND THE STATE GOVERNMENT SPECIAL POLICE OFFICERS, ON THEIR REQUESTS, INTO SOME STATE AND FEDERAL CASES THAT MY ASSISTANCE WAS NEEDED, I STARTED WORKING WITH THESE SPECIAL GOVT OFFICIALS AS A C.W. SINCE THE BEGINNING OF THE YEAR 2000, THE FBI SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN, STARTED SEXUALLY HARRASSING ME, THESE FEMALE AGENT SUSAN WAS THE TRANSCRIPT WRITER ON ALL THE FEDERAL CASES, THAT WE ALL FABRICATED, ON JULY 21-2001, WHILE THE STATE AND FEDERAL GOVERNMENT, SPECIAL OFFICIALS, HAD AN EVENT ON THE WATSONVILLE AREA UNDER GOVERNMENT SPECIAL SURVEILLANCE AND WHILE I HAD ON MY POSSESION THE FBI AGENCY, GOVT SECRET PAGER CAMERA RECORDER GADGET, GIVEN TO ME BY FBI SPECIAL AGENT ERICK LAMOE, AT APPROX 18:HOURS, TO RECORD THIS EVENT, SECRETLY, THIS IS THE SAME GOVT SECRET GADGET, THAT I USED TO RECORD ALL THESE SAME INDIVIDUALS, BEFORE THIS EVENT TOOK PLACE, AN AFTERNOON TOOK PLACE IN THIS EVENT, I END UP KILLING A MALE, ON THIS EVENT, I RECORDED MYSELF KILLING THIS MALE WITH THIS SAME GADGET, ISSUE TO ME BY AGENT LAMOE, I REPORTED MY INVOLVEMENT INTO THIS CRIME WITHIN 70 MINUTES AFTER, I KILLED THIS MALE TO THE AGENT LAMOE, WITHIN 48 HOURS AFTER IT WAS FULLY CONFIRMED THESE MALE BEING DEATH, I DEBRIEFED THIS WHOLE CRIME SCENE, TO THE FOLLOWING THREE SPECIAL OFFICIALS.
(1) F.B.I. SPECIAL AGENT ERICK LAMOE (2) F.B.I. SPECIAL AGENT BRYAN RICHARDSON AND (3) SPECIAL POLICE OFFICER, ANTHONY MAGDALE FROM THE WATSONVILLE POLICE DEPARTMENT. AFTER I DEBRIEFED ALL THE CRIME SCENE, THESE THREE SPECIAL OFFICIALS, DECIDED TO COVER UP THIS HOMICIDE, AND NOT TO TURN OVER THE RECORDINGS OF THIS HOMICIDE TO THE DISTRICT ATTORNEY OFFICE AND THEY FRAMED THE WRONG PERSON, FOR MY CRIME, AGENT RICHARDSON TOLD ME, THAT I FORGOT SOMETHING, AND THAT I DIDNT SEE SOMETHING. AND FOR ME TO BE VERY CAREFUL BECAUSE THIS CRIME COULD BACK FIRED IN THE FUTURE, THE F.B.I. AGENCY, AND THE STATE GOVERNMENT SPECIAL OFFICIALS, INVOLVED IN THIS INVESTIGATIONS, DECIDED TO FULLY COVER UP, THIS HOMICIDE BY RECRUITING ME AS A GOVERNMENT SECRET ACTIVE OPERATIVE IS THE GOVERNMENT, SPECIAL AGENTS, SECRET SERVICE, C.I.A OPERATIVES, SPECIAL JUDGES, SPECIAL PROSECUTORS, AND THE STATE GOVERNMENT INTERNAL AFFAIRS ADMINISTRATIONS, DETECTIVES AND SPECIAL POLICE OFFICERS, SECRET TECHNOLOGY, THESE SPECIAL OFFICIALS DECIDED TO PRESENT ME AS A C.I.A SUBPOENA ME, I DIDNT HAD TO TESTIFY IN THIS HOMICIDE CASE, BECAUSE NO C.I.A PERSONNEL IS ALLOWED TO TESTIFY IN NO STATE CASES BECAUSE OF THIS SECRET GOVT NEURO TECHNOLOGY, IN MY BODY NERVES, MAKES ME A SECRET GOVERNMENT TRANSFORMER, THE FBI AGENCY FULLY TRAINED ME WITH THEIR GOVT SECRET NEURO TECH, AND ALL NEW SECRET CODES, AND ALL GOVT DOMESTIC SECRET INTELLIGENCE I WAS ASSIGNED BY THE F.B.I SPECIAL AGENT ERICK LAMOE AND THE AGENCY, ALL AGENTS... TO WORK WITH THEIR F.B.I SPECIAL PRIVATE INVESTIGATORS, C.I.A. AND WITH THEIR GOVT NEURO SECRET TECH, WITHIN MONTHS AFTER THIS HOMICIDE TOOKED PLACE, I ASKED AGENT LAMOE THAT WHO WAS THE PROSECUTOR PROSECUTING THIS HOMICIDE CASE, ON ESTEBAN MORENO PANIOJA ?! THE AGENT LAMOE TOLD ME THAT IT WAS THE PROSECUTOR CHRISTINE MCGUIRE, THE REASON I ASKED WAS BECAUSE I FELT LIKE I WAS BEING BLACK MAILED BY THESE SPECIAL OFFICIALS, THE AGENT SUSAN WAS HEAVILY SEXUALLY HARRASSING ME, STALKING ME, AND ABUSING THE NEURO TECHNOLOGY, COMMUNICATION AND SPYING THROUGH MY OWN EYES, WHEN IT WAS NOT NEEDED OR NECESSARY! SEXUALLY HARRASSING ME IN THE F.B.I AGENT AND IN THE U.S. ATTORNEY'S OFFICE, AND STALKING ME, GOING MY FAMILIES HOUSES, AND PASSING BY MY FAMILIES HOUSES, JUST TRYING TO GET MY ATTENTION, I HID EVIDENCE FROM THE HOMICIDE, ON MY FAMILY HOUSE 149 GRANT STREET, WATSONVILLE CALIFE 95076. THE BLOODIE SHIRT, # I WAS WEARING THAT DATE. 07-21-01. OF THE HOMICIDE, WITH BLOOD STAINS FROM THE DEATH PERSON, AND THE KNIFE I USED ON THAT MALE, POCKET KNIFE, MY UNCLE JESUS CHAVEZ VALENCIA, THE DAY AFTER THE HOMICIDE, I DRIVED THE BLOODIE SHIRT ON THIS WAY TO WORK, THESE SPECIAL OFFICIALS, PICK UP MY SHIRT, AN INTERVIEWED MY UNCLE JESUS C. VALENCIA, THE AGENT SUSAN CONFIRMED THIS INTERVIEW WITH ME AND MY UNCLE WARNED ME TO BE VERY CAREFUL BECAUSE THE FBI WAS LOOKING FOR ME, MY UNCLE TOLD ME THAT AGENT LAMOE, INTERVIEWED HIM... AGENT SUSAN TOLD ME THAT AGENT LAMOE SCARED MY UNCLE, BY THIS TIME I WAS ALREADY RECEIVING COMMENTS FROM THESE SPECIAL OFFICIALS, THAT I HAD TO MAKE UP FOR THE BLOODIE SHIRT, I LEAVE BEHIND ON MY FAMILY HOUSE, THE DAY OF THE HOMICIDE. THIS COMMENT SORT OFF DISTURBED ME AND MADED ME UNCOMFORTABLE BECAUSE AGENT SUSAN, ASKING ME THAT IF SHE COULD BURY INTO MY PRIVATE MALE PARTS POINTING AT MY PENIS IN HER OFFICE TOO. THIS TYPE OF SEXUAL HARRASSMENT, MADED ME UNCOMFORTABLE, I NEVER IN MY LIFE, MESSED AROUND WITH A FEMALE MY MOTHERS AGE, I'M NOT WITH THAT TYPE OF ACTIVITY, I DONT NEED THAT TYPE OF SHIT, IN MY LIFE. I ASKED THESE AGENT SUSAN TO PLEASE NOT BE SEXUALLY HARRASSING ME! IF WE WERE GOING TO CONTINUE WORKING TOGETHER, SHE TOLD ME THAT I DIDNT KNOW WHO SHE WAS THAT SHE WAS A C.I.A SUPERINTENDANT, I TOLD HER, THAT I TRULY DIDNT CARE IF SHE WAS THE PRESIDENT OF THE UNITED STATES TO PLEASE STOP SEXUALLY HARRASSING ME! BECAUSE HER TYPE WOULD NEVER HAVE A CHANCE WITH ME! I DONT LIKE FAT WOMAN!! SHE TOLD ME THAT SHE HAD FIXED THE HOMICIDE RECORDINGS, AND FIXED THE COURT TRANSCRIPTS BECAUSE I, DONE A MESS, I TOLD HER THAT EVEN BY HER DOING THAT, IT DIDNT GIVE HER ANY RIGHTS TO BE SEXUALLY HARRASSING ME! HER DRAMA, AND ALL BULLSHIT SHE HAD COMMING OUT OF HER MOUTH, I DONT APPROVED OFF! I DONT NEEDED I TRULY DONT NEED TO BE ASSOCIATED OR WORKING WITH NOBODY THAT MAKES ME UNCOMFORTABLE! THE REASON WHY I ASKED AGENT LAMOE THE QUESTION WHO WAS THE PROSECUTOR, PROSECUTING THE HOMICIDE CASE, ON ESTEBAN MORENO PANIOJA ? I WAS GOING TO RESOLVE THIS HOMICIDE CONSPIRACY TO HER, I TRIED REPORTING THIS HOMICIDE TO THE FIREBAUGH POLICE DEPARTMENT, NEAR MERCEDS CALIFORNIA, BECAUSE THE AGENT SUSAN WAS THREATENING ME, THROUGH THE SPECIAL FORCES SECRET COMMUNICATION, THAT OPERATES THROUGH THE GOVT NEUROTECH, IN MY BODY NERVES, BUT THE FIREBAUGH POLICE DEPARTMENT OFFICERS TOLD ME THAT I DIDNT HAVE NOTHING IN MY NAME, PENDING... TO GO WITHOUT WORRIES FOR THE TIME BEING. THE AGENT SUSAN WAS THREATENING ME, AND THREATENING ME WITH MY UNCLE JESUS C. VALENCIA FREEDOM, AND LIFE. MY LAST PAID CHECH FROM THE FBI AGENCY WAS ON 09-10-2002, FOR $8.000 EIGHT THOUSAND DOLLARS. AFTER THAT I QUIT. THE GOVT NEURO ECH, WAS OFFICIALLY TURNED OFF, UNTILL 11-30-2002. THE AGENT SUSAN TURNED BACK ON THE NEURO TECH, IN MY BODY AND COMMUNICATION, FROM DEATH THREATS, TO K.G.B AGENTS THAT SHE TOLD ME THAT SHE WAS GOING TO SEND FOR



PAGE TWO

THEN TO KILLED ME, THAT WERE HER THREATS FROM 11-30-2002 TO THE DAY I WAS ARRESTED JUNE-15-2003, THIS SEVEN AND HALF MONTHS, THE AGENTS AND SPECIALLY HER, TOOKED TURNS PUNISHING ME, AND DISTURBING ME, USING THE NEURO TECH, IN MY BODY NERVES, AGAINST ME DAILY 24 HOURS DAILY, EVERY SECOND OF THIS 7½ MONTHS, I WAS ABOUT TO KILLED INNOCENT PEOPLE, FOR THIS CRUEL PUNISHMENT THAT THESE SPECIAL OFFICIALS WERE FORCING ON ME ... I WAS ARRESTED ON 06-15-2003, I DID THIS CRIME, ON PURPOSE SO I COULD OFFICIALLY REPORT THIS ILLEGAL ACTIVITY, THAT I GOT MYSELF INVOLVED WITH THESE WORTHLESS CORRUPTED GOVERNMENT SPECIAL OFFICIALS, AND THEIR NEURO SECRET TECHNOLOGY THEY ALL WORK WITH ... I BEEN IN CUSTODY SINCE 06-15-2003 TO THIS VERY DATE 01-04-2008, THE COURT HAS BEEN REFUSING TO ISSUE ME, MY ENTITLE TOO ... JURY TRIAL ... THIS PAST 4½ YEARS FOR THE TRUE FACTS THAT I PRESENTED TO THE COURT ... FROM DAY ONE OF ME BEING IN THE STATE CUSTODY, THE GOVERNMENT SPECIAL SPYING INTELLIGENCE NEURO TECHNOLOGY HAS BEEN ACTIVE OVERLINE, 24 HOURS DAILY THIS PAST 4½ YEARS THAT I BEEN IN CUSTODY / BY FORCED THE F.B.I AGENCY, ALL SPECIAL AGENTS HAVE BEEN TAKING TURNS PUNISHING ME, WITH THIS 24 HOURS DAILY CRUEL MANIPULATION DISTURBING CENTRALIZED COMMUNICATION, MY HEARING NERVES ARE PROGRAMMED TO THE F.B.I AGENT UNIVERSAL COMMUNICATION, I DONT HEAR THE TELEVISION, I HEAR THESE SPECIAL AGENTS THREATENING ME 24 HOURS DAILY, AND ASSAULTING ME WITH THE ULTRA VIOLET RADIATIONS SIGNALS ALL OVER MY BODY, HEAD AND BODY NERVES, DAILY. THE UNITED STATES OF AMERICA CONSTITUTION PROHIBITS THIS TYPE OF CRUEL PUNISHMENT, WHILE IN CUSTODY ... ALL MY DUE PROCESS CONSTITUTIONAL RIGHTS ARE VIOLATED ... ON THIS STATE CASE NO FF302120 THAT THE COURT IS REFUSING TO ISSUING ME, MY ENTITLE TO JURY TRIAL, ALL THIS YEARS ...

HARRASSMENT

I TRIED REPORTING ALL THIS ACTIVE GOVERNMENT CORRUPTION TO MANY OFFICIALS, AND THE GOVERNMENT ADMINISTRATIONS RESPONSIBLE FOR OFFICIALLY CORRECTING THIS GREAT MESS ... BUT NONE OF THIS ADMINISTRATIONS, INVESTIGATED THIS SERIOUS MATTER, BECAUSE IT INVOLVES THE GOVERNMENT NEURO TECH, INTERNAL AFFAIRS TECHNOLOGY WHICH IS SECRET ... I REPORTED THIS MATTER MANY TIMES, TO THE DISTRICT ATTORNEY CHRISTINE MCGUIRE, BUT SHE AT NO TIME ANSWERED MY MANY LETTERS TO HER, UNTIL JULY-13-2005 WHEN SHE OFFICIALLY FILED A COURT RESTRAINING ORDER AGAINST ME, CASE NO CG1-151911, AND AN 10-05-2007 OFFICIALLY I WAS CHARGED BY HER, FOR THREATENING HER, AFTER SHE FILED THAT COURT RESTRAINING ORDER AGAINST ME, NEW CASE NO CC7B2723 ... ON MAY-24-2005 I FILED WITH THIS COURT A COURT RESTRAINING ORDER, ON THE F.B.I SPECIAL AGENT ERICK LAMUE, CASE NO 105CV041696, BUT BEFORE THE HEARING DATE 06-10-2005, THE U.S. ATTORNEY KEVIN V. RYAN REMOVED THIS MATTER TO THE U.S. DISTRICT COURT CITING FEDERAL JURISDICTION INTO THIS MATTER, BUT THIS MATTER WAS NOT RESOLVED OR CORRECTED OFFICIALLY BY THE U.S. DISTRICT COURT. I AM PRESENT-ING TO THIS COURT, THE FOLLOWING DOCUMENTS TO SUPPORT MY COMPLAINT AND FOR THE COURT TO RESUME THIS COURT RESTRAINING ORDER, ON THE RESPONSIBLE GOVERNMENT SPECIAL AGENTS AND THE AGENCY NEURO TECH, TO BE ORDERED TO BE OFFICIALLY TURNED OFF MY BODY NERVES, IMMEDIATELY ... ITEM ONE TO ITEM SEVEN, IS THE EVIDENCE I AM PRESENTING THE COURT, TO REISSUE THIS COURT ORDER, ON MY BEHALF, AS THE HUMAN THAT I AM, I'M ENTITLE TO THIS PROTECTION THAT I AM REQUESTING FROM THIS COURT, I REALLY HOPE THAT THE COURT GRANTS MY REQUEST, OR ELSE I WILL GET MY REQUEST SOME OTHER WAY ... SINCE IT NEEDS COURT JUDGMENT ...

ITEM ONE. ON 02-02-2005 I FILED A U.S.C 1983 CIVIL RIGHTS COMPLAINT, WITH THE U.S. DISTRICT COURT, CASE NO C-0500495 REPORTING FULLY ALL THIS GOVERNMENT ACTIVE CORRUPTION, AND CIVIL RIGHTS VIOLATIONS, THROUGH THIS CRUEL DISTURBING MANIPULATION PUNISHMENT, THESE SPECIAL OFFICIALS, ARE FORCING ON ME TO LIVE WITH IT DAILY, THROUGH THE AGENCY NEURO TECH, IN MY BODY. I DID NOT SEE ANY CHANGES, THE PUNISHMENT GOT WORSE THATS WHY ON MAY-24-2005 I FILED THE COURT RESTRAINING ORDER ON THE F.B.I SPECIAL AGENT ERICK LAMUE, BUT THE U.S. ATTORNEY KEVIN V. RYAN REMOVED THIS MATTER FROM THE STATE COURT ON TO THE U.S. DISTRICT COURT CITING FEDERAL JURISDICTION, BECAUSE I HAD ALREADY FILED THE SAME COMPLAINT WITH THE U.S. DISTRICT COURT ON 02-02-05. GIVING THIS SAME COMPLAINT, CASE NO 105CV041696 A NEW U.S. DISTRICT COURT CASE NO, C-0502227R.

ITEM TWO. ON 02-24-2005 APPROX 18:30 HOURS, I RECEIVED A VISIT FROM THE SECRET SERVICE AGENTS, THEY CAME TO SPEAK TO ME ABOUT THIS WHOLE MESS, WITH THESE F.B.I SPECIAL AGENTS AND THEIR F.B.I SPECIAL PRIVATE INVESTIGATORS IN OUR CONVERSATION WE DID NOT AGREE WITH EACH OTHER, THEY ADVISED ME, THAT IF I WAS NOT GOING TO WORK WITH THEIR FAMILY, AND THEIR SECRET GOVERNMENT NEURO TECH TO KEEP THEIR GOVERNMENT NEURO TECH, SECRET BECAUSE IT WAS THEIR TECHNOLOGY ... I REPORTED THIS VISIT, AND THESE SECRET SERVICE AGENTS CONCERNS, AND COMMENTS TOWARD ME TO THE CHIEF OF THIS JAIL, EDWARD L. FLORES, AND I WROTE THIS JAIL GRIEVANCE FORM LOG NO.59224, REPORTING THIS VISIT, AND ASKING THE JAIL ADMINISTRATION STAFF, IF THEY COULD, AT ALL TIMES REJECT THIS TYPES OF VISITS FOR ME, FOR MY OWN SAFETY ... I AM BEING DAILY VICTIMIZED BY THESE SPECIAL GOVERNMENT OFFICIALS ... THE OFFICER SAID MAN THAT ESCORTED ME TO THIS INTERVIEW, ANSWERED THIS GRIEVANCE FORM, TELLING ME, WHAT I KNEW ALREADY, THAT I HAD THE RIGHTS TO REFUSED ANY AND ALL VISITS ... THE CHIEF EDWARD L. FLORES, WROTE ME A LETTER, ON MARCH-07-2005, ANSWERING ME, THE LETTER ASSIGNED THIS MATTER TO THE JAIL CAPTAIN TOBY WONG, ON MARCH-09-2005 THE CAPTAIN WONG AND THE LT JANET FISHER WROTE ME A LETTER, ADVISING ME TO EXERCISE MY RIGHTS AND REFUSED THIS TYPES OF VISITS, SPECIALLY IF AGENT SUSAN, TRIED TO VISIT ME, I HAVE THESE LETTERS, I AM NOT ENCLOSING THEM WITH THIS OTHER FORMS BECAUSE I DO NOT HAVE COPIES OF THEM. INTERVIEWED MY WHOLE FAMILY, MY FAMILY ARE SCARED TOO, BECAUSE THEY ALL KNOW, WHAT THESE OFFICIALS DID, AND ARE DOING TO ME.

ITEM THREE. THIS SAME WHOLE MATTER, CASES NO 105CV041696, WHICH I WAS GIVENED A NEW U.S. DISTRICT COURT CASE NO C-0502-276, AND CASE NO C-0500495, WERE ASSIGNED TO THE A.D.R. ADR PROGRAM, I WAS SEGREGATED TO THE JAIL LOCK DOWN UNITS ON 06-11-2005, BECAUSE OF THIS WHOLE SAME MATTER, WITH NO INFRACTIONS OR WRITE UP, WHERE I ONLY GET ONE HOUR EVERY OTHER DAY, AND WHERE I HAVE NO ACCESS TO THE PHONE, BECAUSE THE TELEPHONE SYSTEM IN JAIL, IT DOESNT ALLOWED ME TO COMMUNICATE, WITH THE DEPUTY PROGRAM COUNSEL, ROBIN W. SIEFKIN, I ASKED FOR COURT APPOINTED COUNSEL FOR

ME TO GET ARRESTED. IN THIS MATTERS, BECAUSE ITS HARD FOR ME TO REPRESENT MYSELF, WHEN THIS NEURO TECHNOLOGY, IS ACTIVE ON
MY HEARING NERVES, I CAN'T CONCENTRATED WHEN I AM BEING ON PURPOSELY DISTURBED THROUGH THIS CENTRALIZED INTERNAL
COMMUNICATION, THROUGH THIS GOVT NEURO TECH, IN MY BODY NERVES, MY HEARING NERVES ARE PROGRAMMED TO A CHIDEST
F.B.I AGENCY, DISTURBING MANIPULATION COMMUNICATION, 24 HOURS DAILY. I BELIEVE THAT ALL MY MOTIONS TO THE U.S COURT
WHERE EITHER DENIED OR NEVER WERE PROCESSED, BECAUSE OF THE SERIOUSNESS OF THIS TRUE MATTER, THIS GOVT SECRET NEURO TECH, IS
INVOLVED AND THIS IS A CLASSIFIED GOVT TECHNOLOGY, I AM BEING VICTIMIZED BY THESE SPECIAL OFFICIALS, THROUGH THIS NEURO TECH, IN MY
BODY DAILY. I AM THE VICTIM HERE " LIVING DON'T EVERY SECOND HEARING THESE WORTHLESS GARBAGE SPECIAL OFFICIALS, INTERWIRE
COMMUNICATION // BY FORCED. I BEING BY FORCED. AGAINST MY WILL, DISTURBED DAILY SINCE 11-30-2002, TO THIS VERY DATE 01-04-08
BY THESE SPECIAL OFFICIALS, THROUGH THEIR GOVT NEURO TECH, IN MY BODY NERVES...

ITEM FOUR. I HAVE RECEIVED ABOUT 100 VISITS FROM DIFFERENT ADMINISTRATIONS, THAT WORK WITH THIS GOVT NEURO TECH, I HAVE
REFUSED ALL THIS VISITS, SINCE THE SECRET SERVICE AGENTS VISIT, 02-24-2005... ITEM FOUR, GRIEVANCE FORM LOG No 62980, IS TO
SHOW THE COURT, HOW FAR THESE SPECIAL OFFICIALS, TAKE THIS VISITS TOO, THESE DETECTIVES CAME INSIDE THE 4TH C UNIT CONTROL CENTER
TO TRIED TO SPEAK TO ME, PUTTING MY LIFE IN DANGER WITH THESE INMATES, I'M IN THE SEGREGATED UNITS, WITH THE WORST
CRIMINALS, THE JAIL COULD HAVE, I CANNOT BE TALKING TO NO COPS, IN THIS UNITS.

ITEM FIVE. 05-15-2006, THE UNIT OFFICER T. GONZALES #2153 WHILE HE WAS PASSING OUR UNIT BOX'S LUNCHES, HE TOLD ME, THAT THE
CLASSIFICATION, SERGEANT NAVARRETE #563 WANTED TO SPEAK WITH ME, THAT IF I WANTED THIS INTERVIEW, I TOLD THESE UNIT C/O
GONZALES, THAT I DID, I THOUGHT THAT I WAS GOING TO BE DOWN CLASS, BACK TO THE JAIL GENERAL POPULATION, THE SERGEANT
NAVARRETE LIE TO ME AND TO THE UNIT OFFICERS. I WAS SET UP WITH THE F.B.I SPECIAL AGENT SUPERVISORS, I NEVER SEEN
THESE SERGEANT NAVARRETE THAT DATE 05-15-06. AND I NEVER HAVE MET HIM IN THE PASS / THE F.B.I SUPERVISORS, WANTED
TO SPEAK TO ME, ABOUT THE U.S. DISTRICT COURT CASES, C-050049S AND C-0502276, I QUICKLY ADVISED THEM, BOTH THAT THIS WAS
AN ILLEGAL VISIT, AND THAT THOSE TWO CASES WERE FOR THE COURT, NOT FOR THEM TO BE SPEAKING TO ME ABOUT EM, THEY ASKED
ME, THAT WHERE WE WERE GOING TO DO ABOUT THIS CASES, I TOLD THEM, WELL ITS AN OFFICIAL LAWSUIT, BECAUSE THE AGENCY
NEURO TECH, CANNOT BE ACTIVE ON ME WHILE INSIDE THIS JAIL, I TOLD BOTH OF THESE OFFICIALS THAT THEY WERE LUCKY
THAT I HAD RESTRAINS ON MY BODY, OTHER WAYS, I WOULD KILLED THEM, RIGHT THERE FOR VIOLATING ME, LIKE THEY DONE
ALL THIS YEARS, THESE F.B.I AGENTS ADVISED ME THAT THE HOMICIDE THAT I COMMITTED ON THEIR SUPERVISION, THAT THE DISTRICT ATTORNEY OFFICE
DID NOT WANTED TO CHARGED ME WITH THAT CRIME, BECAUSE IT WAS A MANSLAUGHTER CHARGE, AND THAT THIS CHARGE, WAS NOT A
SERIOUS CRIME, THEY TOLD ME THAT IF I DID NOT ACCEPTED AN APOLOGY LETTER FROM THESE AGENTS THAT DID ALL THIS MESS WITH ME THAT
THE AGENTS WERE GOING TO RESIGNED FROM THE AGENCY / (WELL) THATS WHAT I WANT, I TOLD THESE AGENTS, WE HAD A VERBAL ALTER-
CATION AND THE ILLEGAL VISIT WAS TERMINATED. I QUICKLY WROTE A JAIL GRIEVANCE COMPLAINT, FORM LOG NO 65353, ITS
SIGNED BY THE WITNESSING OFFICER T. GONZALES, #2153 IF WHAT I WROTE ON THIS FORM WAS A LIE, THESE OFFICER T. GONZALES
WOULDOF CORRECTED THIS GRIEVANCE FORM, 65353 WITH HIS OWN RESPONSE, IN WHICH HE DIDN'T HE SENT THIS FORM TO
THE SECOND LEVEL. THESE IS THE SAME OFFICER THAT SIGNED THE GRIEVANCE FORM LOG NO 62980, ON ITEM FOUR, ON THIS SAME
PAPER. THE LT, JANET FISHER ANSWERED THIS GRIEVANCE FORM LOG NO 65353, WITH HER CONTRADICTION WORDS, I'M IN
THE JAIL SEGREGATED UNITS, BECAUSE OF THIS ILLEGAL AGENTS VISITS, I HAVE A LETTER THAT LT FISHER WRIGHT ME, ON MARCH-07
2005 WHERE SHE IS TELLING ME TO REFUSED THIS TYPES OF VISITS, THATS WHAT I BEEN DOING SINCE / THIS IS AN ILLEGAL VISIT
IT WAS BASED ON A LIE / ITS WRONG, AND ILLEGAL // LT. FISHER IS FULL OF SHIT CONTRADICTED...

ITEM SIX. ON 05-17-2006 APPROX 3:30 AM THE GRIEVANCE FORM LOG No. 65353, FOR ITEM FIVE, WAS RETURNED TO ME WITHOUT
A RESPONSED, THE JAIL ADMINISTRATION, DID NOT WANTED TO REORDER THIS GRIEVANCE, AFTER THEY REALIZE THEIR ERROR, I
IMMEDIATELY, REWROTE THE SAME COMPLAINT, ON A NEW GRIEVANCE FORM, LOG NO. 65571, THE SAME TIME THAT MY FIRST
GRIEVANCE FORM LOG No 55353 WAS RETURNED BACK TO ME WITHOUT BEING PROCESSED, ON THIS SECOND GRIEVANCE FORM
LOG No 65571. THE SERGEANT NAVARRETE, LIE, AGAIN, WITH HIS RESPONSED ON THIS GRIEVANCE FORM, I DON'T EVEN KNOW
ONTO THESE SERGEANT NAVARRETE IS, AND I HAVE NEVER SPOKEN WITH HIM. I WROTE HIM A LETTER, AND I TOLD HIM
HOW MUCH OF A PIECE OF SHIT HE WAS, AND I TOLD HIM, THAT IF HE WAS REALLY A MEN, TO COME AND TELL ME IN PERSON
WHAT HE WROTE ON THIS GRIEVANCE FORM LOG No 65571. HE NEVER DID AND TO THIS DATE 01-04-08 I DON'T KNOW
WHO HE IS.. WITHIN WEEKS AFTER THIS ILLEGAL VISIT BY THE F.B.I AGENTS THE U.S. DISTRICT COURT CASES No. C-050049S
AND C-0502276 WERE ILLEGALLY CLOSED, BY THE U.S. DISTRICT COURT JUDGE RONALD M. WHYTE. THIS WHOLE
MATTER WAS NEVER OFFICIALLY RESOLVED, AND I AM STILL IN CUSTODY, WHERE I WILL NEVER TAKE A COURT DEAL, WHEN
OR EVER! I KNOW THAT IF THIS SERIOUS MATTER IS NOT OFFICIALLY CORRECTED I'M ONLY GOING TO BE RELEASE
I AM ENTITLE TO A JURY TRIAL, I HAVE BEEN VIOLATED, THIS BIG ACTIVE GOVERNMENT CORRUPTION, HAVE RUINED MY LIFE
TO KILLED COPS AND GOVERNMENT OFFICIALS, THIS WHOLE MATTER, IS NOW PERSONAL, I KILLED IN THE PAST AND I WILL
KILLED AGAIN, MY GOALS ARE NOW GETTING EVEN WITH THESE OFFICIALS, WHAT THEY DONE TO ME ALL THIS YEARS BY
FORCED THROUGH THIS GOVT NEURO TECH, IS PERSONAL NOW, ITS LIFE FOR LIFE NOW // I WISH THEY TEST ME

ITEM SEVEN. I WAITED EXACTLY SIXTY DAYS, FROM WHEN THIS ILLEGAL F.B.I AGENTS VISIT, FOR MY GRIEVANCES INTO THIS MATTER
TO BE ANSWERED, I HAD TO WRITE A THIRD GRIEVANCE FORM, USING LOG No 66110, ON 07-15-2006. SO I COULD BE ISSUE THE
FIRST TWO GRIEVANCE FORM LOG NUMBERS INTO THIS ILLEGAL VISIT, FINALLY THE THIRD GRIEVANCE FORM, LOG No 66110 WAS ANSWERED
BY THE CLASSIFICATION OFFICER KIRKLAN, ON 07-19-2006, WITH WHAT I REQUESTED ON THIS THIRD GRIEVANCE FORM, AND ON

07-26-2006, WHILE I WAS WAITING ON THE CELLS, IN THE FIRST FLOOR, TO GO TO COURT, THE CLASSIFICATION OFFICER KIRKLAND SHOWED **PAGE FOUR** TO ME, FOR ABOUT 30 MINUTES, ABOUT THIS WHOLE MATTER, OFFICER KIRKLAND TOLD ME, THAT SERGEANT NAVARETE COVER UP HIS ASS, WITH THE ERROR HE DID WITH ME, BY SETTING ME UP WITH THESE AGENTS, OFFICER KIRKLAND ADVISED ME THAT FOR NOW ON TO JUST REFUSED ALL VISITS, BECAUSE THE PROBLEM THESE AGENTS HAD WITH ME, WAS SERIOUS !.... I HAVE CONTINUE TO REFUSED ALL THESE VISITS, AND I'M STILL GETTING THEM, BUT I REFUSED THEM BECAUSE MY LIFE AND SAFETY IS IN GREAT DANGER, THESE F.B.I SPECIAL AGENTS HAD THREATENED WITH DEATH / I CAN FEEL 24 HOURS DAILY THEY ASSAULTING MY BODY ORGANS, AND ALL BODY NERVES THROUGH THE IONIZED DIFFERENT LEVELS OF RADIATIONS IN THE AIR, THE GOVT NEURO TECH, IN MY BODY, ALLOWES THESE AGENTS, TO DO WHAT EVER THEY FEEL LIKE DOING TO ME INTERNALLY SECRETLY, NOT TOO MANY PEOPLE ARE AWARE OF THIS SECRET GOVT NEURO TECH, THESE SPECIAL OFFICIALS, HAVE REALLY BEEN VICTIMIZING ME THROUGH THEIR GOVT NEURO TECH, IN MY BODY, I BEEN DEPRIVE FROM LIFE, PRIVACY AND JUSTICE ALL THIS PAST FIVE YEARS, MY LIFE IS IN GREAT DANGER, AND MY SAFETY AND HEALTH ARE IN A GREAT RISK OF DANGER, BY THESE SPECIAL OFFICIALS THAT DID ALL THIS MESS WITH ME, MAKING THIS SERIOUS MATTER A PERSONAL PROBLEM. THAT ONLY THE COURT CAN CORRECT, NOT THEM PERSONALLY LIKE THEY TRIED !.

*( HARRASSMENT )*

I AM REFILING THIS COURT RESTRAINING ORDER, ON THIS DATE 01-04-2008, ENCLOSING ITEM 1 TO ITEM 7 TO SUPPORT MY TRUE COMPLAINT, THAT IT IS A VERY SERIOUS MATTER. THIS MATTER NEEDS TO BE REOPENED BECAUSE IT IS A COURT MATTER NOT A MATTER, THAT WILL BE RESOLVED BETWEEN ME AND THESE SPECIAL OFFICIALS, WHEN WE ARE ENEMIES, I'M ASKING THE COURT, TO PLEASE RECONSIDER THIS RESTRAINING COURT ORDER, THAT I AM FILING, AND TO PLEASE GRANT MY REQUEST IN THIS RESTRAINING COURT ORDER THAT I AM FILING OVER AGAIN / WITH THE TRUE FACTS, OF THIS ACTIVE GOVERNMENT CORRUPTION...I UNDERSTAND THAT I KILLED A HUMAN BEING, BUT WE HAVE THE LAW OF THE LAND, THE JUSTICE SYSTEM FOR THIS MATTERS, I DON'T REGREET KILLING THAT MALE, IF I HAD THE CHANCE TO DO IT AGAIN, I WOULD / WHAT THESE SPECIAL OFFICIALS HAVE BEEN DOING TO ME, THROUGH THEIR GOVT NEURO TECH, IS WRONG & IT IS ILLEGAL THEY TAKING ADVANTAGE OF ME ALL THIS YEARS, BECAUSE NORMAL PEOPLE, OR REGULAR OFFICERS ARE NOT AWARE OF THIS GOVT SECRET NEURO TECHNIQUES, THAT ALL SPECIAL GOVERNMENT OFFICIALS WORK WITH — THATS WHY THEY ARE SPECIAL, BECAUSE OF THIS SECRET NEURO UNIVERSAL TECH...EVEN NORMAL REGULAR POLICE OFFICERS, WHEN THEY ARE INVOLVED IN A CRIME WHERE THERE IS A PERSON DEATH, BEHIND THEIR INVOLVEMENT, THEY ARE PUT ON ADMINISTRATION LEAVE, PENDING AN INTERNAL AFFAIRS INVESTIGATION REGULAR DEPARTMENT PROCEDURES, IF THE INVOLVED OFFICERS ARE DETECTIVES OR SPECIAL POLICE UNDERCOVER OFFICERS THEY DON'T GO THROUGH THE INTERNAL AFFAIRS, INVESTIGATIONS, BECAUSE THEY WORK WITH THIS SECRET GOVT NEURO TECHNOLOGY, WHICH MAKES THEM ABOVE THE LAW... I KILLED A MALE ON 07-21-2001 AND I RECORDED MYSELF KILLING THESE MALE WITH THE AGENCY SECRET PAGER CAMERA RECORDER, AND I WASENT PROSECUTED FOR NO HOMICIDE, BECAUSE ALL THESE OFFICIALS WERE ALL SPECIAL GOVT OFFICIALS. THAT IS ABOVE THE LAW !. I WAS RECRUITED AS AN OPERATIVE CIA SPY WITH BAD INTENTIONS. I WILL MAKE SURE THAT THIS CRIME BACK FIRES ON ALL THE GUILTY OFFICIALS, FOR THIS ACTIVE MURDER CONSPIRACY THAT THEY ALL COVER UP AND FRAMED THE WRONG MEN, FOR OUR CRIME, I WILL GET JUSTICE I AM WILLING TO DIE FOR THIS CAUSE BECAUSE I AM BEING DAILY VICTIMIZED BY THESE SPECIAL OFFICIALS THROUGH THEIR GOVT NEURO TECH, THAT I HAVE ACTIVE ON MY DISTRICT ATTORNEY, HAVE SOME GOOD INFORMATION FOR ME, THAT WAS GOING TO HELP ME WITH MY MATTER, TO COME TO COURT THE FOLLOWING WEEK, ON 06-07-2006...ON 06-05-2006 I RECEIVED A VISIT BY THE DISTRICT ATTORNEY INVESTIGATOR ELENA ??? MC COURTIE, I ONLY WENT TO THIS INTERVIEW, BECAUSE OF WHAT MY P.D TOLD ME ON 05-31-06 THESE INVESTIGATOR MCCOURTIE TOOKED ALL MY STATEMENT, CONCERNING THIS HOMICIDE CONSPIRACY, HE GUARANTEED ME THAT HE WAS GOING TO OFFICIALLY CORRECT THIS ACTIVE HOMICIDE THAT SHOULD OF BEEN OFFICIALLY INVESTIGATED AND CORRECTED YEARS AGO...ON 06-13-2006 THE SAME INVESTIGATOR MCCOURTIE CAME TO SPEAK TO ME FOR THE SECOND TIME, I TOLD HIM, THAT I WRITE HIM A LETTER THE DAY BEFORE, TELLING HIM TO CUT THE BULLSHIT WITH ME, BECAUSE HE IS TELLING ME ABOUT FORMS THAT I NEED TO SUBMIT TO THE F.B.I AGENCY, BECAUSE I WAS ENTITLE TO SOME MONEY I LET HIM KNOW, THAT IF I WANTED TO BE GARBAGE LIKE HIM, I WOULD OF DONE THAT YEARS AGO, WITHOUT THE NEED OF JAIL THAT IS SO MESSED UP TO BE INVESTIGATING A HOMICIDE NOT TELLING ME ABOUT FORMS, I TOLD HIM TO NEVER BE SPEAKING TO ME AGAIN AND THAT IF I EVER SEE HIM ON THE STREETS THAT I WILL KILLED HIM TOO / BECAUSE HE KNOWS OF WHAT I BEEN THROUGH ALL THIS YEARS. HE NEVER CAME BACK, AND ON 06-13-2006 THE P.D PEGGY BANKS VISITED ME AND TOLD ME THAT THE JUDGE WANTED TO RELEASE ME, I LET HER KNOW THAT I'M VIOLATED, I'M EXTREMELY VIOLATED AND THAT I WANTED A JURY TRIAL, ON THIS MATTER, FF 362126...THE COURT IS FULLY AWARE OF THIS ACTIVE VIOLATION AND GOVERNMENT CORRUPTION / I BELIEVE THAT THE COURT WANTS TO PUT THIS SERIOUS MATTER UNDER THE RUGG !. MY LIFE IS RUINED AND DESTROYED FOR EVER, I WANT JUSTICE I DON'T CARE ABOUT FREEDOM / THE NEURO TECH, IN MY BODY DEPRIVES ME FROM LIFE. I RATHER DO LIFE IN PRISON, THAN TO EVER AGAIN WORK WITH THE GOVERNMENT OR THIS EVIL GOVT NEURO TECH IN MY BODY THAT COMPLETELY DEPRIVES ME OF ALL LIFE. WHY SHOULD THE NEURO STAY ACTIVE BY FORCE ON MY BODY NERVES AND HEARING NERVES, I WILL NEVER MAKE OR FABRICATE ANOTHER CASE FOR THE GOVERNMENT !! I WILL KILLED OFFICIALS, IF THIS GOVERNMENT NEURO TECHNOLOGY IS NOT OFFICIALLY TURNED **OFF** I HOPE, I'M TESTED / BEEN DUE TO KILLED COPS.

*ITEM FOURTH*
*TOTAL PDF PAGES SIX 5 FOR THIS ITEM –*

**ADR**

**~~ORDER~~ 'L FILED**

**JUN 0 3 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  KEVIN V. RYAN (CA SBN 118321)
   United States Attorney
2  Joann M. Swanson (CA SBN 88143)
   Chief, Civil Division
3  Mark St. Angelo (CA SBN 74045)
   Assistant United States Attorney
4      150 Almaden Blvd, Suite 900
       San Jose, CA 95113-2009
5      Telephone: 408-535-5087
       Facsimile: 408-535-5081
6      E-mail: mark.st.angelo@usdoj.gov

7  Attorneys for United States of America, on behalf
   of Defendant FBI Special Agent Eric Lamoe

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 PETER CHAVEZ GODINEZ,                 )    No.  **~~C05~~ ~~REMOVAL~~ 02276** JF
                                         )
12            Plaintiff,                 )                                    H R
                                         )
13        v.                             )    *SAME CASE?* 1-05-CV-041696
                                         )                  108 CH 001333
14 SPECIAL AGENT ERIC LAMOE,             )
                                         )                         THE U.S.Co
15            Defendant.                 )

16 _____    PLEASE TAKE NOTICE that on this day, pursuant to 28 U.S.C. §§ 1331, 1441 and 1442, Case No.

17 1-05-CV-041696 pending in the Superior Court of the State of California in and for the County of Santa

18 Clara is being removed to the United States District Court for the Northern District of California.

19         The undersigned represents that the grounds for this removal are as follows:

20         1.    On or about May 24, 2005, Plaintiff Peter Chavez Godinez ("Plaintiff" or "Godinez") filed

21 in the Superior Court of the State of California in and for the County of Santa Clara a Civil Case Cover

22 Sheet and ex parte Request for Order to Stop Harassment, along with related papers (collectively, the

23 "Initial Documents"), thus initiating a civil lawsuit which was assigned Case No.1-05-CV-041696 (the

24 "State Court Action").   The Initial Documents name as defendant "Special Agent Eric Lamoe"

25 ("Defendant"), and seek issuance of a restraining order prohibiting Federal Bureau of Investigation ("FBI"

26 Special Agent Eric Lamoe and other FBI agents in his office from having any contact with Godinez, which

27 would interfere with the ability of Special Agent Lamoe and other FBI Special Agents to perform the

28
                                                                                            Page
No.

2

1   statutory duties.

2       2.    Included among the Initial Documents is a Notice of Hearing issued by the Superior Court,

3   pursuant to which a hearing on whether the Superior Court should issue a restraining order as requested by

4   Godinez is scheduled to be heard in the Superior Court on June 10, 2005.

5       3.    On May 31, 2005, copies of some of the Initial Documents were faxed by the Santa Clara

6   County Sheriff's Office to the FBI.  The portions of the Initial Documents faxed to the FBI by the Sheriff's

7   Office were received by the FBI on May 31, 2005, and copies of all such documents are attached hereto as

8   Exhibit A.  These constitute the only documents relating to the State Court Action that have been received.

9   No trial has been had in the State Court Action.

10      4.    The undersigned represents to the district court that a copy of this Notice of Removal shall

11  be filed with the Clerk of the Superior Court, forthwith, thereby notifying that court of the removal of this

12  action to the district court.

13

14  Dated:  3 Jan '05.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Mark St. Angelo
Assistant United States Attorney

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7073
6      Facsimile: (415) 436-6748
       E-mail:  chinhayi.j.coleman@usdoj.gov
7
   Attorneys for Defendant United States of America, on behalf
8      of Defendant FBI Special Agent Eric Lamoe

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12
13  PETER CHAVEZ GODINEZ,           )   No. C 05-2276 RMW
                                    )
14        Plaintiff,                )   DEFENDANT'S CASE MANAGEMENT
                                    )   STATEMENT
15        v.                        )
                                    )   Date:  February 17, 2006
16  SPECIAL AGENT ERIC LAMOE,       )   Time:  10:30 a.m.
                                    )
17        Defendant.                )
                                    )
18
19        Defendant United States of America, on behalf of Defendant FBI Special Agent Eric

20  Lamoe ("Defendant") understands that Plaintiff Peter Chavez Godinez ("Plaintiff") is in state

21  custody.  Consequently, Defendant submits this Case Management Statement separately.

22
23                    DESCRIPTION OF THE CASE

24  1.        A brief description of the events underlying the action:

25        Plaintiff appears to seek issuance of a restraining order prohibiting Federal Bureau of

26  Investigation ("FBI") Special Agent Eric Lamoe and other FBI agents in his office from having

27  any contact with Godinez, which would interfere with the ability of Special Agent Lamoe and

28
   DEFENDANT'S CASE MANAGEMENT STATEMENT
   C 05-2276 RMW

1   other FBI Special Agents to perform their statutory duties.

2       The case has not progressed, as Plaintiff is in state custody. Defendant intends to file a

3   motion to dismiss.

4

5       2.    The principal factual and legal issues which the parties dispute:

6   The parties dispute whether Plaintiff states a claim for which relief may be granted.

7

8       3.    The other factual issues [e.g. service of process, personal jurisdiction, subject

9   matter jurisdiction or venue] which remain unresolved for the reason stated below and how the

10  parties propose to resolve those issues:

11      The Court may lack subject matter jurisdiction over some of the matters alleged by

12  Plaintiff.

13

14      4.    The parties who have not been served and the reasons:

15  The United States is proceeding on behalf of Special Agent Eric Lamoe.

16

17      5.    The additional parties which the below-specified parties intend to join and the

18  intended time frame for such joinder: None at this time.

19

20      6.    The following parties consent to assignment of this case to a United States

21  Magistrate for [court or jury trial]: Defendant does not consent.

22

23      7.    The parties have not filed a Stipulation and Proposed Order Selecting an ADR

24  process and the ADR process that the parties jointly request is:

25      Defendant requests a settlement conference to take place, if necessary, after the

26  government's anticipated motion to dismiss.

27

28

DEFENDANT'S CASE MANAGEMENT STATEMENT
C 05-2276 RMW                                2

8.   Please indicate any other information regarding ADR process or deadline:  None.

## DISCOVERY

9.   The parties agree to the following discovery plan [*Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery*]:

Discovery should be stayed until after the government's anticipated motion to dismiss.

## TRIAL SCHEDULE

10.  The parties request a trial schedule as follows:

Trial in this matter is not feasible, as Plaintiff is in state custody.

*Im violated on this state criminal case No FF 302126 Right now / by the F.B.F. Agency Intell Tech, Trail Never Take A Cals Deal. Wit Has Ti Take Place Now — / No Deals .*

DATED: February 10, 2006                    Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney

                                            *Chinhayi J. Coleman*

                                            CHINHAYI J. COLEMAN
                                            Assistant United States Attorney

DEFENDANT'S CASE MANAGEMENT STATEMENT
C 05-2276 RMW                          3

ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBIN W. SIEFKIN**
DEPUTY PROGRAM COUNSEL

Writer's Direct Contact:
(415) 522-4636
Robin_Siefkin@cand.uscourts.gov

November 17, 2005

Peter Godinez Chavez
DLT 957 bk 04060611
Santa Clara County Jail
885 North San Pedro Street
San Jose, CA 95110

Re: <u>Godinez Chavez v. Lamoe, C05-495 RMW; Chavez Godinez v. Lamoe, C05-2276 RMW</u>

Dear Mr. Chavez:

We have received your letter concerning the above matters. If you would like to call me at the above number, I would be pleased to discuss with you alternative dispute resolution options for C05-2276 RMW, which was assigned to the court's ADR Multi-Option Program ("ADRMOP") at the time of filing. I am in the office Monday through Thursday, and generally available for phone calls between 8:00 am and 4:00 pm.

There are a couple of pieces of information that I can provide herein. First, this office is not permitted to provide legal advice or assistance. If you wish to have assistance in pursuing these matters, you will need to obtain counsel. Additionally, due to its subject matter, it appears that C05-495 RMW appropriately was not referred to the ADRMOP at filing. It may be that related case C05-2276 RMW also should not have been assigned to the ADRMOP. When you and I are able to speak by phone we can review the facts of the case to ascertain if C05-2276 RMW should remain in the ADRMOP.

For your convenience, I am enclosing a copy of the <u>Dispute Resolution Procedures</u> handbook (which you should have received at the time you filed C05-2276 RMW). I also enclose a copy of the Northern District's <u>Handbook for Litigants Without a Lawyer</u>.

Sincerely,

Robin W. Siefkin
Deputy Program Counsel







# COUNTY OF SANTA CRUZ

## OFFICE OF THE COUNTY COUNSEL

701 OCEAN STREET, SUITE 505, SANTA CRUZ, CA 95060-4068
(831) 454-2040  FAX: (831) 454-2115

### DANA McRAE, COUNTY COUNSEL

| | | | *Special Counsel* |
|---|---|---|---|
| *Chief Assistant* | | | Dwight L. Herr |
| Rahn Garcia | *Assistants* | | Deborah Steen |
| | Tamyra Rice | Miriam L. Stombler | |
| | Harry A. Oberhelman III | Pamela Fyfe | Jason M. Heath |
| | Samuel Torres, Jr. | Julia Hill | Christopher R. Cheleden |
| | Marie Costa | Shannon M. Sullivan | |
| | Jane M. Scott | | |

August 1, 2005

Peter Chavez Godinez
DTL 957
Bkg 04060611  4C31
885 N. San Pedro Street
San Jose, CA  95110

RE:    County of Santa Cruz v Peter Chavez Godinez
       Santa Cruz County Superior Court CV 151991

Dear Mr. Godinez:

I represent the County of Santa Cruz in its Petition for a workplace restraining order on behalf of Assistant District Attorney Christine McGuire. This petition was filed because of the threatening tone of your recent letters towards Ms. McGuire. The Judge in Dept. 6 continued the hearing on the petition to August 18, 2005, at 8:30 am, because there had no response from you using the form provided.

Your letters to the Ms. McGuire and the Superior Court refer to the prosecution of Esteban Pantoja on homicide charges. As was stated in the petition, Ms. McGuire was not the prosecuting attorney who handled that case. Your letters have been forwarded to the prosecuting attorney for review. Ms. McGuire has no control of what action if any will be recommended in that case. If you do not want to contest this petition, you may file the enclosed response form and indicate you consent to the order.

I am enclosing another copy of the Response to Petition should you care to file a response. Thank-you.

Very Truly yours,

DANA McRAE, COUNTY COUNSEL

By _____
HARRY A. OBERHELMAN, III
Assistant County Counsel

/HAO
Enclosure (1)
Cc     Tim Fukai, Esq.

S:\csl013\WPDOCS\GENERAL\godinezletter.doc

PLAINTIFF (Name): COUNTY O. .ANTA CRUZ

_E NUMBER:

DEFENDANT (Name): PETER CHAVEZ GODINEZ

10. [X] **STAY-AWAY ORDERS**    [X] **To be ordered now and effective until the hearing**
   a. **Defendant** shall stay at least (specify): __100__ yards away from the following places and persons (the addresses of the places are optional and may be kept confidential):
   (1) Employee [ ] and other protected person identified in item 9a.
   (2) [ ] Employee's residence (address optional):
   (3) [X] Employee's place of work (address optional):
      COUNTY AND COURTHOUSE BUILDINGS LOCATED AT 701 OCEAN STREET, SANTA CRUZ, CA
   (4) [ ] Employee's children's school or place of child care (address optional):
   (5) [ ] Employee's vehicle (specify):
   (6) [ ] Other (specify):

   b. Will granting of any of the stay-away orders in item 10a deprive defendant of access to his or her residence or place of employment?
   [ ] Yes [X] No    (If yes, explain):

11. **FIREARMS PROHIBITION AND RELINQUISHMENT ORDER**
   Plaintiff requests an order under section 527.9 of the Code of Civil Procedure that the restrained person is prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive a firearm, and must relinquish any firearm that he or she owns or possesses.

12. [ ] **OTHER ORDERS** (specify other orders you request to help carry out the orders previously requested):

13. **DELIVERY TO LAW ENFORCEMENT**
   Plaintiff requests that copies of orders be given to the following law enforcement agencies:

   | Law enforcement agency | Address |
   |---|---|
   | CITY OF SANTA CRUZ POLICE DEPT. | 155 Center St., Santa Cruz, CA 95060 |
   | SANTA CRUZ COUNTY SHERIFF'S DEPT. | 701 OCEAN STREET, SANTA CRUZ, CA 95060 |
   | City of Watsonville Police Dept. | 215 UNION STREET, WATSONVILLE, CA |

14. [ ] **TIME FOR SERVICE**
   Plaintiff requests that time for service of the Order to Show Cause and Temporary Restraining Order (form WV-120) and accompanying papers be no less than (check one): [X] 5 days [ ] (specify number): _____ days before the date set for the hearing. (If you need an order shortening the time to fewer than 5 days, explain the reasons):

**(This is not a Court Order.)**

PETITION OF EMPLOYER FOR INJUNCTION PROHIBITING
VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE
(Workplace Violence)

Item 8 Total 9 Pages for Item 8 DF LG57

WV-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

HARRY A. OBERHELMAN III, Assist. County Counsel    SBN 74856
OFFICE OF COUNTY COUNSEL
701 OCEAN STREET
SANTA CRUZ, CA 95060
TELEPHONE NO.: 831-454-2040    FAX NO. *(Optional)*: 831-454-2115
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: COUNTY OF SANTA CRUZ

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ
STREET ADDRESS: 701 OCEAN STREET
MAILING ADDRESS: 701 OCEAN STREET
CITY AND ZIP CODE: SANTA CRUZ, CA 95060
BRANCH NAME:

PLAINTIFF: COUNTY OF SANTA CRUZ

DEFENDANT: PETER CHAVEZ GODINEZ

EMPLOYEE: CHRISTINE MCGUIRE

FOR COURT USE ONLY:

4C-2

Served by [signature] X2223
7/16/05

F I L E D

JUL 13 2005

BARBARA J. FOX, CLERK
BY
DEPUTY SANTA CRUZ COUNTY

| ORDER TO SHOW CAUSE (Workplace Violence) AND [X] TEMPORARY RESTRAINING ORDER (CLETS) | CASE NUMBER: CV 151991 |
|---|---|

**THIS ORDER SHALL EXPIRE AT THE DATE AND THE TIME OF THE HEARING SHOWN IN THE BOX BELOW UNLESS EXTENDED BY THE COURT.**

1. **TO DEFENDANT** *(name)*: PETER CHAVEZ GODINEZ

2. **YOU ARE ORDERED** to appear in this court at the date, time, and place shown in the box below to give any legal reason why the order sought and the other relief requested in the petition should not be granted.

## NOTICE OF HEARING

a. Date: 7/28/05    Time: 8:30 am    Dept.: 6    Room:

b. The address of the court where the hearing will be held [X] is shown above  [ ] is *(specify)*:

3. You have the right to attend the hearing to oppose the petition, with or without an attorney. If you do not attend the hearing, the court may grant the requested orders without any further notice to you. The court may make these orders enforceable for a period not to exceed three years, after which they may be renewed, by the filing of a new petition. You should read the instructions on page two of this form. A complete instruction booklet (form WV-150) is available from the clerk's office located at the court shown above.

**IT IS FURTHER ORDERED** that

a. Plaintiff shall serve this *Order to Show Cause*, the attached *Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee (Workplace Violence)* (form WV-100), and any other supporting papers by *(specify manner of service)*: PERSONAL SERVICES    no later than *(date)*: JULY  , 2005

Any opposition papers shall be filed and served on plaintiff by *(specify manner of service)*: MAIL
no later than *(date)*:

Any reply papers shall be filed and served by *(specify manner of service)*: MAIL
no later than *(date)*:

Proof of service of plaintiff's papers shall be delivered to the court hearing the *Order to Show Cause* no later than *(date)*: JULY  , 2005

7-13-05

ARTHUR DANNER III
JUDICIAL OFFICER

[ ] SIGNATURE FOLLOWS LAST ATTACHMENT    Page 1 of 4

atory Use    ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER (CLETS)    Code of Civil Proc., §§ 527.8,
lifornia    (Workplace Violence)    527.9; Penal Code, § 273.6(a)
DOJ    www.courtinfo.ca.gov
2005]
rms ™

| PLAINTIFF *(Name)*: COUNTY OF SANTA CRUZ | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: PETER CHAVEZ GODINEZ | |

15. ☐ **COSTS**
    Defendant should be ordered to pay costs as follows *(specify)*:

16. Plaintiff requests additional relief as may be proper.

17. ☒ **NO FEE FOR FILING**
    Plaintiff is not required to pay a fee for filing this petition because the petition alleges that the defendant has inflicted or
    threatened violence against an employee of the plaintiff, or stalked the employee, or acted or spoke in any other manner
    that has placed the employee in reasonable fear of violence, and seeks protective or restraining orders or injunctions
    restraining stalking or future violence or threats of violence in an action brought under Code of Civil Procedure § 527.8.

18. Plaintiff understands that if the court issues an *Order to Show Cause* (form WV-120), a hearing will be held on the date shown in
    item 2 of the *Order to Show Cause*. At that hearing, plaintiff will be prepared to present evidence supporting the petition.

19. Number of pages attached: _____/_____

Harry A. Oberhelman III        ▶ */Harry A. Oberhelman III*
    (TYPE OR PRINT NAME OF ATTORNEY)        (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that I am aware of the facts stated,

a. ☒ on the basis of my own personal knowledge.
b. ☒ on the basis that I have been informed and believe that the facts stated are true. *(NOTE: If this petition is made solely on
    the basis of plaintiff's information and belief, plaintiff must attach declarations by one or more persons who have personal
    knowledge of the facts stated.)*

Date: JULY  , 2005

CHRISTINE MCGUIRE        ▶ *[signature]*
    (TYPE OR PRINT NAME)        (SIGNATURE OF PLAINTIFF)

Title of person signing: ASSISTANT DISTRICT ATTORNEY

**(This is not a Court Order.)**

WV-100 [Rev. January 1, 2005]
*Martin Dean's Essential Forms*™
**PETITION OF EMPLOYER FOR INJUNCTION PROHIBITING
VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE
(Workplace Violence)**
Page 4 of 4

PLAINTIFF *(Name):* COUNTY Oi ANTA CRUZ

DEFENDANT *(Name):* PETER CHAVEZ GODINEZ

E NUMBER:

### TEMPORARY RESTRAINING ORDER

**THE COURT FINDS**

5.  a.  The defendant is *(name):* PETER CHAVEZ GODINEZ

| Sex: ☐ M ☒ F Ht.:_5'9"_ Wt.: _200_ Hair color: _BLACK_ Eye color: black Race: PacIsl Age: _35_ Date of birth: _6/23/1970_ |
| --- |

b. The protected employee is *(name):* CHRISTINE MCGUIRE

| Sex: ☐ M ☒ F Date of birth: _9/23/1951_ |
| --- |

c. Protected family or household members who reside with employee are:

(1) *(Name)* :

| Sex: ☐ M ☐ F Date of birth:_____ |
| --- |

(2) *(Name)* :

| Sex: ☐ M ☐ F Date of birth:_____ |
| --- |

(3) *(Name)* :

| Sex: ☐ M ☐ F Date of birth:_____ |
| --- |

☐ Continued on Attachment 5c.

**UNTIL THE TIME OF HEARING, IT IS ORDERED**

6. ☒ **CONDUCT ORDERS**
**Defendant** is prohibited from further violence or threats of violence against the protected persons
**and SPECIFICALLY IT IS ORDERED THAT DEFENDANT**
a. ☒ shall not assault, batter, or stalk the employee and other protected persons
b. ☒ shall not follow or stalk the employee and other protected persons to or from the place of work
c. ☒ shall not follow the employee and other protected persons during hours of employment
d. ☒ shall not telephone or send correspondence to the employee and other protected persons by **any** means including, but not limited to, the use of the public or private mails, interoffice mail, fax, or computer e-mail
e. ☒ shall not enter the workplace of the employee and other protected persons
f. ☐ other *(specify):*

7. ☒ **STAY-AWAY ORDER**
Defendant is ordered to stay at least *(specify):* 100 **yards** away from the following persons and places *(the addresses of the places are optional and may be kept confidential):*
a. ☒ Employee and other protected persons named in item 5.
b. ☐ Residence of employee and other protected persons *(address optional):*

c. ☒ Place of work of employee and other protected persons *(address optional):*
COUNTY BUILDING LOCATED AT 701 OCEAN STREET, SANTA CRUZ, CA
d. ☐ School or place of child care of children of employee and other protected persons *(address optional):*

e. ☐ The employee's and other protected persons' vehicles
f. ☐ Other *(specify):*
*(address optional):*

8. ☐ Contacts relating to pickup and delivery of children under a court order or a court-approved stipulation of the parties arrived at during mediation shall be permitted, unless a criminal protective or other restraining order prohibits such contacts.

WV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.:    FAX NO.*(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Cruz

STREET ADDRESS: 701 Ocean Street

MAILING ADDRESS:

CITY AND ZIP CODE: Santa Cruz, CA 95060

BRANCH NAME:

PLAINTIFF: COUNTY OF SANTA CRUZ

DEFENDANT: PETER CHAVEZ GODINEZ

EMPLOYEE: CHRISTINE MCGUIRE

| RESPONSE TO PETITION OF EMPLOYER FOR INJUNCTION PROHIBITING VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE (Workplace Violence) | CASE NUMBER: CV 151991 |
|---|---|

*This response will be considered by the judge at the court hearing. You must still obey any orders granted until the hearing. Read the Instructions for Petitions to Prohibit Workplace Violence(form WV-150) before completing this form.*

**I respond to the Petition of Employer for** *Injunction Prohibiting Violence or Threats of Violence Against Employee* **as follows:**

1. ☒ **PERSONAL CONDUCT ORDERS**
   a. ☐ I consent to the order requested.
   b. ☐ I do not consent to the order requested.
   c. ☐ I consent to the following order *(specify)* :

2. ☒ **STAY-AWAY ORDERS**
   a. ☐ I consent to the orders requested.
   b. ☐ I do not consent to the orders requested.
   c. ☐ I consent to the following orders *(specify)* :

3. **FIREARMS PROHIBITION AND RELINQUISHMENT ORDER**
   a. ☐ I do not own, possess, or control any firearms.
   b. ☐ I consent to the orders requested.
   c. ☐ I do not consent to the orders requested.
   d. ☐ I consent to the following orders *(specify)* :

4. ☐ **OTHER ORDERS**
   a. ☐ I consent to the other orders requested in the petition.
   b. ☐ I do not consent to the other orders requested in the petition.
   c. ☐ I consent to the following orders *(specify)* :

5. ☐ **DENIAL**
   a. ☐ I deny doing all of the acts stated in item 5 of the petition.
   b. ☐ I deny doing some of the acts stated in item 5 of the petition. *(Specify the acts you deny doing)*:

**RESPONSE TO PETITION OF EMPLOYER
FOR INJUNCTION PROHIBITING VIOLENCE
OR THREATS OF VIOLENCE AGAINST EMPLOYEE
(Workplace Violence)**

| PLAINTIFF *(Name)*: COUNTY OF SANTA CRUZ | | SE NUMBER: |
| DEFENDANT *(Name)*: PETER CHAVEZ GODINEZ | | CV  151991 |

## THE COURT ORDERS

**6.** [X] **PERSONAL CONDUCT ORDER**

Defendant is prohibited from further violence or threats of violence against the employee listed in Item 5b and the protected persons listed in Item 5c. Specifically, defendant

    a. [X] shall not assault, batter, or stalk the employee and other protected persons.

    b. [X] shall not follow or stalk the employee and other protected persons to or from the place of work.

    c. [X] shall not follow the employee and other protected persons during hours of employment.

    d. [X] shall not telephone or send correspondence to the employee and other protected persons by any means including, but not limited to, the use of the public or private mails, interoffice mail, fax, or computer e-mail.

    e. [X] shall not enter the workplace of the employee and other protected persons.

    f. [ ] other *(specify)* :

**7.** [X] **STAY AWAY ORDER**

    a. Defendant is ordered to stay at least *(specify)* :  100  yards away from the following persons and places *(the addresses of the places are optional and may be kept confidential)*:

      (1) [ ] Employee and other protected persons named in Item 5.

      (2) [ ] Employee's residence *(address optional)* :

      (3) [X] Employee's place of work *(address optional)* : COUNTY AND COURTHOUSE BUILDINGS LOCATED AT 701 OCEAN ST., SANTA CRUZ, CA

      (4) [ ] Employee's children's school or place of child care *(address optional)* :

      (5) [ ] Employee's and other protected persons' vehicles

      (6) [ ] Other *(specify)* :

    b. [ ] Contacts relating to pickup and delivery of children under a court order or a court-approved stipulation of the parties arrived at during mediation are permitted, unless a criminal protective or other restraining order prohibits such contacts.

**8. MANDATORY FIREARM RELINQUISHMENT ORDER**

The restrained person must surrender to local law enforcement or sell to a licensed gun dealer any firearm in or subject to his or her immediate possession or control within

    a. [ ] 24 hours after issuance of this order (if restrained person is present at hearing).

    b. [ ] 48 hours after service of this order (if restrained person is not present at hearing).

    c. [ ] other *(specify)* :

If the restrained person owns, possesses, or controls any firearms, he or she must file a receipt with the court showing compliance with this order within 72 hours of receiving this order. *(Form WV-145 is available for this purpose.)*

WV-140 [Rev. January 1, 2005]
*Martin Dean's Essential Forms* ™

**ORDER AFTER HEARING ON PETITION OF EMPLOYER
FOR INJUNCTION PROHIBITING VIOLENCE
OR THREATS OF VIOLENCE AGAINST EMPLOYEE (CLETS)**

Page 2 of 3

| PLAINTIFF (Name): COUNTY OF SANTA CRUZ | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): PETER CHAVEZ GODINEZ | CV 151991 |

9.  ☐ OTHER ORDERS (specify):

10. **DELIVERY TO LAW ENFORCEMENT**
By the close of business on the date of this order, a copy of this order and any proof of service shall be given to the law enforcement agencies listed below as follows:
a.  ☐ Plaintiff shall deliver.
b.  ☒ Plaintiff's attorney shall deliver.

Law enforcement agency | Address
CITY OF SANTA CRUZ POLICE DEPT. | 155 Center St., Santa Cruz, CA 95060

COUNTY OF SANTA CRUZ SHERIFF DEPT. | 701 OCEAN STREET, SANTA CRUZ, CA 95060

CITY OF WATSONVILLE POLICE DEPT. | 215 UNION STREET, WATSONVILLE, CA

Date: 8-18-05

_____
JUDICIAL OFFICER

This order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). Violations of this restraining order are subject to criminal penalties.

**NOTICE REGARDING FIREARMS**
Any person subject to a restraining order is prohibited from owning, possessing, purchasing or attempting to purchase, receiving or attempting to receive, or otherwise obtaining a firearm. Such conduct is subject to a $1,000 fine and imprisonment. The person must surrender to local law enforcement or sell to a licensed gun dealer any firearm in or subject to his or her immediate possession or control in accordance with item 8 above. The person must surrender to local law enforcement or sell to a licensed gun dealer any firearm in or subject to his or her immediate possession or control in accordance with item 8 above.

WV-140 (Rev. January 1, 2005)
Martin Dean's Essential Forms ™

**ORDER AFTER HEARING ON PETITION OF EMPLOYER
FOR INJUNCTION PROHIBITING VIOLENCE
OR THREATS OF VIOLENCE AGAINST EMPLOYEE (CLETS)**
(Workplace Violence)

Page 3 of 3

SEE GRIEVANCE NO. 59224 AND THE CHIEF FLORES LETTER TO ME CONCERNING THIS SEALING)
Motion Included ADD GRIEVANCE 2

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]

Elmwood [ ]
CCW [ ]
WRC [ ]

65353

| INMATE'S NAME: PETER (CHAVEZ) GODINEZ | BOOKING NUMBER: DTL 957 04060011 | HOUSING UNIT: 4C2 ROOM 17 |

ITEM SIX PAGE ONE

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC:** AT APROX 10:30 AM, 05-15-2006... UNIT OFFICER GONZALES WHILE PASSING LUNCHES... INTERVIEW. AT APROX 10:40 AM UNIT OFFICER GONZALEZ ESCORTED ME OUT OF THE UNIT, AND ESCORTED ME, TO THE SECOND FLOOR TO SPEAK WITH CLASSIFICATION SERGEANT NAVAROTE (ALL THIS WAS A LIE, BY THE JAIL STAFF) I NEVER TALK OR SPEAK WITH NO SERGEANT NAVAROTE, I WAS TAKEN TO A STAFF ROOM WHERE TWO F.B.I SPECIAL AGENTS SPEAK TO ME BY FORCED., CONCERNING U.S. DISTRICT COURT CASE NO C-0500695 AND MY PRESENT STATE CASE NO. FF502126 AND MY RELEASE BEING ISSUE TO ME. THEY TALKED WITH ME CONCERNING THEIR F.B.I GOV. INTERNAL SECRET SPYING INTELL-GENCE INTELL. TECHNOLOGY... AND THE F.B.I SPECIAL PRIVATE INVESTIGATOR SUSAN. AND HER PROBLEM WITH ME. THIS SPECIAL AGENTS TRIED TO BRAIN WASH ME, AND OFFERED ME A LETTER OF APOLOGY BY THIS AGENT TO ME. I TOLD THIS SPECIAL AGENTS TO FUCK OFF !! AND THAT IF I WOUND EVER SEE THEM AGAIN, I WILL KILLED THEM... FOR VIOLATING MY CONSTITUTIONAL DUE PROCESS RIGHTS, ON MY PRESENT STATE CASE NO. FF502126. BY THEIR 24 HOURS CRUEL PUNISHMENT ON ME, WITH THEIR ACTIVE OPERATIVE GOV. INTELL CENTRALIZE TECHNOLOGY ON MY BODY... INTERNAL CRYPTO COMMUNICATION SIGNALS. I ORDERED THIS SPECIAL AGENTS TO TURN THEIR TECHNOLOGY OFF MY BODY. AND TO FUCK OFF AND NEVER COME AROUND ME AGAIN. "I DID NOT AGREE TO THEIR LEVEL 1. AT APROX 11:46 AM UNIT OFFICER GONZALES GOT TO THE STAFF ROOM WHERE I WAS BEING INTERVIEW BY FORCED BY THIS AGENTS I TOLD UNIT OFFICER GONZALES, THAT I WAS TELLING "AND THAT, THAT I WAS NOT SERGEANT NAVAROTE "THAT THIS PERSONS WERE THE F.B.I

**(WHAT SOLUTION ARE YOU RECOMMENDING?)** THIS PERSONS WERE THE F.B.I I EXPLAINT TO GONZALES THE CONSPIRACY THIS DIRTY THATS YOUR HOME WORK... WHERE TRYING TO COVER, I REPORTED THIS SERIUM MATTER TO THE JAIL CHIEF EDWARD

Your Signature: _[signature]_   Date: 05/15/2006   Time: 12:15 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: MON  Date: 5/15/06  Time: 1350  Officer: Novoa  Team: A  2153

RESPONDING OFFICER'S STATEMENT (Please print): _____

COPY

[ ] Resolved   [X] Refer to Level II

Officer's Name: _____  Team: ____  Date: __/__/__

**SUPERVISOR'S ACTION:** YOU HAVE THE RIGHT NOT TO SPEAK WITH ANY INVESTIGATOR BUT WE HAVE THE RESPONSIBILITY TO PROVIDE YOU THE OPPORTUNITY TO EXECISE THAT RIGHT. WE DID NOT VIOLATE YOUR RIGHTS.

[X] Resolved   [ ] Refer to Level III

Supervisor's Name: LT FISCHER  Team: ADC  Date: 5/16/06

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____  Date: __/__/__  Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: _____  Date Assigned: __/__/__
Date Due: __/__/__

Response by: _____  Title: _____  Date: __/__/__  Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed _____

SIGNATURE: _[signature]_  Date: 5/16/06  Time: 1405

RESPONSE RETURNED TO INMATE: Date: 5/16/06  Time: ____  By: _____

Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Main Jail [X]   Main Jail South [X]   North County Jail [ ]   Elmwood [ ]   CCW [ ]

6 5571

*SEE GRIEVANCE NO. 59224 AND THE LETTER OF CHIEF EDWARD C FLORES CONCERNING THIS SERIOUS MATTER INCLUDED IN THIS GRIEVANCE*

*THERE IS ALSO A JUVENILE COURT ORDER CASE NO. 105CV 64696 FOR THIS SERIOUS MATTER NOT TO TAKE PLACE !!!*

| INMATE'S NAME: PETER CHAVEZ GOMEZ | BOOKING NUMBER: OVO60611 | HOUSING UNIT: 4C2 Room 17 |
|---|---|---|

SECOND GRIEVANCE, SAME ISSUE   ITEM SIX   PAGE TWO

DTL 957

**DETAILS OF GRIEVANCE:  PRINT!  BE SPECIFIC:** SECOND GRIEVANCE ON SAME MATTER. THE FIRST GRIEVANCE WAS NOT SIGNED BY THE SERGEANT OR GIVEN A LEVEL OF RESPONSE OR GRIEVANCE NUMBER. I HAVE ... [handwritten body text continues, largely illegible] ...

**WHAT SOLUTION ARE YOU RECOMMENDING?** ... THAT'S YOUR HOME WORK..

Your Signature: _Peter Chavez_   Date: 05 / 17 / 2006   Time: 3:30 AM/PM
(Do NOT write below this line.  Use additional sheets if necessary)

*****

Received from Inmate on:
Day: WED   Date: 5 / 17 / 06   Time: 0630   Officer: Gonzales T 353   Team: A

RESPONDING OFFICER'S STATEMENT (Please print): _____

COPY

[ ] Resolved   [X] Refer to Level II

Officer's Name: _____   Team: ___   Date: __/__/__

*****

**SUPERVISOR'S ACTION:** Inmate Chavez I spoke with you and told you the two agents next to me wanted to speak with you. The agents identified themselves and showed their I.D. I asked you if you wanted to talk with them. You replied in a positive manner and said you would talk with agents.

[X] Resolved   [ ] Refer to Level III

Supervisor's Name: Sgt Navarrete   Team: A   Date: 05 / 17 / 06

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____   Date: __/__/__   Time: ____
*****

SUPPORT SERVICE RESPONSE: Unit Assigned: _____   Date Assigned: __/__/__
Date Due: __/__/__

Response by: _____   Title: ____   Date: __/__/__   Time: ____
*****

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur  [ ] Reversed

SIGNATURE: _____   Date: 5 / 26 / 06   Time: 1440
*****

RESPONSE RETURNED TO INMATE: Date: 05 / 31 / 06   Time: ____   By: ____

Distribution:  White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

Main [ ]
South [ ]
North-County Jail [ ]

Elmwood [ ]
CCW [ ]
WRC [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**          6640

| INMATE'S NAME: PETER (CHAVEZ) GODWEZ | BOOKING NUMBER: DTL 957 04060611 | HOUSING UNIT: 4C2 ROOM 17 | ITEM SIX PAGE THREE |

DETAILS OF GRIEVANCE.   PRINT! BE SPECIFIC: THIS IS THE THIRD GRIEVANCE, THAT I WRITE, ON THIS SAME MATTER, I HAVE THE GRIEVANCE FORM, RECEIPTS OF THE TWO SAME GRIEVANCES I FILED ON THE ABOVE DATE, 05-15-2006 AND 05-17-2006, SIGNED BY THE WITHNESS, UNIT OFFICER J. GONZALES, BADGE NO. 2153. SAME COMPLAINT GOES AS FOLLOW: ON THE ABOVE DATE, 05-15-2006 APROX 10:30 AM, UNIT OFFICER GONZALES, WHILE PASSING OUR UNIT LUNCHES, ADVISED ME THAT I HAD AN INTERVIEW WITH CLASSIFICATION, THAT THE JAIL CLASSIFICATION SERGEANT NAVARETTE WANTED TO SPEAK WITH ME. TO GET READY. APPROX 10:45 ™. UNIT OFFICER GONZALES ESCORTED ME OUT OF THE 4C UNIT, AND ESCORTED ME TO THE SECOND FLOOR, TO SPEAK WITH SERGEANT NAVARETTE. ALL THIS WAS A LIE BY JAIL CLASSIFICATION SERGEANT NAVARETTE, AND STAFF. WHILE ON THE SECOND FLOOR, I WAS ESCORTED IN TO A STAFF MEETING ROOM, AND UNEXPECTEDLY TWO F.B.I SPECIAL AGENTS, WALK IN, AND FORCED ME, IN TO HEARING BOTH OF THEM, WHAT THEY HAD TO SAID, ABOUT MIS, DUI OWN. INTERNAL CASE NO. C-0500495, I TOLD BOTH OF THIS AGENTS, THAT I DID NOT WANTED TO SPEAK WITH THEM. AND THAT THE SOONEST I WAS BACK ON MY UNIT, I WAS GUING TO FILE A COMPLAINT, ON BOTH OF THEM, FOR TRICKING ME, AND I BACK AWAY FROM THEM, BECAUSE THEY ARE MY ENEMIES, I TOLD THEM TO FUCK OF. AND THAT IF I EVER SEE THEM IN THE NEAR FUTURE, I WILL KILLED THEM, FOR VIOLATING MY PRESENT DUE PROCESS CONSTITUTIONAL RIGHTS, ON MY STATE CASE NO FF302126.   ( CONTINUE ON SECOND PAGE OF THIS GRIEVANCE FORM )

WHAT SOLUTION ARE YOU RECOMMENDING?: I NEED THE LOG NUMBER AND THE STATUS OF THIS SERIOUS COMPLAINT. THE TIME FRAY ON THIS COMPLAINT IS DUE

Your Signature: Peter Chavez Godwez          Date: 07/15/2006   Time: 8:10 AM/PM
(Do NOT write below this line.  Use additional sheets if necessary)
*************************************************
Received from Inmate on:
Day: SAT   Date: 07/15/06   Time: 2209   Officer: K. LEONG 2655   Team: C

RESPONDING OFFICER'S STATEMENT (Please print): FOWARDED TO APPROPRIATE LOCATIONS.
FOWARDED TO PSYCH FOR EVALUATION + FOWARDING TO SERGEANT.

[ ] Resolved  [✓] Refer to Level II

Officer's Name: K. LEONG          Team: C   Date: 07/15/06
*************************************************
SUPERVISOR'S ACTION:
I CONCUR W/ OFFICER KIRKLAND

[✗] Resolved  [ ] Refer to Level III
Supervisor's Name: _____ CLASS/INTEL   Team: ___   Date: 7/19/06
*************************************************
SHIFT LIEUTENANT REVIEW:   [ ]  Concur   [ ]  Reversed   _____

SIGNATURE: _____   Date: / /   Time: _____
*************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: Classification   Date Assigned: 7/19/16
Date Due: 07/22/6
I am outside agency, I would like to speak with you, you may refuse the interview.

Response by: _____ #4715   Title: ___   Date: 7/19/6   Time: 1415
*************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed

SIGNATURE: _____   Date: 7/20/06   Time: 1800
*************************************************
RESPONSE RETURNED TO INMATE: Date: 07/21/06   Time: ___   By: ___
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

CONTINUE FROM PAGE ONE, DETAILS OF GRIEVANCE

THII AGENTS, KNOW ABOUT THE RESTRAINING ORDER I HAVE AGAINST THEM, AND THE F.B.I AGENCY, F.B.I SPECIAL AGENT ERIL LAMDE.

THII AGENTS TRIED, TO BRAIN WASHED ME, INTO ACCEPTING ANI APPOLOGY FROM THE AGENCY, FOR VIOLATION 6 MY DUE

PROCESS RIGHTS, AND ALL CONSTITUTIONAL RIGHTS THII PAST, 3 1/2 YEARS." DAILY, 24 HOURS WITH THEIR CENTRALIZED

INTERNAL COMMUNICATION, "SPECIAL FORCES SIGNALS" CLASIFIED GOVERNMENT TECHNOLOGY INTELL.... THII AGENTS ADVISED

ME, THAT IF I DID NOT ACCEPT AN APOLOGY THE AGENTS WERE GOING TO GET FIRED," I TOLD THII SON OF

BITCHES TO FUCK OF "( I HAVE A WHOLE WRITENED STATEMENT CONCERNING THII UNEXPECTED, SURPRISED "

VISIT, THAT THE JAIL CLASSIFICATION SERGEANT NAVARETTE SET ME UP WITH.") I WILL ISSUE THII WHOLE

WRITENED STATEMENT TO THE JAIL OFFICER INVESTIGATING THII SERIOUS MATTER," I WROTE THII STATEMENT RIGHT

AFTER THII VISIT.."

COPY

① I BEEN IN CUSTODY SINCE 06-15-2003..

② ON THE ABOVE DATE, 08-31-2003, F.B.I SPECIAL AGENT ERIL LAMDE (V.O.B) 5354696, CAME TO VISIT ME AT THE
FACILITY OF ELMWOOD, M3C UNIT, "HE TOLD ME, THAT HE WAS GOING TO CLEAR ME OUT OF THII PRESENT MATTER I
TOLD HIM TO FUCK OF ///..

③ ON THE ABOVE DATE, 02-05-2005, I REGISTER ON THE U.S DISTRICT COURT, A COMPLAINT, ON THE F.B.I AGENCY... THE U.S DISTRICTS
COURT, REGISTERED: THII CASE, INTERNAL USE ONLY... CLASIFIED... CASE NO.. C.050695..

④ ON THE ABOVE DATE, 02-24-2005, TWO SECRET SERVICE AGENTS, VISIT ME, HERE IN JAIL, AND ADVISED ME TO KEEP THE U.S
GOVERNMENT INTELL TECHNOLOGY SECRET?.. BECAUSE ITS GOVERNMENT CLASIFIED... I TOOKED THEIR ADVISED AS A
THREAT" I FILED A GRIEVANCE, ON THII MATTER LOG NUMBER 59224..

⑤ I REPORTED THII ISSUE TO THE CHIEF EDWARD C. FLORES, THE CHIEF INTERNAL AFFAIRS UNIT, WRITES ME TO INFORM
ME, THAT THII MATTER, WAS MISIONED TO THE JAIL CAPTAIN WONG... ON THE ABOVE DATE 03-07-2005..

⑥ ON THE ABOVE DATE, 03-09-2006 THE CAPTAIN TOBY WONG, WRITES ME, AND TELLS ME, THAT IN THE FUTURE TO REFUSE
AND EXERCISE MY RIGHTS, THAT I COULD REFUSED ANY VISIT "SPECIALLY IF THE C.I.A AGENT WORTHY TRIED TO VISIT ME..

⑦ ON THE ABOVE DATE, 05-24-2005, I FILED A SUPERIOR COURT RESTRAINING ORDER, ON THE F.B.I AGENCY, AND
F.B.I SPECIAL AGENT, ERIL LAMDE. CASE NO. 105 CV 041696.... COURT APPROVED..

⑧ ON THE ABOVE DATE, 05-15-2006, CLASSIFICATION SERGEANT NAVARETTE, LIES TO THE UNIT, OFFICER, AND SETS ME UP, WITH
THII F.B.I SPECIAL AGENTS..// THE COURT ORDER GETS VIOLATED// THII VISIT WAS NOT A GOOD ONE // "NOT NICE". SAME
DAY I FILED A GRIEVANCE, SIGNED BY THE UNIT OFFICER" GONZALEZ// THE GRIEVANCE IS RETURNED TO ME, WITHOUT BEING
ANSWER..THE CANARY RECEIPT-ONLY.. ON 05-17-2006" APROX: 3:30 A.M..

⑨ I REFILED THII SAME GRIEVANCE ON A NEW FORM, ON 05-17-2006 3:30 AM, SAME WITHNESS OFFICER GONZALES
SIGNED, AND GAVED ME A COPY, OF THII GRIEVANCE ON 05-17-2006 6:30 AM..

⑩ I REPORTED THII MATTER TO THE LT. JANET FISHER, THROUGH A LEGAL LETTER. LT. FISHER ANSWERS ME, CONCERNING
THII MATTER, BUT DID NOT ISSUE ME THE LOG NUMBER TO THII GRIEVANCE, LT FISHER WROTE ME ON 06-06-06.

Now

TO THII VERY DAY 08-15-2006, TWO MONTHS AFTER THII INCIDENT TOOKED PLACE, I HAVENT RECEIVED NO LOG NUMBER
TO THII GRIEVANCE, THE CLASSIFICATION SERGEANT NAVARETTE, ON THE ABOVE DATE 05-17-2006 AT APROX 7:10 AM CAME TO
THE 4 FLOOR TO PICK MY SECOND GRIEVANCE FORM PERSONALLY -- I WAS INFORM OF THII BY STAFF --"

Final Conclusion

SIX MONTHS BEFORE, MY JAIL HOUSING LIVING CONDITIONS, CHANGED.. I REPORTED THII MATTER TO THE HUGHES JAIL
OFFICIALS.. BECAUSE I KNEW THAT I WAS GOING TO END UP, IN THII TYPE OF JAIL SEGREGATION UNITS.. FOR THE
F.B.I AGENT FAULT// IM A ACTIVE OPERATIVE, C.I.A.. I WAS ASSIGNED BY THE F.B.I AGENT TO THEIR
SPECIAL PRIVATE INVESTIGATORS C.I.A... THE AGENCY SECRET CENTRALIZE INTERNALIZED COMMUNICATION, TECHNOLOGY
INTELL VIOLATES ALL MY RIGHTS// ALL.. I HAVE GOVERNMENT SECRET IMPLANTED TECHNOLOGY IN MY BODY"
THAT ALLOWES THE AGENCY TO COMMUNICATE WITH ME SECRETLY, INTERNAL AFFAIRS IS AWARE OF THAT... THE MAIN
POINT HERE IS THAT I NEED THE LOG NUMBER, TO THE GRIEVANCE I WROTE ON 05-15-2006.. ITS IN REGARDS
TO MY ACTIVE CASE... I NEED THE STATUS".. LOG NUMBER... I HAVE ALL LEGAL COPIES..//

ITEM SEVENTH
PAGE ONE

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

Elmwood [ ]
CCW [ ]
WNC [ ]

0406061     69139

INMATE'S NAME: Peter Chavez Godinez

BOOKING NUMBER: DTL 957  0303550

HOUSING UNIT: 4C2 → #17

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC! _(handwritten text, largely illegible)_

WHAT SOLUTION ARE YOU RECOMMENDING? _(handwritten text, largely illegible)_

Your Signature: Peter Chavez Godinez    Date: 04 / 24 /2007   Time: 6:39 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

*********************************************************

Received from Inmate on:
Day: TUESDAY  Date: 4 /24/ 07  Time: 0824  Officer: E. TOBOLA    Team: A

RESPONDING OFFICER'S STATEMENT (Please print): WILL REFER THIS GRIEVANCE
TO SUPERVISOR.

MAIN JAIL MEDICAL
APR 27 ENTD

[ ] Resolved  [X] Refer to Level II

Officer's Name: _____  Team: ___  Date: __/__/__
*********************************************************
SUPERVISOR'S ACTION:  See response below.

_____

SIGNATURE: _____  Date: __/__/__  Time: _____
*********************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: Medical    Date Assigned: 5/2/07
Date Due: 05/01/07

You will be seen as scheduled by medical and mental
health staff. There will not be a referral made for X-rays
at this time.

Response by: _(signature)_  Title: HCM  Date: 5/2/07  Time: 1300
*********************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [X] Concur  [ ] Reversed

_____

SIGNATURE: _(signature)_  Date: 5/2/07  Time: 1542
*********************************************************
RESPONSE RETURNED TO INMATE: Date: 05 02 07  Time: ___  By: ___
Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**
04060611

E. ITEM SEVENTH PAGE TWO

# 71006

INMATE'S NAME: PETER (CHAVEZ) GODINEZ

BOOKING NUMBER: D.T.L. 9517 0303558

HOUSING UNIT: 4C2 → ROOM 17

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: GRIEVANCE CONCERNING, LOG NO 70880 GRIEVANCE FORM RESPONDED. THE RESPONSE IN THIS FORM, IT IS NOT THE CORRECT RESPONSE. IM ASKING FOR FURTHER INVESTIGATION INTO THIS SERIOUS MATTER, IT AFFECTS MY LIVING AND CONFINEMENT CONDITIONS!. THE UNITED STATES GOVERNMENT, SPECIAL SPYING INTELLIGENCE NEURO UNIVERSAL MICRO SYSTEM TECHNOLOGY, IMPLANTED IN MY BONE NERVES, BONES AND SKIN, BEING ACTIVE, WHILE INSIDE THIS DEPARTMENT OF CORRECTIONS, IT VIOLATES ALL MY HUMAN RIGHTS AND CONSTITUTIONAL DUE PROCESS RIGHTS. THIS ILLEGAL GOVT NEURO TECHNOLOGY HAS BEEN ACTIVE, 24 HOURS DAILY, EVERY SECOND SINCE 06-15-2003, TO THIS VERY DATE 10-15-2007 INSIDE THIS DEPARTMENT, JUST AS A MANIPULATION AND CRUEL BOTHERING PUNISHMENT BY THE SPECIAL OFFICIALS DOING GOVT DOMESTIC SECRET HUMAN SPECIAL SPYING INTELLIGENCE. I WORKED WITH THE GOVERNMENT IN THE PAST WITH THIS GOVT NEURO TECHNOLOGY, BUT I QUIT DUE TO THREATS AND SEXUAL HARASSMENT, BY THE AGENT SUSAN, THE NEURO TECH, WAS TURNED OFF, AND PERMANENTLY TURN ON SINCE 11-30-02. BY THE F.B.I AGENCY, STUPID AGENT SUSAN AND ALL HER ASSOCIATES. THIS DEPARTMENT HAS INTERNAL AFFAIRS. IM REQUESTING, WHAT I WROTE ON THE GRIEVANCE FORM LOG NO 70880.

WHAT SOLUTION ARE YOU RECOMMENDING?: IM TAKING THIS MATTER TO THE COURT, IM REQUESTING FURTHER INVESTIGATION

Your Signature: Peter C    Date: 10/15/2007 Time: 22:10 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*************************************************************
Received from Inmate on:
Day: MON   Date: 10/15/07 Time: 2300 Officer: GUERRA 2621   Team: C

RESPONDING OFFICER'S STATEMENT (Please print): _____

COPY

[ ] Resolved [X] Refer to Level II

Officer's Name: A Duarte #2621   Team: C   Date: 10/16/07
*************************************************************
SUPERVISOR'S ACTION: WE CANNOT INVESTIGATE ALLEGATIONS ABOUT THE U.S. GOVERNMENT.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: LT FISCHER   Team: A   Date: 10/17/07
*************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: / / Time: _____
*************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____ Date Assigned: / /
Date Due: 10/22/07

Copy of grin # 70880 attached

Response by: Adma   Title: Lt   Date: 10/17/07 Time: _____
*************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed _____

SIGNATURE: _____ Date: 10/17/07 Time: 1207
*************************************************************
RESPONSE RETURNED TO INMATE: Date: 10/17/07 Time: _____ By: _____
Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)



01-08-2008.
HEARING Took PlaceD IN DEPT 36..
JUDGE, WETTEN KAMP.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA.

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No. CC-782723 |
| Plaintiff, | NOTICE OF MOTION AND MOTION |
| vs. | FOR SUBSTITUTION OF COUNSEL |
| PETER CHAVEZ GODINEZ , | (MARSDEN MOTION) |
| Defendant | 12/26/07 |
| | 130pm D.#24 |

TO THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE OF ACTION

AND DISTRICT ATTORNEY OF THE COUNTY OF SANTA CLARA

Please be advised that on the 16 day of DECEMBER ,

20 07, at the hour of _____ in Department _____ of the above-

entitled court, or as soon thereafter as this motion can be

heard, defendant and/or counsel will move the court for an order

to dismiss and/or relieve counsel due to inadequate

representation of counsel.

This motion is based upon this Notice of Motion and Motion,

the attached declaration(s), all points and authorities

submitted, testimony and other evidence produced at evidentiary

-1-

1    hearing(s), all files and records of the case, and other evidence

2    presented whether oral or documentary,

3

4    DATED: 12-06-2007                    _____

5                                              DEFENDANT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF _CONFLICT OF INTEREST_ SUPPORTING <u>HIS</u>/HER

MOTION FOR SUBSTITUTION OF COUNSEL

I, _PETER CHAVEZ GODINEZ_, HEREBY DECLARE:

1.)  That I am the defendant/declarent in the within cause of action and I am a lay person untrained in the law;

2.)  That declarent is represented by counsel who has failed and/or refused to provide adequate representation in the within cause of action;

3.)  That due to conflicts which exist between declarent and counsel, declarent can not and will not receive adequate representation by counsel of record in the within cause of action;

4.)  That at the hearing on this motion declarent will provide the necessary evidence to support the claim herein alleged;

5.)  That due to the lack of adequate representation by counsel, declarent has suffered prejudice such as to justify dismissal of charges currently pending, or in the alternative to enjoy the substitution of counsel;

6.)  That in addition to any evidence presented in support of this motion at the evidentiary hearing on the within matter, declarent does hereby incorporate by reference each and every statement following which has the box preceding same marked:

    ☒       (a)  Counsel has failed and/or refused to confer with declarent concerning the preparation of the defense;

    ☐       (b)  Counsel has failed and/or refused to communicate with declarent;

-3-

(c)   Counsel did fail and/or refused to subpoena witnesses favorable to the defense and deprived declarant of the testimony critical to the defense;

(d)   Counsel has failed and/or refused to perform and/or to have performed investigation(s) critical and necessary to the defense;

(e)   Counsel has failed and/or refused to present/ prepare an affirmative defense at declarent's preliminary hearing;

(f)   Counsel has failed and/or refused to secure and present expert witness(es) critical to the defense;

(g)   Counsel has failed and/or refused to prepare and file motion(s) critical to the defense;

(h)   Counsel has failed and/or refused to impeach prosecution witness(es);

(i)   Counsel has failed and/or refused to present evidence at motion/writ hearings critical to defense;

(j)   Counsel has failed and/or refused to declare prejudice and/or conflict against declarant and due to said failure has taken on the role of a surrogate prosecutor against declarent's interest;

CONFLICT OF INTEREST

1    (k)    Other. ON 11-28-07, APPROX 14: HOURS, INSTEAD OF ME, HAVING MY COURT

2    HEARING INSIDE THE COURT ROOM, ON DEPT 24... AT APPROX, 2:11 PM, THE SHERIFF ESCORTED ME FROM THE COURT

WAITING CELL, TO THE COURT INTERVIEWING CELL, WHERE I SPOKE WITH DR. GREEN INSTEAD, FOR TWO HOURS

3    DR. GREEN HAD COURT DOCUMENTS FROM MY COURT FILES, CASES NUMBERS, CC-782723 AND FF 302126.

I NOTICED THAT THE DOCUMENTS THAT WERE GIVEN TO DR. GREEN BY MY PUBLIC DEFENDER MIGUEL RODRIGUEZ

4    THIS COURT DOCUMENTS WERE MISSING THE CENTRAL SOURCE TO THIS WHOLE GOVERNMENT CORRUPTION, ON MY MATTER

THIS MATTER IS NOT A DOCTORS MATTER TO STARCH WITH, BUT BY THE COURT OR MY ATTORNEY ISSUING ONLY CERTAIN

5    DOCUMENTS TO DR. GREEN, ONLY DOCUMENTS THAT INCRIMINATE ME, WITHOUT FULLY ISSUING THE DOCTOR THE TRUE SOURCE

ITS WRONG, IT CREATED A CONFLICT OF INTEREST, ON THIS MATTER, I SEEN THE DOCUMENTS THAT WERE ISSUE TO

6    DR. GREEN... AND THE CENTRAL SOURCE TO THIS WHOLE MATTER WAS MISSING !!! (SEE COMPLAINT BELOW)

7    DATED 12-16-2007                    [signature]

8                            DEFENDANT

9

10   ON THIS TWO HOURS INTERVIEW, 11-28-07, FROM 2:11 PM TO 4:11 PM, THE DR. GREEN, WAS TRYING TO WORK OUT

MANY COURT TIME DEALS WITH ME, ON THIS CASES, CC-782723 AND FF 302126, I CLEARLY LET DR. GREEN

11   KNOW THAT, I WAS NOT GOING TO SPEAK TO HIM, ABOUT THE UNITED STATES GOVERNMENT, SPECIAL SPYING

INTELLIGENCE, NEURO UNIVERSAL TECHNOLOGY, SPECIAL GOVT AGENTS AND OPERATIVES, AND THE STATE GOVERNMENT

12   ADMINISTRATIONS, INTERNAL AFFAIRS UNITS, SECRET TECHNOLOGY, BECAUSE IT IS CLASSIFIED. DR. GREEN TOLD ME THAT I

MUST OF HAD MADE THE DISTRICT ATTORNEY'S OFFICE, UPSET AT ME, BY THEM FILLING SIXTEEN CHARGES COUNTS

13   ON THIS CASE CC-782723 WITH THE SAME CHARGES. I LET DR. GREEN KNOW THAT I DID NOT THREATENED

THAT PIG WHORE BITCH DISTRICT ATTORNEY CHRISTINE MCGUIRE, THAT MANY TIMES, AND THAT HE WAS MISSING

14   ALL THE TRUE SOURCE FOR THIS MATTER, DR. GREEN TRIED TO ARRAIGN COURT DEALS WITH ME, DR. GREEN

ADVISED ME THAT HE WAS GOING TO SPEAK TO ME AGAIN WITHIN DAYS. I TOLD HIM OK.. I THOUGHT THAT HE

15   WAS LYING BECAUSE IN THE PASS WHEN HE SEEN ME THE FIRST TIME FOR 25 MINUTES, HE SAID THE SOME

THING BUT NEVER CAME BACK TO SEE ME !...

16   ON 12-04-07 APPROX 10: PM TO 11:1 PM, DR. GREEN INTERVIEWED ME AND HE READ THE LETTER THAT I WROTE

TO THE JUDGE JEROME S. NADLER, ON 10-16-07, TO ME, AND ASKED ME QUESTIONS ABOUT THE LETTER, AND THE

17   UNITED STATES GOVERNMENT SPECIAL AGENTS NEURO TECHNOLOGY... I EXPLAIN FULLY TO DR. GREEN ALL THE MATTER, FROM

THE HOMICIDE THAT I COMMITTED ON 07-21-01 TO ALL THE ILLEGAL VISITS THAT I HAVE RECEIVED HERE IN JAIL, BY

18   THE AGENTS. DR. GREEN CONFIRMED WITH ME THAT HE ACKNOWLEDGED THAT I HAVE WORKED IN THE PAST WITH

THE F.B.I AND THE F.B.I SPECIAL PRIVATE INVESTIGATORS, C.I.A, DR. GREEN ASKED ME, WHY WOULD THEY WANT

19   TO BE TALKING TO YOU ? IN PERSON WHEN THEY HAVE THE NANO NEURO TECHNOLOGY... THEY DO HAVE THE

TECHNOLOGY... THATS WHEN I SHOWED THE DOCUMENTS THAT ARE ENCLOSED WITH THIS MARSDEN MOTION

20   TO DR. GREEN, AND DR. GREEN, ADVISED ME THAT THIS WAS NEW EVIDENCE THAT I WAS PRESENTING HIM, DR.

GREEN READED.. AFTER OUR MEETING I ASKED DR. GREEN THAT WHAT WAS HIS INPUT ON THIS WHOLE MESS

21   THAT THE COURT HAVE DONE WITH, TO THE COURT ?!! DR. GREEN ASKED ME IF I FELT GUILTY, OR IF THE

HOMICIDE THAT I COMMITTED ON 07-21-01 AFFECTED. ME WHATSOEVER ?! I TOLD DR. GREEN, THAT NOT AT ALL

22   THAT IF I WOULDNT HAD RECEIVED THREATS AND COMMENTS ABOUT THE HOMICIDE THAT I COMMITTED FROM

THE AGENTS AND SPECIAL SHERIFFS, I WOULD OF NEVER SAID ANYTHING ABOUT THIS HOMICIDE CONSPIRACY,

23   THAT THESE SPECIAL GOVT OFFICIALS, COMMITTED... I RECORDED MYSELF KILLING THESE MALE. DR. GREEN, ADVISED

ME THAT THE COURT WAS INTERESTED IN THIS MATTER, AND THAT HE WAS GOING TO RECOMMEND TO THE

24   COURT INCOMPETENT TO STAND TRIAL, BECAUSE WHAT HE WANTED TO HEAR FROM, IS THAT, I MADE UP

ALL THIS STORIES UP. AND TO TELL HIM THAT I DIDN'T KNOW WHAT I WAS THINKING ABOUT, WHEN I WROTE

25   ALL THIS LETTERS TO THE COURT, THEN IF I WOULD OF TOLD HIM THAT, THAT HE WOULD OF RECOMMENDED

COMPETENCY ON MY CASE, THAT WHAT I NEEDED TO DO WAS WRITE THE COURT AN APOLOGY LETTER

26   APOLOGIZING FOR WHAT I WROTE ON THE LETTERS, AND THAT HE WOULD RECOMMEND THEN COMPETENCY

ON MY CASE. BECAUSE WHAT I WANTED TO DO WITH THE JURY TRIAL, EXPOSING THE GOVERNMENT

27   NEURO TECHNOLOGY, AND HOW THE GOVERNMENT HAVE BEEN MONITORING ME THROUGH THE U.S

GOVERNMENT, NEURO TECHNOLOGY IN MY BODY 24 HOURS, DAILY, WHILE INSIDE CUSTODY, THAT THE

28   COURT DID NOT WANTED TO HEAR THAT. AND THAT MY GOALS AND RIGHTS TO A JURY TRIAL TO TELL THE

JURY PEOPLE WHAT THE GOVERNMENT HAVE BEEN DOING TO ME DAILY, THAT I COULDN'T DISCLOSED THAT

ON THE OPENLY, TO THE JURY PEOPLE !.. FOR ME TO WRITE THE COURT AN APOLOGY LETTER AND THAT HE

WOULD RECONSIDERED THEM, RECOMMENDING COMPLETELY IN MY CASE. I TOLD DR GREEN, WHAT ANOTHER COURT APPOINTED DOCTOR HAD DONE TO ME ON 04-10-2006, AFTER HE HAD CLEARED ME TO GO TO TRIAL (SEE ITEM #G. 9 GRIEVANCE FORM) DR GREEN TOLD ME, THAT HE WAS NOT GOING TO DO THAT, BUT FOR ME TO WRITE THE COURT AN APOLOGY LETTER, AND THAT HE WOULD RECONSIDER HIS NEW RECOMMENDATION AFTER I DO THAT.

BACK ON 2006 WHEN I FIRST MEET DR GREEN THE FIRST TIME, I EXPLAINED TO HIM ALL THE PROBLEM AND ALL THE MESS THE COURT AND THE F.B.I. AGENCY HAD DONE WITH ME, WHILE IN CUSTODY, I EXPLAINED DR GREEN ALL THE SOURCE TO THIS LEGAL ISSUE AND SHOWED DR GREEN ALL THE LEGAL DOCUMENTS THAT I HAVE CONCERNING THIS WHOLE SERIOUS ILLEGAL MATTER. DR GREEN SPOKE TO ME 25 MINUTES, ONLY HE TOLD ME THAT HE WAS GOING TO COME BACK TO SPEAK TO ME BEFORE HE LEFT HE SAID ME, THAT IF I HAD MADE A DEAL WITH THESE AGENTS, WHY NOT KEEP IT !!!! DR GREEN LEFT AND NEVER CAME BACK TO SEE ME UNTIL 11-28-07......

THIS WHOLE MATTER IS NOT A DOCTORS MATTER. THIS IS A GOVERNMENT ACTIVE CORRUPTION THAT IT NEEDS OFFICIAL COURT JUDGMENT WHEN THE PUBLIC DEFENDER MIGUEL RODRIGUEZ FIRST WAS APPOINTED TO ME ON OUR FIRST MEETING, MIGUEL RODRIGUEZ ACKNOWLEDGED AND TOLD ME THAT YES, MY HUMAN RIGHTS WERE VIOLATED, BUT THAT MY DUE PROCESS RIGHTS WERE NOT. THE UNITED STATES OF AMERICA CONSTITUTION PROHIBITS ANY CRUEL AND UNUSUAL PUNISHMENT, AMENDMENT V, AMENDMENT VI, AMENDMENT VIII, AMENDMENT XIV, AND SECTION 9 OF THE CONSTITUTION, RIGHTS ARE VIOLATED. WHAT THE CONSTITUTION PROHIBITS, ITS WHAT HAS BEEN HAPPENING TO ME, THE GOVERNMENT SPECIAL SPYING NEURO UNIVERSAL TECHNOLOGY HAS BEEN ACTIVE OPERATIVE ALL THIS YEARS THAT I BEEN IN CUSTODY BY FORCED, NOT MY CHOICE. JUST AS A CRUEL DISTURBING PUNISHMENT AGAINST ME BY THE F.B.I. AGENCY, AND THE STATE GOVERNMENT SPECIAL OFFICIALS, THAT I USED TO WORK WITH. IM BY FORCED SINCE 11-30-2002 TO THIS VERY DATE 12-05-2007 A GOVT ACTIVE OPERATIVE G.I A SPY, WITH THE GOVT NEURO TECHNOLOGY ACTIVE 24 HOURS DAILY, CENTRALE CENTER COMMUNICATION, SPECIAL FORCES SIGNAL. THE U.S. GOVERNMENT SECRET NEURO TECH, THE SPECIAL GOVT OFFICIAL HAVE BEEN USING THEIR NEURO TECHNOLOGY AGAINST ME 24 HOURS DAILY DEPRIVING ME FROM LIFE AND JUSTICE VIOLATING MY DUE PROCESS RIGHTS WHILE INSIDE THIS JAIL. MY HEARING NERVES ARE PROGRAMMED TO THE AGENCY 24 HOURS DAILY, WITH SURVEILLANCE PROCESS OF INTERNALIZE CENTRALIZE COMMUNICATION THATS THE PATIENCE OF THESE FARROW OF OFFICIALS THAT I HAVE NOTHING ELSE TO DO, BUT TO BE VIOLATING ME, AND DISTURBING ME, SINCE I QUIT WORKING WITH THEM, AND THEIR SECRET GOVERNMENT NEURO TECHNOLOGY. DUE TO SEXUAL HARRASSMENT, AND THREATS IN REGARDS TO MY FAMILY LIVES, AND THE KNOWLEDGE CONSPIRACY THAT THESE OFFICIALS COMMITTED ON 07-21-2001. I QUIT PERIOD. I WOULD NEVER WORK FOR THE PIECE OF SHIT SHITTY UNITED STATES PRESIDENT, WITH THIS GOVERNMENT NEURO TECH, AND I DEFINITELY WOULD WORK FOR A PIECE OF SHIT FAT BITCH AGE SUSAN, OR THE CRACKER F.B.I. SPECIAL AGENT ERICK LAMOE (408) 535-4646. OR THE FARROW BUREAU OF INVESTIGATION ON 12-05-07 WHEN I WENT TO MY COURT HEARING, THE PUBLIC DEFENDER MIGUEL RODRIGUEZ, GAVE ME THIS COMMENT SO THE C.I.A. IS NOT SENDING YOU MESSAGES ANYMORE !!! HE TOLD ME THAT HE WOULD COME LATER ON, TO SEE ME IN JAIL IT IS NOT ABOUT THESE STUPID WANNE SPECIAL AGENTS, AND SPECIAL POLICE OFFICERS, SENDING ME MESSAGES, IM BY FORCED AN OPERATIVE WHILE INSIDE THIS JAIL 24 HOURS DAILY, THE GOVT NEURO TECHNOLOGY IS BY FORCED ACTIVE ON MY BODY NERVES, WHICH MEAN THAT THE GOVERNMENT COMMUNICATES WITH ME 24 HOURS DAILY AND SPYS THROUGH MY OWN EYES, 24 HOURS DAILY, I CAN SEE ON MY EYES RETINA VISION, THE UNIVERSAL CENTRALIZE MICRO DOTS THAT BRINGS ALL THE AGENCY SPECIAL EFFECTS UNIVERSAL FABRICATED MOVIES, THAT THE AGENTS MAKE AND THEM PROGRAMMED THIS SPECIAL EFFECTS MOVIES TO MY EYE SEEING NERVES WHEN I'M SLEEP, JUST AS A CRUEL PUNISHMENT TOWARD ME, FOR ME REFUSING TO WORK WITH THESE AGENTS. AFTER THEY FULLY TRAINED ME AND EDUCATED WITH THEIR NEURO TECHNOLOGY SECRET TECHNOLOGY THAT IS SECRETLY CHEMICLY IMPLANTED IN ALL HUMANS. BODY NERVES, BONES, ORGANS AND SKIN. BY THE UNITED STATES SECRET GOVERNMENT. THEIR GOVERNMENT COMMUNICATIONS INTERNAL AFFAIRS, SOME SECRET NEURO TECHNOLOGY. I AM NOT GOING TO DO WHAT DR GREEN REQUESTED FROM ME TO DO, I WANT JUSTICE, THATS ALL, I DONT CARE ABOUT MY FREEDOM, ALL I CARE ABOUT IS JUSTICE. MY CONSTITUTIONAL RIGHTS ARE VIOLATED. ALL I WANT IS JUSTICE SO INNOCENT PEOPLE DONT HAVE TO DIE FOR ANOTHER MISTAKE BY THESE SPECIAL OFFICIALS, THAT HAVE NOTHING ELSE BETTER TO DO, THAN TO BE VIOLATING ALL PEOPLES PRIVACIES AND RUINING LIVES. NO MATTER HOW TO BE CORRECTLY CORRECTED, OTHER WAYS IM NOT GETTING RELEASE TO KILLED JUDGES AND THE F.B.I. TARGETS THAT I HAVE AT THE PRESENT TIME I DONT CARE ABOUT MY FREEDOM ALL I WANT IS JUSTICE THIS GOVERNMENT NEURO TECHNOLOGY IN MY BODY, BEING ACTIVE BY FORCED, HAS RUINED MY LIFE FOR EVER, I DONT HAVE A FUTURE AND MORE. I WILL KILLED COPS AND COURT OFFICIALS THE SOON WHEN IM RELEASED. THIS IS A PERSONAL PROBLEM NOW, TRUST ME, THIS IS NOT A DOCTORS MATTER, THIS MATTER IS A MATTER THAT NEEDS FURTHER INVESTIGATION, AND OFFICIAL JUDGMENT. WHAT THE COURT AND MY PUBLIC DEFENDER MIGUEL RODRIGUEZ HAVE DONE BY SHOWING THE DR GREEN ONLY CERTAIN COURT DOCUMENTS, RELATING TO THIS TRUE MATTER. IT NEEDS THAT TO THIS BIG GREAT GOVERNMENT ACTIVE CORRUPTION. I'M ASKING THE COURT FOR ① COURT APPOINTED COUNSEL TO REPRESENT ME OR ② LEGAL AID, OR ③ I WILL REPRESENT MYSELF PROPER. THE PUBLIC DEFENDERS OFFICE HAS ALWAYS BEEN INCOMPETENT TO REPRESENT ME ON THIS SERIOUS MATTER, BECAUSE THEY WORK FOR WHATS BEST, FOR THE INTEREST OF THE DISTRICT ATTORNEY OFFICE. NOT FOR MY INTEREST, I'M ASKING THE COURT TO GRANT ME MY REQUEST. FINANCIALLY I AM NO READY FOR THIS LEGAL ISSUES. AND MY FAMILY ARE SCARED TO COME FORWARD IN MY MATTER, BECAUSE THE SECRET SERVICE, THREATENED THEM IN 2005. AND BECAUSE MY FAMILY ARE AWARE OF WHAT THESE SPECIAL OFFICIALS COMMITTED ON 07-21-2001. MY FAMILY THEY ALL KNOW, THAT IM THE ONE THAT KILLED THAT MALE ON 07-21-2001, AND THEY ARE AWARE THAT THESE SPECIAL OFFICIALS FRAME THE WRONG PERSON FOR MY CRIME, MY FAMILY ARE SCARED, BECAUSE THEY KNOW, THAT I DONT LIE AND THEY KNOW THAT SOMETHING BAD IS GOING TO HAPPEN IN THE NEAR FUTURE, FOR WHAT THESE SPECIAL OFFICIALS DONE TO ME, AND ARE DOING TO ME DAILY TIL THIS DATE 12-12-2007 APPROX 8 P.M. 24 HOURS DAILY, THIS CRUEL PUNISHMENT THAT THESE SPECIAL OFFICIALS FORCED ON ME, ALL THIS YEARS, AND ARE FORCING ON ME, EVEN WHILE I'M WRITING THIS MARSDEN MOTION IS ALWAYS PERSONAL !! I PROMISE UNDER MY GREAT FATHERS NAME OSAMA BIN LADEN. THAT WHAT I WRITE IS TRUE AND CORRECT, AND

THAT I'M WILLING TO DIE, AT ANY MOMENT FOR MY LIFE ENTITLE RIGHTS, ALL I WANT IS JUSTICE. I'M OFFICIALLY CRUELLY VIOLATED I DON'T CARE ABOUT MY FREEDOM. I WANT THE JURY PEOPLE TO JUDGE THIS TRUE SERIOUS MATTER. JURY TRIAL WILL ALWAYS BE REQUESTED ALL THE COURT DEALS, THE DISTRICT ATTORNEY PROSECUTING THIS CASE NO 66-782723 AND SHAME THEM IN HER ASS. IF THE COURT WANTS TO BE GIVING ANY DOCUMENTS TO THESE NOSEWORTHY LAME DOCTORS THAT ARE BEEN APPOINTED ON THIS GOVERNMENT CORRUPTION MATTER, ISSUE THEM THE TRUE SOURCE. DON'T HIDE NOTHING FROM THEM. I'M SUBMITTING THE FOLLOWING LEGAL DOCUMENTS, BECAUSE THEY ARE RELEVANT TO THIS WHOLE SERIOUS MATTER THAT NEEDS FURTHER OFFICIAL INVESTIGATION. JUST BECAUSE, I WAS ASSIGNED BY F.B.I. SPECIAL AGENT ERICK LANDE TO THEIR F.B.I. SPECIAL PRIVATE INVESTIGATORS AND THEIR SECRET GOVERNMENT NEURO TECHNOLOGY TO COVER UP THE HOMICIDE THAT I COMMITTED WHILE I WAS UNDER SUPERVISION WITH THE AGENCY SECRET JAGER CAMERA RECORDER RECORDING THIS EVENT AND THE HOMICIDE THAT I COMMITTED. THIS IS THESE SPECIAL OFFICIALS BIG ERROR. I WILL NOT, NEVER WILL WORK WITH THE AGENCY NEURO TECHNOLOGY IMPLANTED IN MY BODY. I WANT THE NEURO TECHNOLOGY TO BE TURNED OFF. AND IF I EVER RUN ACROSS ANY OF YOU, I WILL KILLED ANY OF YOU SORRY ASSES FARROW BUNCH OF PIGS. I TAKE NONE OF YOU WILL TEST ME !! I DON'T TAKE ANY THREAT BY ANY OF YOU AND I DON'T TAKE BEING SEXUAL HARASSED / AGENT SUSAN IS A DICK WHORE THAT WOULD OF NEVER HAD A CHANCE WITH ME !!! I AM TOO GOOD TO WORK WITH YOU PIGS. THIS IS A PERSONAL PROBLEM NOW. JUST BECAUSE, REFUSING TO WORK WITH THE UNITED STATES SECRET GOVERNMENT SPECIAL DYING INTELLIGENCE NEURO UNIVERSAL TECHNOLOGY, DOESN'T MEAN THAT I'M A MENTAL PERSON, LIKE THE STATE SUPERIOR COURT TRYING TO FRAMED ME WITH / THIS IS NOT A DOCTORS ISSUE. AND I DIDN'T MADE UP ALL THIS CRUEL PUNISHMENT COMPLAINT THAT I AM TRULY LIVING WITH 24 HOURS DAILY, BY THESE STUPID GARBAGE SPECIAL OFFICIALS. I ADVISE THE COURT JUDGE TO LOOK INTO THIS MATTER AND ALL THE DOCUMENTS THAT I AM ENCLOSING WITH THIS MARSDEN MOTION. AND RECONSIDER MY REQUEST AND GRANTED I AM ENTITLE TO COURT APPOINTED COUNSEL / THE PUBLIC DEFENDERS OFFICE AND ALL ITS ATTORNEYS ARE INCOMPETENT TO REPRESENT ME ON THIS TRUE MATTER THAT THE DISTRICT ATTORNEY OFFICE IS ALSO INVOLVED IN THIS ACTIVE GOVERNMENT CORRUPTION / THE FOLLOWING DOCUMENTS ITEM ONE TO ITEM 14. ENCLOSED ARE TO SCHARRY MY MOTION. I AM REQUESTING COURT APPOINTED COUNSEL.

TRULY SINCERELY,
Pete Au

I AM GLAD, THAT I KILLED THAT MALE ON 07-21-2001. I DON'T REGRETTED IT AT ALL. FOR THE FACT THAT, MY CRIME GOT ME INTRODUCED TO WHAT I NEEDED TO KNOW, THE TRUE FACTS OF LIFE, THE GOVERNMENT SECRET SPECIAL DYING INTELLIGENCE NEURO UNIVERSAL TECHNOLOGY THAT ALL HUMAN HAVE ALREADY SECRETLY IMPLANTED IN OUR BODIES NERVES. IT'S ALL WORTH WORKING WITH IT. THE F.B.I. AGENT PROMOTED ME TO COVER UP THEIR MURDER CONSPIRACY. I QUIT WORKING ON 0910-2002 FOR THE GOVERNMENT NEURO TECHNOLOGY AND I RESIGNED. I QUIT

ITEM ONE, I REPORTED THE HOMICIDE THAT I COMMITTED ON 07-21-2001 15 MINUTES AFTER I COMMITTED TO F.B.I. SPECIAL AGENT ERICK LANDE 48 HOURS AFTER THE HOMICIDE. I DESCRIBED ALL THE CRIME SCENE AND MY INVOLVEMENT IN THIS HOMICIDE TO THE FOLLOWING GOVERNMENT SPECIAL OFFICIALS. (1. F.B.I. SPECIAL AGENT ERICK LANDE. 2. F.B.I. SPECIAL AGENT BRIAN RICHARDSON AND (3. WATSONVILLE POLICE DEPARTMENT, SPECIAL POLICE OFFICER ANTHONY MAGDALE. THESE SPECIAL OFFICIALS DECIDED TO NOT TURN OVER MY RECORDINGS TO THE DISTRICT ATTORNEY OFFICE. AND THEY ALL CONSPIRED TO FRAMED ESTEBAN MORENO PANIQUA FOR THE HOMICIDE THAT I COMMITTED. I REPORTED THIS SERIOUS MURDER CONSPIRACY MANY TIMES IN 2004 TO THE DISTRICT ATTORNEY CHRISTINE MCGUIRE. THIS IS ONE OF THE RECEIPTS OF MY LETTER TO HER AFTER I KILLED THE SAME MALE ON 07-21-01 THE F.B.I. AGENCY AND ALL THE SPECIAL OFFICIALS INVOLVED IN THE MCGANS AND PANIQUA CASES. VOTED ME IN TO BE PROMOTED AS A ACTIVE OPERATIVE S.I.A. SPY WITH THE SPECIAL OFFICIALS GOVERNMENT NEURO TECHNOLOGY, ACTIVE ON ME, TO COVER UP THE HOMICIDE, ISSUE. I WAS SUBPOENA BY THE COURT WITHIN CASE BEING A C.I.A. SPY, MY NAME WOULD NOT BE DISCLOSED.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Lopez   C. Date of Delivery 9-7-04<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Santa Cruz Superior Court<br>District Attorneys Office<br>701 Ocean Street<br>Santa Cruz, Ca<br>95060 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)   7004 1160 0006 8349 5172 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

ITEM ONE

POINTS AND AUTHORITIES IN SUPPORT OF

MOTION FOR SUBSTITUTION OF COUNSEL

The defendant/declarant submits the following points and

authorities in support of the motion for substitution of counsel:

*TEN POINTS. FOR THE COURT RECORD, WITH LEGAL DOCUMENTS ENCLOSED WITH THIS MOTION TO SUPPORT MY CLAIM OF COMPLAINT ON THIS MARSDEN MOTION.*

## I

## THE CODE OF CIVIL PROCEDURE PROVIDES FOR THE SUBSTITUTION OF

## ATTORNEYS UPON APPLICATION OF THE DEFENDANT

California Code of Civil Procedure Section 284 states:

"The attorney in an action or special proceedings may be

changed at any time before or after judgment or final

determination, as follows:

...2.  Upon order of the court, upon the application of

either client or attorney, after notice from one to the

other."


## II

## A CRIMINAL DEFENDANT'S RIGHT TO ASSISTANCE OF COUNSEL MAY INCLUDE

## THE RIGHT TO DISCHARGE OR SUBSTITUTE COURT-APPOINTED COUNSEL

The right of a defendant in a criminal case to have the

assistance of counsel may include the right to have court-

appointed counsel or the public defender discharged or to have

other counsel substituted.  There must be sufficient showing that

the attorney-client relationship has broken down to the point

where the right to the assistance of counsel would be

substantially impaired by the denial of the request.  (People v

Marsden (1970) 2 Cal.3d 118,123; 84 Cal.Rptr. 156, 159)

**III**

**ON A REQUEST FOR DISCHARGE OR SUBSTITUTION OF COURT-APPOINTED COUNSEL, THE TRIAL JUDGE MUST CONDUCT A HEARING AND ALLOW THE DEFENDANT TO STATE SPECIFIC REASONS FOR THE REQUEST**

The trial court cannot properly exercise its judgment in this matter without giving the defendant an opportunity to voice the specific reasons for requesting a change of attorney. "A trial judge is unable to intelligently deal with a defendant's request for substitution of attorneys unless he is cognizant of the grounds which prompted the request. The defendant may have knowledge of conduct and events relevant to the diligence and competence of his attorney which are not apparent to the trial judge from observations within the four corners of the courtroom. (Id. at 123)

**IV**

**THE COURT IS REQUIRED TO APPOINT SUCCESSIVE COUNSEL FOR THE DEFENDANT WHEN THE RECORD CLEARLY SHOWS INADEQUATE REPRESENTATION BY THE FIRST APPOINTED COUNSEL**

"A defendant's right to a court-appointed counsel does not include the right to require the court to appoint more than one counsel, except in a situation where the record clearly shows that the first appointed counsel is not adequately representing the accused.... (Id. at 123, quoting People v Mitchell (1960) 185 Cal.App.2d 507, 512, quoting 157 A.L.R. 1225, 1226)

## V

## INADEQUATE REPRESENTATION BY DEFENSE COUNSEL REQUIRES DISMISSAL, REVERSAL OF CONVICTION, AND/OR SUBSTITUTION OF COUNSEL

A criminal defendant is guaranteed effective and adequate representation by defense counsel at all critical stages of the criminal proceedings by the due process provisions of the United States and California Constitutions.  Inadequate representation by defense counsel requires that the defendant be granted a dismissal, reversal of conviction, and/or substitution of counsel.  (U.S. Const. amend. 5, 6 and 14; Cal. Const. art. I, §§7 and 15; People v Marsden, supra)

## CONCLUSION

Defendant has been deprived of adequate representation of counsel and is therefore entitled to the relief prayed for.  The Motion should be granted.

///

///

I'm also REQUESTING FURTHER INVESTIGATION, into THIS SERIOUS MATTER, on 06-05-06 AND 06-16-06 THE SANTA CLARA COUNTY DISTRICT ATTORNEY OFFICE INVESTIGATOR GLENN MCCOURTIE (408) 792-2730 - INTERVIEWED ME TWISE AND ACKNOWLEDGE THAT THIS WAS AN ACTIVE HOMI-CIDE THAT SHOULD OF BEEN OFFICIALLY INVESTIGATED AND CORRECTED YEARS AGO! THESE INVESTIGATOR MCCOURTIE TOLD ME, THAT SINCE HE WAS THE ONE, TO TAKE MY STATEMENT ON THIS HOMICIDE, THAT HE WAS GOING TO CORRECT THIS HOMICIDE, SINCE IT WAS A HOMICIDE! . THESE INVESTIGATOR MCCOURTIE WORKS TOO WITH THE GOV-ERNMENT NEURO TECHNOLOGY . I HONESTLY DON'T LIKE COMMING OUT OF MY CELL, OR UNIT TO BE TALKING TO PIGS.. I'M IN A SEGREGATED UNIT, WHERE THIS TYPES OF VISITS, MY SAFETY IS IN JEOPARDY, SINCE I'M IN THIS, HIGH LEVEL UNIT.. THATS WHY, I TOLD THESE INVESTIGATOR MCCOURTIE, TO SAVE HIS BULL-SHIT FOR HIS MOTHER // AND FOR HIS PIG ALLEGATION ! BECAUSE HONESTLY IF I EVER SEE HIM ON THE STREETS, I WILL KILLED HIM TOO !. THESE INVESTIGATOR IS FULLY AWARE OF WHAT THESE SPECIAL OFFICIALS HAVE BEEN AND ARE DOING TO ME. 24 HOURS DAILY THROUGH THEIR GOVERNMENT NEURO TECHNOLOGY.. I WAS RECRUITED BY THE F.B.I AGENCY, SPECIAL AGENTS.. WITH BAD INTENTIONS.. TO COVER UP THE HOMICIDE ! AND BECAUSE THE F.B.I SPECIAL PRIVATE INVESTIGATOR, SUSAN... THESE FEMALE AGENT.. IS THE TRANSCRIPT WRITER TO ALL THE FEDERAL CASES THAT I FABRICATED. THESE FEMALE AGENT SUSAN HAD PERSONAL PLANS FOR ME IN HER LITTLE BRAIN, SHE ACTUALLY THOUGHT THAT I WAS GOING TO MARRIED HER ! I NEVER AT NO TIME DID I, DISGUSTED MY MIND.. ON THAT ROUTE OF THINKING. FOR 3½ SHE SEXUALLY HARRASSED, STALKED ME AND DISTURBED MY FACULTY PHONE LINES.. FOR NO REASON ! I SHECKED THESE FAT BITCH, WITH THE FACTS.. OF HER STUPIDITY OF ACTIVITY.. AND. I HAD TO QUIT / I DON'T NEED TO WORK WITH NO PIGS. OR BE UNDER NO BLACK MAILING THREATS.. OR DEATH THREATS.. THE AGENCY THREATENED ME WITH DEATH THREATS AND SINCE 11-30-2002 TO THIS VERY DAY 12-16-07-8-/ THE AGENCY, ALL SPECIAL OFFICIALS HAVE BEEN USING THE AGENCY NEURO TECHNOLOGY AGAINST ME. 24 HOURS DAILY..

1

2

3

4

5

6

7

8

9

10

RECEIVED
02-26-08

**FILED**

FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  PETER CHAVEZ GODINEZ, | No. C 08-0656 RMW (PR) |
| 12       Plaintiff, | ORDER TO SHOW CAUSE |
| 13  v. | RE: DISMISSAL PURSUANT TO 28 U.S.C. |
| 14  ERICK LAMOE, | § 1915(g) |
| 15       Defendant. | |

16

17    Plaintiff, a detainee at the Santa Clara County Jail and frequent litigant in this

18  court, filed the instant <u>pro se</u> complaint pursuant to the Freedom of Information Act

19  ("FOIA").  <u>See</u> 5 U.S.C. § 552(a).  The court issues an order to show cause to plaintiff as

20  to why the instant complaint should not be dismissed without prejudice pursuant to 28

21  U.S.C. § 1915(g).

22                          **DISCUSSION**

23    The Prison Litigation Reform Act of 1995 ("PLRA"), which was enacted on April

24  26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment

25  under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while

26  incarcerated or detained in any facility, brought an action or appeal in a court of the

27  United States that was dismissed on the grounds that it is frivolous, malicious, or fails to

28  state a claim upon which relief may be granted, unless the prisoner is under imminent

Order to Show Cause  Re: Dismissal Pursuant to 28 U.S.C. § 1915(g)
P:\pro-se\sj.rmw\cr.08\Godinez656oscifp                    1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

PETER CHAVEZ GODINEZ,

    Plaintiff,

V.

F.B.I. SPECIAL AGENT ERICK LAMOE,
THE F.B.I. AGENCY, U.S. GOVT NEUROTECH.

    DEFENDANT.
OFFICE PHONE N. (408) 535-4646

CASE NO. C08-0656

MOTION SHOWING CAUSE, WHY THIS FOIA) COMPLAINT SHOULD NEVER BE ORDER, BY THE COURT TO BE DISMISS...

SHOWING CAUSE, UNDER THE FREEDOM OF INFORMATION ACT (5 USCA ? 552(A)(B), ME THE PLAINTIFF PETER CHAVEZ GODINEZ BY LAW, HAVE THE RIGHTS, TO REQUEST MY OWN PERSONAL GOVERNMENT INFORMATION, AS I BEEN REQUESTING IT, FOR THE PAST TWO YEARS. THERE IS NO REASON WHY, THE PLAINTIFF PETER CHAVEZ GODINEZ, SHOULD BE DENIED FOR HIS OWN PERSONAL INFORMATION, FROM THE FEDERAL BUREAU OF INVESTIGATIONS, AGENCY... 950 SOUTH BASCOM AVENUE, SAN JOSE CALIF. 95128. DEFENDANT F.B.I. SPECIAL AGENT ERICK LAMOE, WAS THE PLAINTIFF PETER CHAVEZ GODINEZ, HANDLER FROM 1999 TO 09-10-02. THE PLAINTIFF, IS REQUESTING FROM THE DEFENDANT AGENT LAMOE, TO DISCLOSED TO THE PLAINTIFF THE ABOVE IDENTIFIABLE RECORD, OF ESTEBAN MORENO PANTOJA' DRUG CASE'' COURT TRANSCRITS, AND THE PLAINTIFF FULL PERSONAL GOVERNMENT INFO-MATION, THAT THE DEFENDANT AGENT LAMOE HAS ABOUT THE PLAINTIFF, WITHIN THE MEANING OF THE FREEDOM OF INFORMATION ACT.... THE PLAINTIFF IS ONLY ASKING FOR THIS TWO INFORMATIONS TO BE DISCLOSED, TO THE PLAINTIFF, THE PLAINTIFF FABRICATED THIS FEDERAL U.S. DISTRICT COURT CASE, AGAINST ESTEBAN MORENO PANTOJA, THE PLAINTIFF NEVER HAD A CHANCE TO REVIEW THOSE COURT TRANSCRITS, IN WHICH THE PLAINTIFF IS FULLY AWARE THAT THE DEFENDANT AGENT LAMOE AND THE TRANSCRIT WRITER AGENT SUSAN, FABRICATED LIES, IN THIS DOCUMENTS. THE PLAINTIFF FABRICATED MANY OTHER CASES, FOR THE F.B.I. AGENCY AND THE UNITED STATES GOVERNMENT, BUT THE PLAINTIFF ONLY HAS INTEREST IN THIS DRUG CASE, AGAINST ESTEBAN MORENO PANTOJA. FOR THE FACT, THAT INVOLVES A GOVT ACTIVE CONVICTION, OF A MURDER CONSPIRACY THAT TOOKED PLACE ON 07-21-2001 WHILE THE PLAINTIFF, WAS UNDER GOVT SPECIAL SURVEILLANCE, UNDER THE SUPERVISION OF THE DEFENDANT AGENT LAMOE AND THE F.B.I. AGENCY, SPECIAL PRIVATE INVESTIGATORS. THAT GOT THE PLAINTIFF, RECRUITED AS A C.I. A.S.I.T, WITH THE DEFENDANT AGENT LAMOE & THE F.B.I. AGENCY ALL SPECIAL AGENTS, AND GOVT OPERATIVES, SECRET GOVT SPECIAL INTELL-NEUROTECH, ACTIVE OPERATIVE IN THE PLAINTIFF BODY NERVES, FROM 07-21-2001 TO 09-10-2002... THE PLAINTIFF QUIT WORKING DUE TO DEATH THREATS AND SEXUAL HARRASSMENT BY THE F.B.I. SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN. AND THE DEFENDANT AGENT LAMOE. THE F.B.I. AGENCY, NEUROTECH, IN THE PLAINTIFF BODY NERVES, WAS TURNED OFF, FROM 09-10-2002 TO 11-30-2002. SINCE 11-30-2002 TO THIS VERY DATE 02-26-2008 APPROX 18:00 HOURS, THE F.B.I. AGENCY, NEURO TECH, HAVE BEEN ACTIVE OPERATIVE, ON THE PLAINTIFF HEARING AND SEEING NERVES BY FORCED, BY THE F.B.I. AGENCY, AND THE ABOVE SPECIAL OFFICIALS. 24 HOURS DAILY CRUEL INTERNAL MANIPULATION, CENTRALIZED CONCENTRATED, SPECIAL FORCES SIGNAL COMMUNICATION, BY THESE AGENTS, BY FORCED, DEPRIVING THE PLAINTIFF FROM LIFE AND LIBERTY, THE PLAINTIFF HAS SUFFERED DAILY THIS PAST FIVE YEARS, FROM ALL THE DAILY, EVERY SECOND INFLICTED PAIN, IN THE PLAINTIFF BODY NERVES, BONES AND ORGANS, THE PLAINTIFF BRAIN AND CONSCIOUS HAVE BEEN VANDALIZED BY THESE AGENTS ON PURPOSED THROUGH THE GOVT NEURO TECH, IN THE PLAINTIFF BODY NERVES...EVERY SECOND THIS PAST FIVE YEARS....

THE PLAINTIFF, WAS HIGHLY SURPRISED, TODAY 02-26-2008 APPROX 3:AM, WHEN THE PLAINTIFF RECEIVED THIS COURT ORDER TO SHOW CAUSE KEY DISMISSAL PURSUANT TO 28 U.S.C. ? 1915(G). THE PLAINTIFF WOULD LIKE TO ADDRESS TO THE COURT, THAT THIS IS A COMPLAINT, UNDER THE FREEDOM OF INFORMATION ACT (5 U.S.C.A. ? 552(A)(B)) IN WHICH THE PLAINTIFF IS ENTITLE BY LAW TO THE ABOVE REQUESTED INFORMATION UNDER THE ACT.

THE PLAINTIFF, HAVE BEEN IN THE CUSTODY OF THE SANTA CLARA COUNTY JAIL, SINCE 06-15-2003. TO THIS VERY DATE 02-26-2008, WITH THE F.B.I. AGENCY, NEUROTECH, ACTIVE OPERATIVE, EVERY SECOND OF THIS PAST FIVE YEARS, THE AGENTS HAVE BEEN TAKING TURNS SABOTAGING THE PLAINTIFF BRAIN, WITH THE AGENTS EVIL CHILDEST INTERNAL MANIPULATION CONCENTRATED, CENTRALIZED 24 HOURS DAILY COMMUNICATION THROUGH THE PLAINTIFF GOVT NEUROTECH, IN THE PLAINTIFF BODY NERVES ACTIVE BY THE DEFENDANT AGENT LAMOE AND THE F.B.I. AGENCY ALL AGENTS BY FORCED... DEPRIVING THE PLAINTIFF FROM LIFE, THROUGH THIS DAILY INFLICTED SUFFERING BY THESE AGENTS..

THE PLAINTIFF, REPORTED THIS CIVIL RIGHTS VIOLATION, THROUGH A 1983 CIVIL RIGHT COMPLAINT, ON 03-03-2005. CASE NO. 5:05CV00495 TO THE U.S. DISTRICT COURT. THE PLAINTIFF, DID NOT SEE ANY CHANGES, THE DEFENDANT AGENT LAMOE AND THE AGENT SUSAN, BECAME EXTREMELY MORE ABUSIVE TOWARD THE PLAINTIFF DAILY THROUGH THE F.B.I. AGENCY, INTELL. NEURO TECH. THE PLAINTIFF WAS SUFFERING A LOT DAILY BECAUSE OF THIS EVIL CRUEL DISTURBING INTERNAL MANIPULATION, INFLICTED BY THESE AGENTS ON PURPOSE THROUGH THE PLAINTIFF NEUROTECH, IN THE PLAINTIFF BODY NERVES. THE PLAINTIFF HAD TO FILED A RESTRAINING COURT ORDER, ON THE DEFENDANT AGENT LAMOE, IN THE SUPERIOR COURT, ON MAY-24-2005 CASE NO 105-CV041696, FOR THE DEFENDANT AGENT

LAMOE, AND THE F.B.I AGENCY, TO BE ORDERED TO TURNED (OFF) THE PLAINTIFF BODY NERVES, THE F.B.I. AGENCY, INTELL-NEURO TECH. THE DEFENDANT AGENT LAMOE, HAD COURT ON THIS STATE GOVT, RESTRAINING COURT ORDER CASE NO. 105 CV 041696 ON JUNE/10/2005. BUT THE UNITED STATES ATTORNEY KEVIN V. RYAN, REMOVED THIS MATTER 105 CV 041696, FROM THE SUPERIOR COURT ON JUNE/03/2005. CITING PURSUANT TO 28 U.S.C § 1331, 1441 AND 1442. TO THE U.S. DISTRICT COURT, GIVING THIS STATE MATTER, A U.S. DISTRICT COURT CASE NO. C-0502276. IN WHICH THIS MATTER, IS THE SAME MATTER AS THE 1983 U.S.C. CIVIL RIGHTS COMPLAINT CASE NO. C-0500145, THAT I FILED ON 02-02-2005. THE U.S. ATTORNEY KEVIN V. RYAN, GAVED THIS SAME MATTER, A DIFFERENT COURT CASE NUMBER C-0502276. THE PLAINTIFF DID NOT SEE ANY COURT ORDERS, OR CHANGES INTO THIS MATTER THE PLAINTIFF HAS BEEN SUFF-ERING SEVERELY DAILY THROUGH THIS ON PURPOSE PERSONAL INFLICTED AGENTS PUNISHMENT, ON THE PLAINTIFF, THE PLAINTIFF REPORTED THIS ACTIVE GOVERNMENT SPECIAL INTERNAL OFFICIALS CORRUPTION TOWARD THE PLAINTIFF. TO OTHER GOVERNMENT ADMINISTRATIONS, THAT WORKED WITH THIS UNITED STATES GOVERNMENT INTERNAL, SPECIAL SPYING INTELL-NEURO UNIVERSAL TECHNOLOGY, HOPING THAT ONE OF THIS GOVT ADMINISTRATIONS, WOULD CORRECT THIS ILLEGAL GOVT SPECIAL INTERNAL PERSONNEL ACTIVITY, TOWARD THE PLAINTIFF, THE PLAINTIFF, FIRST WROTE BY LETTER TO THIS GOVT HIGHER ADMINISTRATIONS, ASKING THIS ADMINISTRATIONS FOR THEIR HELP INTO THIS MATTER BUT I DID NOT SEE OR HEARD NOTHING FROM THIS GOVT ADMINISTRATIONS. THE PLAINTIFF THEM WROTE THE FOLLOWING 1983 CIVIL RIGHTS COMPLAINTS,

(1) TO THE PRESIDENT GEORGE W. BUSH ADMINISTRATION CASE NO. C-053899. THE U.S. DISTRICT COURT CLERK, NEVER ADVISED THE PLAIN-TIFF ABOUT THIS MATTER, ABOUT THE COURT RECEIVING THIS MATTER, FROM THE PLAINTIFF, THE PLAINTIFF RE-FILED THE SAME MATTER ON THIS SAME ADMINISTRATION WITHIN MONTHS (2) CASE NO. C-060062. (3) C.I.A DIRECTOR PORTER GOSS, CASE NO. C-060063. (4) F.B.I DIRECTOR ROBERT S. MUELLER, CASE NO. C060064. (5) GOVERNOR ARNOLD SCHWARZENEGGER CASE NO. C-060065. (6) UNITED STATES ATTORNEY GENERAL ALBERTO GONZALEZ, CASE NO. C-060066. (7) WATSONVILLE POLICE DEPARTMENT SPECIAL POLICE OFFICER ANTHONY MAGDALE, CASE NO. C-060-702. (8) SANTA CRUZ COUNTY, DISTRICT ATTORNEY, CHRISTINE MCGUIRE, CASE NO. C-060673. (9) WATSONVILLE POLICE DEPARTMENT. CHIEF TERRY MEDINA, CASE NO. C-060074. (10) SANTA CRUZ COUNTY SUPERIOR COURT JUDGE, JUDGE ARTHUR DANNER III, CASE NO. C-060705. (11) F.B.I DEPUTY DIRECTOR, JOHN PISTOLE, CASE NO. C-0600747. (12) U.S. DISTRICT COURT, JUDGE RONALD M. WHITE, CASE NO. C-060316. (13) SAN MARTIN COUNTY, DISTRICT ATTORNEY MARK E. HOOD CASE NO. C-0603763. (14) SAN MARTIN COUNTY SUPERIOR COURT, JUDGE HUGH F. MULLIN CASE NO. C-0603764. (15) SANTA CLARA COUNTY JAIL, CLASSIFICATION SERGEANT NAVARRETE #563. CASE NO. C-0605554. (16) SANTA CRUZ COUNTY GRAND JURY, CASE NO. C-0605555. (17) SANTA CLARA COUNTY DISTRICT ATTORNEY SUPERVISOR GEORGE KENNEDY. CASE NO. C-0605543. (18) C.I.A INSPECTOR GENERAL, JOHN HELGERSON. CASE NO. C-0700784. (19) INSPECTOR GENERAL GLENN FINE. CASE NO. C-0701441. (20) F.B.I COUNSEL VALERIE CAPRONI, CASE NO. C-0702044. AND BACK TO THE SAME MATTER, F.B.I SPECIAL AGENT ERICK LAMOE AND THE F.B.I AGENCY, INTELL-NEURO TECH, CASE NO. C-5:07 CV 06135. SAME MATTER, ADDED TO THE ORIGINAL U.S. DISTRICT COURT CASE NO. C-0500145 AND C-0502276. THIS IS ALL ONE MATTER! THE PRISON LITIGATION REFORM ACT OF 1995 (PLRA) WHICH WAS ENACTED ON APRIL-26, 1996. PROVIDES THAT A PRISONER MAY NOT BRING A CIVIL ACTION OR APPEAL A CIVIL JUDGMENT UNDER 28 U.S.C § 1915) IF A PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS. THE PLAINTIFF AT NO TIME, HAD BROUGHTED TO THE COURT A DIFFERENT MATTER THIS IS ALL ONE MATTER. SAME COMPLAINT. ONE MATTER. THE PLAINTIFF DOES NOT APPLY TO THE PRISON LITIGATION ACT/PLRA) BECAUSE THIS IS ALL ONE MATTER, THE U.S. ATTORNEY KEVIN V. RYAN, MADE A MISTAKE WHEN HE REMOVED THE STATE GOVT MATTER, CASE NO. 105 CV 041696. TO THE U.S. DISTRICT COURT, GIVEN THIS MATTER A SECOND U.S. DISTRICT COURT CASE NUMBER C-0502276. THIS IS ALL ONE MATTER, ONE COMPLAINT, THAT IS ALL TRUE.

NOW, THIS IS NOT A 1983 CIVIL RIGHTS COMPLAINT. THIS IS A COMPLAINT UNDER THE FREEDOM OF INFORMATION ACT, WHERE THE PLAINTIFF IS ENTITLE TO HIS PERSONAL GOVERNMENT INFORMATION BY LAW. UNDER THE ACT, THE PLAINTIFF IS REQUESTING THAT DEFENDANT AGENT LAMOE PERMIT INSPECTION FROM THE ABOVE RECORDS, TO THE PLAINTIFF, AND THE PLAINTIFF PUBLIC DEFENDER MIGUEL RODRIGUEZ, OFFICE OF THE PUBLIC DEFENDER, 120 WEST MISSION STREET, SAN JOSE, CALIF. 95110. SO THAT THE PLAINTIFF CAN FINALLY PROVED THE ACTIVE GOVT INTERNAL SPECIAL OFFICIALS CORRUPTION, IN THE PLAINTIFF STATE GOVT CRIMINAL CASE NO. FF.302126, THE PLAINTIFF WILL SUBPOENA ALL THE RESPONSIBLE SPECIAL GOVT OFFICIALS, FOR ALL THE PAIN INFLICTED ON THE PLAINTIFF THROUGH THE F.B.I AGENCY NEURO TECH. ALL THIS PAST FIVE YEARS, DAILY. FOR THE PLAINTIFF, CRIMINAL CASES JURY TRIAL, THAT IS NOW ON PROCESS, FINALLY AFTER ALL THIS YEARS

FOR PRELIMINARY AND FINAL INJUNCTIONS DIRECTING DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, FROM WITHHOLDING FROM PLAINTIFF THE RECORDS REFERRED TO AND DESCRIBED ABOVE, AND TO PERMIT THE INSPECTION AND COPYING OF SUCH RECORDS. FOR ATTORNEY FEES AND COSTS, AND FOR SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEM PROPER. 02-26-2008.

PLAINTIFF, PETER CHAVEZ GODINEZ. BK. 0303558 → DTL457

PUBLIC DEFENDER, MIGUEL RODRIGUEZ
OFFICE OF THE PUBLIC DEFENDER
120 WEST MISSION STREET
SAN JOSE, CALIF. 95110.

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION

Main Jail [ ]                                                                                                          Elmwood [ ]
Main Jail South [ ]          **INMATE GRIEVANCE FORM**                          CCW [ ]
North County Jail [ ]         · CLASSIFICATION, OFFICIALS.                        WRC [ ]

**4C 2**

| INMATE'S NAME: PETER CHANEL GODINEZ | BOOKING NUMBER: DTL957 08031558 | HOUSING UNIT: 4C 2 → KCON4 17 |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** CLASSIFICATION OFFICIALS, I BEEN IN THE SEGREGATED 4C UNIT SINCE 06-11-2005 TO THIS VERY DATE 1-29-2008. THIS PAST 32 MONTHS THAT I BEEN IN THE SEGREGATED UNITS. AT NO TIME HAVE I BEEN SEEING BY THE CLASSIFICATION STAFF, OR HAD ANY CLASSIFICATION REVIEWS FROM THE BEGINNING OF THIS WHOLE ISSUE, CONCERNING ME BEING SEGREGATED, I AT NO TIME REQUESTED THIS TYPE OF HOUSING. CLASSIFICATION STAFF, I BEEN IN THE SANTA CLARA COUNTY JAIL SINCE 06-15-2005. I NEVER WAS A PROBLEM TO THE JAIL, THE ONLY THING I WAS TRANSGING, TO THE ATTENTION OF SOME GOVERNMENT ADMINISTRATIONS, WAS THE FACT THAT I'M IN THE STATE GOVERNMENT CUSTODY, AND THE UNITED STATES GOVERNMENT SPECIAL SPYING INTELLIGENCE, NEURO UNIVERSAL TECHNOLOGY, IS ACTIVE OVERTIME, ON MY BODY NERVES, BY FORCED, BY THE FREE AGENCY SPECIAL FBI PRIVATE INVESTIGATOR, AGENT SUSAN, SPECIALLY IS THE AGENT THAT CREATED ALL THIS MESS. I USED TO WORK WITH THE U.S. GOVT, SPECIAL PERSONNEL AND THE SECRET GOVT NEURO TECH, I QUIT WORKING WITH THE GOVT DUE TO SEXUAL HARASSMENT BY THE AGENT SUSAN, AND DEATH THREATS AFTER I POLITELY ASKED HER TO STOP HER ACTIVITY TOWARD ME. IF WE WERE GOING TO CONTINUE WORKING TOGETHER, CLASSIFICATION STAFF WILL YOU PLEASE RECONSIDER THE FACTS THAT I'M WRITTING ON THIS GRIEVANCE FORM, AND PLEASE DOWN CLASS ME, BACK TO THE GENERAL POPULATION PLEASE ?! WILL YOU PLEASE READ THE TWO WRITTED PAPER FULLEST WITH THIS FORM, AND OFFICIAL ANSWER TO MY REQUEST ?!

**WHAT SOLUTION ARE YOU RECOMMENDING?:** I WOULD LIKE TO BE DOWN CLASS BECAUSE I NEVER WAS A THREAT TO NOBODY.

Your Signature: Peter Chanel _____ Date: 01/29/2008 Time: 9:00 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*********************************************************************
Received from Inmate on:
Day: TUE  Date: 1/29/08  Time: 1625  Officer: BABASA #2618  Team: A
*********************************************************************

**RESPONDING OFFICER'S STATEMENT (Please print):** REFER TO CLASSIFICATION BASED ON THE TOTALITY OF YOUR REQUEST. I BELIEVE THAT YOU ARE APPROPRIATELY HOUSED AT THIS TIME. YOUR ATTACHED STATEMENT WILL BE TAKEN INTO CONSIDERATION.

[ ] Resolved   [X] Refer to Level II

Officer's Name: (GIU #287)   Team: D  Date: 1/3/08
*********************************************************************
**SUPERVISOR'S ACTION:** _____

_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: __/__/__
*********************************************************************
**SHIFT LIEUTENANT REVIEW:** [ ] Concur [X] Reversed THIS ISSUE HAS BEEN DISCUSSED AND REVIEWD SEVERAL TIMES. YOU ARE REVIEWED EVERY 30 DAYS. AS OF NOW YOUR ARE HOUSED APPROPRIATLY.

SIGNATURE: Lieutenant M. Conner # 209   Date: 2/2/08 Time: 0830
*********************************************************************
**SUPPORT SERVICE RESPONSE:** Unit Assigned: Classification Date Assigned: __/__/__
Date Due: 02/05/08

_____

_____

Response by: _____ Title: _____ Date: __/__/__ Time: _____
*********************************************************************
**FACILITY COMMANDER/DESIGNEE REVIEW:** [X] Concur [ ] Reversed _____

SIGNATURE: Lieutenant M. Conner # 209   Date: 2/2/08 Time: 0830
*********************************************************************
**RESPONSE RETURNED TO INMATE: Date:** 02/05/08 Time: _____ By: _____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

CONTINUED FROM PAGE ONE...                                          PAGE TWO...

DETAILS OF GRIEVANCE... CLASSIFICATION STAFF, SINCE 06-15-2003 THE DAY I WAS ARRESTED, I KNEW THAT BY ME BEING IN THE JAIL WHIT, THE UNITED STATES GOVERNMENT SPECIAL SPYING INTELL-IGENCE NEURO TECHNOLOGY, ACTIVE, WHICH MEANS, SECRET INTERNAL CENTRALIZE COMMUNICATION, SPECIAL FORCES, SECRET SIGNALS COMMUNICATION, WAS WRONG. THE PENAL CODE AND THE STATE CONSTITUTION EXPRESSLY PROHIBITS ALL CRUEL UNUSUAL PUNISHMENT, THE GOVT NEURO TECH, ACTIVE BY FORCED WHILE INSIDE THIS JAIL ITS WRONG AND IT VIOLATES ALL MY DUE PROCESS RIGHTS ON THIS STATE CRIMINAL CASE NO FF-30212b, THAT THE SUPERIOR COURT, HAD REFUSED TO ISSUE ME A JURY TRIAL, DUE TO THE FACTS THAT IM WRITING CLASSIFICATION STAFF, I TOOKED THIS ROUTE TO JAIL, I DID MY CRIME ON PURPOSED, SO I COULD REPORT OFFICIALLY MY WRONG DOINGS, WHILE WORKING WITH THE GOVERNMENT, BECAUSE ME AND THESE SPECIAL OFFICIALS GOT SLOPPY WHILE DOING OUR WORK. ON 07-21-2001, WHILE I HAD THE F.B.I AGENCY, GOVT PAGER CAMERA RECORDER, ON MY POSSESSION, AND WHILE I WAS UNDER THE SECRET GOVERNMENT SPECIAL SURVEILLANCE, I KILLED A MALE, I RECORDED MYSELF KILLING THIS MALE, IN OUR GROUP OF SPECIAL AGENTS AND SPECIAL POLICE OFFICERS, THE F.B.I SPECIAL AGENT BRYANT RICHARDSON, ADVISED ME THAT IF I HAD A CHANCE TO SLASHED A CERTAIN INDIVIDUAL, THAT WE WERE INVESTIGATING, TO DO IT  THAT THEY ALL WERE GOING TO TURNED THE OTHER WAY, IF I DID THAT FOR THEM. I HAD MY CHANCE, IN THAT SLAMM I GAVED THAT MALE, HE DIED... I REPORTED MY CRIME WITHIN 70 MINUTES, AFTER I DID THIS, AND RETURNED THE AGENCY RECORDER BACK TO THE AGENT ERICKLAMOE, WITHIN THE NEXT 48 HOURS, IT WAS DECIDED BY ALL THESE SPECIAL PERSONNEL, THAT MY RECORDINGS WERE NOT GOING TO BE TURNED OVER TO THE DISTRICT ATTORNEY'S OFFICE, CITING C.I.A. PERSONNEL, SPECIAL INVESTIGATION... ALL THESE GOVT SPECIAL OFFICIALS, ARE INTERNAL GOVT OFFICERS, ALL C.I.A. UNDERCOVER, THEY ALL USED ME IN THE FAMILY, TO WORK AS A GOVERNMENT RECRUITED C.I.A SPY, WHIT THE F.B.I AGENCY, ALL SPECIAL AGENTS, AND GOVT SECRET OPERATIVES C.I.A... NEURO TECHNOLOGY... THEY EDUCATED, THEIR LEVEL SECRET SERVICE C.I.A... I AT ALL TIMES TOOKED RESPONSIBILITY FOR MY CRIME. THE F.B.I AGENCY, F.B.I SPECIAL AGENT ERICK LAMOE, ASSIGNED TO THE F.B.I AGENCY, F.B.I SPECIAL PRIVATE INVESTIGATORS C.I.A... SINCE 2000 THE F.B.I SPECIAL INVESTIGATOR, AGENT SUSAN, WAS SEXUALLY HARRASSING ME. MAKING ME UNCOMFORTIBLE BECAUSE I NEVER IN MY LIFE - WOULD MESS AROUND LIKE THAT, WHIT SOMEBODY THAT COULD BE MY MOTHER. AFTER THIS HOMICIDE CONSPIRACY, THE SEXUAL HARRASSMENT GOT WORSER, IN THE AGENCY, IN THE UNITED STATES ATTORNEY OFFICE, STALKING ME, COMMUNICATING WITH ME THROUGH THE NEUROTECH, IN MY BODY NERVES WHEN IT WAS NOT NEEDED. IT MADED ME VERY UNCOMFORTIBLE, THAT I QUIT WORKING WITH THE GOVT, ON 09-10-2002, MY LAST PAID CHECK FROM THE AGENCY WAS FOR $8,000 EIGHT THOUSAND DOLLARS. I QUIT, I EVEN LEFT THE UNITED STATES, AND WENT TO MEXICO, TO GET AWAY FROM THIS MESS... THE AGENCY TURNED OFF THE NEUROTECH, OFF MY BODY NERVES UNTILL 11-30-2007, FROM THIS DATE, UNTILL THIS DATE 01-29-2008 MY HEARING AND SEEING NERVES HAVE BEEN ACTIVATED IN A 24 HOUR DAILY MANIPULATION PROGRAM, UNIVERSAL COMMUNICATION THAT GOING STRAIGHT INTO MY BRAIN NERVES, EVERY SECOND OF THIS LAST FIVE YEARS THEY HAVE BEEN MANIPULATING ME, OR DISTURBING ME, THROUGH THIS CENTRALIZE CONCENTRATED INTERNAL COMMUNICATION, I DONT HEAR VOICES, I WORKED WITH THE GOVERNMENT SECRET SPECIAL SPYING INTELL-NEURO UNIVERSAL TECH, WHICH IS IMPLANTED IN MY BODY NERVES. I BEEN LIVING LIKE THIS ALL THIS YEARS, 24 HOURS DAILY, HEARING THESE AGENTS INTERNAL COMMUNICATION, I DONT HEAR THE TELEVISION, ALL I HEAR IS THESE AGENTS THREATENING ME, THEY CONTROL ALL THE COMMUNICATIONS IN THE AIR AND CAN MANIPULATE ALL UNIVERSAL COMMUNICATIONS, TO THEIR AGENCY COMMUNICATION, ALL THESE AGENTS DO, IS MESS WITH ALL PEOPLE THROUGH THIS NEURO TECH, ALL DAY LONG... DOING INTELL-IGENCE, DISTURBING PEOPLE WITHOUT THEIR KNOW-LEDGE, THIS NEURO TECH, IS CHEMICALLY SECRETLY IMPLANTED IN ALL HUMANS, IF THIS WASN'T TRUE, WE WOULNT HAVE THE INTERNAL AFFAIR ADMINISTRATIONS, THESE SPECIAL OFFICIALS TAKE ADVANTAGE OF PEOPLE LIKE ME, BECAUSE IF I SAID ANYTHING ABOUT WHAT THEY ARE DOING TO ME DAILY TO ANYBODY IN THIS JAIL, ALL JAIL STAFF AND OFFICERS ARE WALKING AROUND BENIGHTED, TO THE SPECIAL GOVT OFFICIALS NEUROTECHNOLOGY... CLASSIFICATION STAFF WILL YOU PLEASE TAKE INTO CONSIDERATION ITEM NUMBER ONE TO 5 AND PLEASE RECONSIDER MY REQUEST TO BE REHOUSED BACK TO THE GENERAL POPULATION AT YOUR CONVENIENCE PLEASE.?!!

ITEM ONE... ON 06-21-2003 THE F.B.I SPECIAL AGENT ERICK LAMOE AND HIS PARTNER VISITED ME, AT THE ELMWOOD M-3-C FACILITY, AGENT LAMOE, WAS GOING TO FILED SOME LEGAL PAPER WORK WITH THE DISTRICT ATTORNEY'S OFFICE, FOR ME TO BE RELEASED, I CONTINUED TO AGENT LAMOE, THE ILLEGAL ACTIVITY, FROM THE AGENT SUSAN. THE AGENT LAMOE TOLD ME TO FORGET WHAT I SAID ABOUT AGENT SUSAN, AND THAT HE WAS GOING TO CLEAR ME OUT, I LET AGENT LAMOE, THAT EVEN IF HE DID THAT FOR ME, THAT I WASENT GOING TO WORK WITH THEM ANYMORE OR THE AGENCY NEUROTECH, TO TURNED OFF IMMEDIATELY BECAUSE IT WAS VIOLATING MY DUE PROCESS CONSTITUTIONAL RIGHTS, ON THIS CASE NO FF-30212b... AGENT LAMOE ADVISED ME TO FORGET, ABOUT WHAT I JUST TOLD HIM, AND THAT HE WAS GOING TO FORGET ABOUT ALL THE BAD THINGS I DID WHILE WORKING WITH THEM. I TOLD AGENT LAMOE, TO JUST TURN THE AGENCY NEUROTECH OFF MY BODY NERVES BECAUSE MY WORDS WERE FINAL. THE AGENT LAMOE, WARNED ME TO NOT BE TELLING NOBODY FROM THE COURT, ABOUT THEIR INTELL TECH, BECAUSE ALL PEOPLE WERE BENIGHT PEOPLE, AND THAT THEY WERE GOING TO THINK THAT I WAS CRAZY, AND THAT THEY WOULD SEND ME TO THE STATE HOSPITAL, THE AGENT LAMOE, TOLD ME THAT HE WAS GOING TO COME BACK TO SEE ME IN TWO MORE WEEKS, TO SEE IF I CHANGED MY MIND, THE AGENCY 24 HOURS DAILY, WAS AND HAVE BEEN COMMUNICATING WITH ME, CHIDEST OF COMMUNICATION BY THESE LAMOE AGENTS. YES THE COURT SENDED ME TO THE STATE HOSPITAL AT THE END OF 2003, I WAS THERE AT THE HOSPITAL 45 DAYS ONLY. THE COURT SENDED ME AGAIN FOR THE SECOND TIME TO THE STATE HOSPITAL ON 11-8-2004, THIS SECOND TIME, I WAS ONLY THERE AT THE HOSPITAL SIX'S DAYS, THE DOCTORS CONFIRMED MY STORY, THEY CALLED MY FAMILY. MY FAMILY COULD NOT BELIEVED WHERE I WAS, THE DOCTORS CALLED THE F.B.I AGENCY, AND THE AGENCY CONFIRMED THE ERROR, THE HOSPITAL KICK ME OUT WITHIN SIX'S DAYS, THAT I WAS THERE, TRANSFERED BACK TO THE COUNTY JAIL, SINCE THE F.B.I CONFIRMED TO THE STATE HOSPITAL THE ACTIVE ERROR, WITH ME BEING IN SUCH PLACE, I THOUGHT THAT THE F.B.I AGENCY, WAS GOING TO CORRECT THEIR MISTAKE, AND TURNED THE AGENCY NEUROTECH, OFF MY NERVES, I WRITE MANY GOVERNMENT ADMINISTRATIONS BRINGING THIS ACTIVE PROBLEM TO THEIR ATTENTION. NOTHING WAS DONE TO STOP THIS ACTIVE PROBLEM BY NONE OF THIS ADMINISTRATIONS... EVEN THOUGH I WASENT GOING TO WORK WITH THE GOVT NEUROTECH, ANYMORE, I DIDNT WANTED TO DISCLOSED BY NAME. BUT NOTHING WAS DONE BY NONE OF THIS ADMINISTRATIONS...

ITEM TWO... ON JANUARY 2005, I FILED A U.S.C. 1983 CIVIL RIGHTS COMPLAINT ON THE U.S. DISTRICT COURT CASE NO. C-050495, BUT NOTHING WAS DONE TO CORRECT THIS ACTIVE VIOLATION, I ALSO IN 2004 BROUGHTED THIS WHOLE MATTER TO THE SANTA CRUZ DISTRICT ATTORNEY OFFICE D.A. CHRISTINE MCGUIRE, NEVER HEARD FROM THIS DISTRICT ATTORNEY, MY BRAIN NERVES ARE PROGRAMMED TO THE 24 HOURS DAILY INTERNAL COMMUNICATION EVERY SECOND, BY THE F.B.I AGENCY, ALL AGENTS EXPERIMENTING ON ME, DISTURBING ME, I GO TO SLEEP WITH THIS INTERNAL COMMUNICATION I WAKE UP TO THIS INTERNAL COMMUNICATION. I KNOW THESE AGENTS HATE ME, THEY ARE DOING THIS TO

PAGE THREE

ME. SOMEBODY ELSE WON'T LIVE THIS LONG, WITH THIS SECRET INTERNAL PUNISHMENT, BY THESE AGENTS. I HAVE PLENTY OF PATIENCE BECAUSE I KNOW THE END. THIS PUNISHMENT. I KNOW THE LAW. ALL LAWS.

ITEM THREE: ON 02-24-2005 APPROX 18:30 HOURS, I RECEIVED AN UNEXPECTED VISIT, THE SECRET SERVICE AGENTS, THEY CAME TO SPEAK TO ME ABOUT THESE F.B.I. AGENTS. THE AGENTS WANTED TO CALLED F.B.I AGENT ERICK LAMOE, FROM THE JAIL INTERVIEWING ROOM, BUT THE OTHER AGENT SAID, OUR SIGNALS WON'T WORK HERE. THESE AGENTS, TOLD ME TO NOT TO WORRIED ABOUT MY CHARGES, THAT THEY WOULD TAKE CARE OF THAT, JUST TO COME BACK AND WORK WITH ME AND THE FAMILY. WE DIDN'T AGREED AT THE END OF OUR INTERVIEW, THESE AGENTS TOLD ME TO KEEP THEIR NEURO TECH SECRET BECAUSE IT WAS THEIR GOVT SECRET TECH. I DIDN'T DID REJECTED THESE AGENTS, EVEN THOUGH I'M THE VICTIM, BEING VICTIMIZED BY THEM ALL. I QUICKLY WROTE MY FIRST GRIEVANCE FORM, LOG.NO 59224 ON 02-25-05. REPORTING THIS VISIT, AND ASKING THE ADMINISTRATION IF THEY COULD REJECT FOR ME THIS VISITS BY THESE AGENTS, EXPLAINING THE SITUATION TO THE ADMINISTRATION THAT I'M INN WHIT THESE AGENTS. I ALSO REPORTED THIS WHOLE MATTER TO THE CHIEF EDWARD C. FLORES, THE CAPTAIN WONG AND THE LT FISHER, THEY ALL WROTE TO ME AND ADVISED ME TO EXERCISE MY RIGHTS, AND REFUSED THIS VISITS, SPECIALLY IF AGENT SUSAN WOULD TRIED TO VISIT ME.

ITEM FOURTH: ON 05-24-2005 I FILED A SUPERIOR COURT RESTRAINING ORDER CASE NO 105-CV041896, ON THE F.B.I AGENCY, AGENT LAMOE, TO TURNED THE NEURO TECH, OFF MY BODY NERVES, AND TO STAY AWAY FROM ME, BEFORE THE COURT HEARING ON 06-10-2005 THE U.S ATTORNEY KEVIN V. RYAN REMOVED THIS MATTER TO THE U.S. DISTRICT COURT, CITING FEDERAL JURISDICTION. HE WAS FIRED BY THE PRESIDENT BUSH ADMINISTRATION, AND MY STATE MATTER, U.S. DISTRICT COURT CASE NO C-0502276, WAS ASSIGNED TO A PROGRAM, FOR AN EARLY SETTLEMENT RESOLUTION. FROM $100, THOUSAND DOLLARS TO A MILLION DOLLARS SETTLEMENT OFFERS, HAVE BEEN ISSUE TO ME. I WON'T EVEN SETTLE FOR TWO MILLION DOLLARS TO THIS DATE. 01-29-2008. THIS MATTER IS NOT ABOUT MONEY. BUT I WANT THE JURY PEOPLE TO DECIDED MY FUTURE, AND WHAT I'M ENTITLE FOR ALL THIS PAST FIVE YEARS DAILY SUFFERING, THROUGH THIS DAILY CRUEL INTERNAL PUNISHMENT AND ABUSED BY THESE AGENTS.

ITEM FIVE: AFTER ALL THIS COMPLAINTS, THE SERGEANT NAVARETE, LIE TO ME, THE UNIT OFFICERS, AND SET ME UP WITH THE F.B.I. SUPERVISORS ON 05-15-2006. I ONLY CAME OUT OF THE UNIT BECAUSE THE C/O GONZALES 2153 ADVISED ME THAT CLASSIFICATION SERGEANT NAVARETE WANTED TO SPEAK WITH ME, I CAME OUT OF THE 4C UNIT THINKING THAT I WAS GOING TO BE DOWN CLASS, ME AND THESE AGENTS GOT SLOWLY, WITH A VERBAL ALTERATION, THEY TRIED TO BRAIN WASHED, TELLING ME THAT IF I DID NOT ACCEPTED AN ADIGGY LETTER FROM THE AGENTS DOING THIS TO ME, THAT THEY WERE GOING TO RESIGNED FROM THE AGENCY, AND THAT CONCERNING THE HOMICIDE THAT I COMMITTED ON 07-21-2001. THAT THE D.A'S OFFICE DID NOT WANTED TO CHARGED ME WITH THAT CRIME, BECAUSE IT WAS A MANSLAUGHTER CHARGE, NOT A SERIOUS CHARGE. I CLEARLY LET THESE F.B.I AGENTS KNOW, THAT I WAS GOING TO FILE A COMPLAINT ON THIS ILEGAL VISIT. THESE AGENTS WANTED TO SPEAK TO ME ABOUT, THE U.S. DISTRICT COURT CASES, NO. C-0500495 AND C-0502276. I TOLD THESE AGENTS, THAT, THAT WAS THE COURT JOB, NOT THEIR JOB TO DO. THESE AGENTS TOLD ME, THAT THE COURT, TOLD THEM, TO RESOLVED THIS MATTER WITH ME PERSONALLY BECAUSE OF SENSITIVE GOVT INFORMATION, WHICH THIS MATTERS CONTAIN. I LET THESE AGENTS KNOW THAT IS AN ACTIVE LAWSUIT, AND TO PLEASE TURNED OFF THE NEURO TECH, OFF MY HEARING NERVES. YES, I DID THREATENED THESE AGENTS WITH DEATH, IN THE FUTURE IF I EVER RUN IN TO THEM, FOR WHAT THEY ARE DOING TO ME, AND FOR WHAT THEY DONE TO ME ALL THIS YEARS, INTERVIEW WAS TERMINATED WITH A VERBAL ALTERATION, THE C/O GONZALES WITNESS THIS ILEGAL VISIT, AND TOLD ME, THAT HE WAS NOT AWARE, THAT THIS WAS GOING TO TAKE PLACE, THAT SERGEANT NAVARETE LIE TO HIM TOO. C/O GONZALES ADVISED ME TO FILE A COMPLAINT ON THIS ISSUE AND TOLD ME, THAT ON THE FUTURE, HE WASN'T GOING TO ALLOWED THIS TO HAPPEN AGAIN. GRIEVANCES FORMS TO THIS ISSUE. LOG NO 65353 65571. AND MORE. THERE'S TOO MUCH, CONTRADICTIONS INTO THIS MATTER, BY JAIL OFFICIALS. ON PAPER.

CLASSIFICATION STAFF

ON 01-15-2008, I REFILED THE SUPERIOR COURT RESTRAINING ORDER, CASE NO. 108 CH 001333 ON THE F.B.I SPECIAL AGENT ERICK LAMOE AND THE AGENCY NEURO TECH, TO BE ORDERED OFF MY HEARING NERVES, I HAVE A COURT HEARING ON THE 02-05-2008 IN DEPARTMENT 101 AT 1:30 PM. ON THIS WHOLE ISSUE, ALL JAIL GRIEVANCES FORMS, ARE SUBMITTED ON THIS RESTRAINING COURT ORDER WITH ALL THIS ILEGAL ACTIVITY THAT HAD TAKEN PLACE IN THIS JAIL THIS PAST FEW YEARS. WITH ME, FROM THE BEGINNING OF ALL THIS COMPLAINT CLASSIFICATION STAFF, EVEN THOUGH I WAS BEING HEAVILY DISTURBED AND INTERNALLY PUNISHED BY THESE AGENTS THROUGH THIS NEURO TECH IN MY BODY, I NEVER LOST MY MIND, OR GOT IN TROUBLE IN JAIL, WITH INFRACTIONS, I WAS A TRUSTEE WHEN I WAS REHOUSED TO THIS SEGREGATED UNIT ON 06-11-2005. I NEVER BEEN A THREAT TO NONE OF YOU, I EVEN HELP, ONE OF YOUR OFFICERS R. SAUNDERS WHEN HE WAS BEING CHOKED BY INMATE JOHN WOODY D.S.O. 573, IN MAY, 2004, THE OTHER TRUSTEE ROBERT HALBERT B.W.P C36 WAS RELEASED FROM CUSTODY, BECAUSE OF C/O SAUNDERS COURT TESTIMONY INTO THIS INCIDENT. THE COURT, THE JUDGE SUSPENDED THE FOUR YEARS PRISON TERM, AND RELEASED HIM ON A TWO YEAR INFORMAL PROBATION, FOR BEEING A HERO, INTO THIS SIMPLE ASSISTANCE, AND I WAS THE TRUSTEE, THAT TOOKED THAT INMATE DOWN, FOR C/O SAUNDERS. THESE OTHER TRUSTEE WAS ONLY TELLING THE INMATE WOODY TO STOP. I NEVER ASKED, FOR NOTHING IN RETURN. BECAUSE IT GOES BOTH WAYS, IF I WAS IN THAT SITUATION THAT OFFICER WOULD DO THE SAME FOR ME. IF I DID POSSES A THREAT TO ANY JAIL STAFF, WHAT WAS I DOING WHEN I HELP THESE OFFICER? AFTER THE SECRET SERVICE AGENTS VISIT, MY FAMILY GOT INCONTACT WITH ME, BECAUSE MY WHOLE FAMILY WERE INTERVIEWED BY THESE AGENTS, MY FAMILY NEVER SEEING THIS TYPES OF AGENTS IN REAL LIFE, THEY WERE SCARED, I HAD TO TELL MY FAMILY THE WHOLE TRUTH, AND I WARNED THEM, TO STAY AWAY FROM ME, BECAUSE THESE AGENTS HAD THREATENED ME WITH THEIR LIFES. CLASSIFICATION STAFF WILL YOU PLEASE LOOK INTO MY REQUEST, AND ISSUE ME YOUR RESPONSE, FOR FORM, WILL BE SUBMITTED TO THE 9TH CIRCUIT COURT, WHETHER IS GRANTED OR NOT WITHIN THE FOLLOWING MONTH, ENCLOSED WITH U.S. DISTRICT COURT CASE NO C-076135, WHICH IS THE SAME COMPLAINT, BUT DISCLOSING THE GOVT NEURO TECH, BY NAME. CLASSIFICATION STAFF, I WOULD LIKE TO GET A CHANCE, TO BE DOWN CLASS. ONE CHANCE

P.S

IF ANY OF YOU, JAIL STAFF WANT TO KNOW, HOW THIS GOVT NEURO TECH, OPERATES ON ALL HUMANS, I HAVE A PAMFLET THAT YOU CAN READ AND EVEN COPIED TOO. IT AFFECTS ALL HUMANS, THIS NEURO TECH, IS IN ALL PEOPLE, THIS GOVT NEURO TECH, ITS CONSIST OF POSITIVE PARTICLES, SOLAR RECHARGEABLE MOLECULE SPECIAL COATINGS OF UNIVERSAL MICRO DOTS. AND ATOMS. IN THE HUMAN BODY NERVES, WHAT THESE SPECIAL AGENTS TAUGHT ME, AND FULLY EDUCATED ME. AT THEIR LEVEL. TOO. BAD THERE'S PEOPLE FOR JOKES, AND PEOPLE THAT DON'T LIKE TO HEAR THEM

02-18-2008

CLERK, IF YOU ARE WALKING AROUND BENIGHTED IN YOUR LIFE, I APOLIGIZE TO YOU, FOR NOT KNOWING THE FACTS, OF THE NEURO TECH IN YOUR EYES. FOR THE COURT CLERK, AND THE JUDGES OF THE NINTH CIRCUIT COURT, OF APPEALS.

I WAS ADVISED BY THE UNITED STATES DISTRICT COURT JUDGE RONALD M. WHITE, TO ASK THE COURT TO RECONSIDER OPENING THE ORIGINAL U.S. DISTRICT COURT CASE NO. C-0502276, THROUGH A WRITTEN LETTER. I DONE THAT MANY TIMES, WITH NO RESPONSES FROM THE COURT. ANY AND ALL COMPLAINTS THAT I HAVE BROUGHTED TO THE ATTENTION OF THE COURT, IS THE SAME COMPLAINT, IF THE CLERK GAVED THIS MATTER, A DIFFERENT COURT CASES NUMBERS !! IT IS NOT MY FAULT! IT IS THE SAME TRUE VERY SERIOUS COMPLAINT ! I'M BRINGING NOW THIS SAME MATTER, TO THE NINTH CIRCUIT COURT OPENING THE JUDGE RONALD M. WHITE CROOKED JUDGMENT SI. INTO MY MATTER. LETTING ME BEING VICTIMIZED DAILY BY THE TRUE FACTS OF MY ACTIVE COMPLAINT. I BEEN IN THE CUSTODY OF THIS JAIL, SINCE 06-15-2003. AND THE F.B.I AGENCY, NEURO TECH, HAS ALWAYS BEEN ACTIVE OPERATIVE ONLY AS A 24 HOURS, CRUEL, VERY CRUEL DISTURBING PUNISHMENT, BY THE AGENCY, THROUGH THEIR AGENCY, GOVT NEURO TECH ACTIVE ON MY BODY NERVES. I KNOW THE POWER OF CORRUPTION, I KNOWN HOW, EVIL, AND CORRUPTED THE GOVERNMENT IS. NOT BY THE SUFFERING THE AGENCY AGENTS, HAVE AND ARE INFLICTING ON ME DAILY, BUT BY THE TRUE FACTS, OF THIS EVIL NEURO TECH, IN ALL HUMANS !! IN WHICH IS A VERY EVIL, THING TO DO TO PEOPLE !! WHAT CAN I EXPECT, WHAT KIND OF JUDGMENTS CAN I EXPECT ?! FROM THESE JUDGES.. THAT SEE, THE FACTS, AND TRIED TO LOOK THE OTHER WAY, !! I'M NOT GOING ANY WHERE BUT BACK TO THE DIRT WHEN I DIE !! I'M WAITING FOR THE JUDGES TO CORRECT THIS TRUE MATTER... OR WHAT IS THAT GOING TO HAPPEN TO THE REST OF MY LIVING DAYS.. ?!! DO I HAVE TO CONTINUE, SHOWING THE COURT THE FACTS, AND CONTINUE GOING IN CIRCLES !! I'M NOT GOING ANY WHERE, UNTILL THE JUDGES CORRECT THIS SERIOUS ACTIVE GOVERMENT CORRUPTION ! IF I EVER EXIT THIS PLACE, WITHOUT OFFICIAL GOVT CORRECTION INTO THIS MATTER, I'M ONLY GETTING RELEASED TO KILLED THE JUDGE RONALD M. WHITE FOR CONTRIBUTING TO THIS ACTIVE EVIL CORRUPTION "ANY AND ALL MATTERS THAT I HAVE BROUGHTED TO THE COURTS ATTENTION, IS THE SAME MATTER !!

    1. C-0500495
    2. C-0502276
  + 3. C-076135

        SAME MATTER

                FACT

THE UNITED STATES OF AMERICA, GOVERMENT SECRET SPECIAL STRING INTELLIGENCE, NEURO UNIVERSAL TECHNOLOGY, INTERNAL GOVT SECRET TECH, OPERATIVES AND SPECIAL GOVT PERSONNEL, INTERNAL AFFAIRS TECH, HAS BEEN ACTIVE ON MY BODY NERVES BY FORCED SINCE 11-30-2002, TO THIS VERY DATE 02-18-2008. BY THE FARROW BUREAU OF INVESTIGATIONS, AGENCY, BY FORCED ON THIS YEARS DERAYING ME FROM LIFE .. I'M A WISE PERSON, I DO UNDERSTAND THAT THIS CASES ARE NATIONAL SECURITY CONCERNS. IF TO PROCEED, IN COURT. BUT I'M THE VICTIM AND I'M BEING VICTIMIZED DAILY BY THESE PIECES OF SHIT AGENTS, AND SPECIAL OFFICIALS THROUGH THIS TECH, IMPLANTED IN MY BODY NERVES AND THAT IS ACTIVE OPERATIVE BY FORCED "BY THESE PIGS. JAMES AGENTS, THAT HAD 24 HOURS DAILY, SINCE 11-30-2002, TO THIS VERY DATE 02-18-2008 HAD INFLICTED EVERY SECOND OF THIS MANY YEARS EMOTIONAL DISTRESS !

CLERK I'M ASKING FOR THE COURT JUDGES TO LOOK INTO THIS SERIOUS MATTER, AND ISSUE ME JUDGMENT ON THIS MATTER, AS A HUMAN THAT I AM, I'M ENTITLED TO JUSTICE. PLEASE ISSUE ME A RELIEF, OR HOUSED ME LIKE THE GOVT DOES TO ALL THE INNOCENT PEOPLE, COMPLAINING ABOUT THIS NEURO GOVT TECH, IN PRISON. I MIGHT BE A TERRORIST TOO.. SINCE I BELIEVE IN HUMANS RIGHTS !! AND I WILL DIE FOR THIS RIGHTS. ! THIS NEURO GOVT TECH, IN MY BODY NERVES, KILLED MY SOUL IF I HAD ONE ! I'M READY TO START KILLING, JUDGES AND PIGS. FROM THE FARROW, INTERNAL GOVERNMENT]

CLERK I'M ENCLOSING \
ALL THIS DOCUMENTS, SO THAT THE !! \
COURT, CAN LOOK INTO MY MATTER

                PETER CHAVEZ GODINEZ
                BK. 03031558 → DTL 957

FARROW = TO GIVE BIRTH TO A LITTER OF PIGS.... I NAMED YOU ALL CORRECTLY • ITS WHAT YOU ALL ARE FOR THIS TO ME !

*SAME CASES* → C-0500495.
C-076135    *ITEM ONE PART TWO. TOTAL OF NINE PAGES.*

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS

PETER GODINEZ CHAVEZ

**DEFENDANTS** FEDERAL BUREAU OF INVESTIGATIONS, AGENCY~
950 S. BASCOM AVENUE, CAMPBELL, CALIF. 95128... (408) 294-7830
UNITED STATES SECRET GOVERNMENT, ALL SPECIAL AGENTS AND SECRET OPERATIVES
SPECIAL SPRING INTELL-SENCE, NEURO UNIVERSAL HUMAN MICROSYSTEM TECHNOLOGY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

I'M ENTITLE TO COURT APPOINTED COUNSEL TO
REPRESENT ME, ON THIS SPECIAL GOVT COMPLAINT...

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For diversity cases only)                                           AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding
☐ Removed from State Court
☐ Remanded from Appellate Court
☐ Reinstated or Reopened
☐ Transferred from Another district (specify)
☐ Multidistrict Litigation
☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product | Med Malpractice | ☐625 Drug Related Seizure of | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | Liability | ☐365 Personal Injury | Property 21 USC 881 | | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment | ☐320 Assault Libel & | Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐460 Deportation |
| & Enforcement of | Slander | ☐368 Asbestos Personal | ☐640 RR & Truck | ☐820 Copyrights | ☐470 Racketeer Influenced and |
| Judgment | ☐330 Federal Employers | Injury Product Liability | ☐650 Airline Regs | ☐830 Patent | Corrupt Organizations |
| ☐151 Medicare Act | Liability | | ☐660 Occupational | ☐840 Trademark | ☐810 Selective Service |
| ☐152 Recovery of Defaulted | ☐340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐850 Securities/Commodities/ |
| Student Loans (Excl | ☐345 Marine Product | ☐370 Other Fraud | ☐690 Other | | Exchange |
| Veterans) | Liability | ☐371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge |
| ☐153 Recovery of Overpayment | ☐350 Motor Vehicle | ☐380 Other Personal | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | 12 USC 3410 |
| of Veteran's Benefits | ☐355 Motor Vehicle | Property Damage | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐891 Agricultural Acts |
| ☐160 Stockholders Suits | Product Liability | ☐385 Property Damage | ☐730 Labor/Mgmt Reporting & | ☐863 DIWC/DIWW (405(g)) | ☐892 Economic Stabilization |
| ☐190 Other Contract | ☐360 Other Personal Injury | Product Liability | Disclosure Act | ☐864 SSID Title XVI | Act |
| ☐195 Contract Product Liability | | | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐893 Environmental Matters |
| ☐196 Franchise | | | ☐790 Other Labor Litigation | | ☐894 Energy Allocation Act |
| | | | ☐791 Empl.Ret. Inc. Security | | ☐895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Act | **FEDERAL TAX SUITS** | Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate | | ☐870 Taxes (US Plaintiff or | ☐900 Appeal of Fee |
| ☐220 Foreclosure | ☐442 Employment | Sentence Habeas Corpus: | | Defendant | Determination Under |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐530 General | | ☐871 IRS - Third Party | Equal Access to Justice |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | | 26 USC 7609 | ☐950 Constitutionality of State |
| ☐245 Tort Product Liability | ☒440 Other Civil Rights | ☐540 Mandamus & Other | | | Statutes |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☒550 Civil Rights | | | ☐890 Other Statutory Actions |
| | ☐446 Amer w/ disab - Other | ☐555 Prison Condition | | | |
| | ☐480 Consumer Credit | | | | |
| | ☐490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

I BEEN IN THE CUSTODY, OF SANTA CLARA COUNTY JAIL, SINCE 06-15-2003, ON STATE GOVT CRIMINAL CHARGES, CASE NO FF.302126 AND CC1182723. THE FEDERAL BUREAU OF INVESTIGATIONS, AGENCY, ALL SPECIAL AGENTS & OPERATIVES SECRET GOVT INTELL-NEURO UNIVERSAL TECHNOLOGY IMPLANTED IN MY BODY, HAS BEEN ACTIVE ALL THIS YEARS WHILE IN CUSTODY

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $_____ CHECK YES only if demanded in complaint.
UNDER F.R.C.P. 23    TEN MILLION DOLLARS LAWSUIT...    JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".    FRANKLY NONE, DISCLOSING THE GOVT SECRET NEUROTECH, IMPLANTED IN ALL HUMANS SECRETLY...

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    ☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE 10-31-2007    SIGNATURE OF ATTORNEY OF RECORD



LEGAL MAIL.

CLERK, WILL YOU PLEASE SEND ME THE STATUS
OF MY MATTER. ?

RECEIVED

MAY 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

TO. CLERK OF THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF CALIFORNIA...
450 GOLDEN GATE AVENUE, BOX 36060,
SAN FRANCISCO, CALIFORNIA. 94102

CHAVEZ GODINE
D 31558 → D.T.L 957
CLARA Co. DEPT OF CORRECTIONS
N SAN PEDRO STREET
OSE CALIF. 95110