E-filing

C-0500495
C-0502276 — ONE MATTER / SAME
C-076135 — TRUE COMPLAINT

C-07V308    1417

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMW

PETER CHAVEZ GODINEZ )   APPEALING ALL MY MATTER, SAME **(PR)**
                     )   MATTER / THE U.S DISTRICT COURT
         Plaintiff,  )   CASE NO. CLERK, ISSUE MY MATTER
                     )   MANY U.S DISTRICT COURT CASES
    vs.              )   PRISONER'S NUMBERS BUT ITS ALL ONE
F.B.I SPECIAL AGENT T. KICK (ANOF) THE F.B.I ) APPLICATION TO PROCEED    MATTER
AGENCY, ALL SPECIAL AGENTS, OPERATIVES. U.S GOV'T ) IN FORMA PAUPERIS
SPECIAL SPYING INTELLIGENCE NEURO UNIVERSAL TECH )
*SECRET GOVT INTELLI TECH...  Defendant. )

I, PETER CHAVEZ GODINEZ declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?  Yes ___  No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

FROM 1999 TO 09-10-2002... FROM 1999 TO 07-21-2001, AS A C.W FROM 07-21-2001 - TO 09-10-2002, GOVT, RECRUITED ACTIVE OPERATIVE C.I A SPY WITH THE F.B.I, AGENCY, NEURO GOVT SECRET TECH.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or self employment     Yes ____ No ✓____

    b.   Income from stocks, bonds, or royalties?     Yes ____ No ____

    c.   Rent payments?     Yes ____ No ____

    d.   Pensions, annuities, or life insurance payments?     Yes ____ No ____

    e.   Federal or State welfare payments, Social Security or other government source?     Yes ____ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.   Are you married?     Yes ____ No ✓____

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ _____ Net $ _____

4.   a.   List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5.  Do you own or are you buying a home?    Yes ____ No X

Estimated Market Value: $ NO    Amount of Mortgage: $ NO

6.  Do you own an automobile?    Yes ____ No NO

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If no, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ NONE

Do you own any cash? Yes ____ No X Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

8.  What are your monthly expenses?

Rent: $ BEEN IN CUSTODY SINCE 06-15-03 Utilities: _____

Food: $ _____    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NONE_____
4  _____
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?  Yes ___  No ✓
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10  SAME MATTER, THE U.S. DISTRICT COURT CLERK, ISSUE MY MATTER
11  MANY U.S. DISTRICT COURT CASES NUMBERS, BUT ITS THE SAME MATTER SAME
12  TRUE COMPLAINT " SAME MATTER "
    I consent to prison officials withdrawing from my trust account and paying to the court
13  the initial partial filing fee and all installment payments required by the court.
14        I declare under the penalty of perjury that the foregoing is true and correct and
15  understand that a false statement herein may result in the dismissal of my claims.
16
17  02-18-2008                              [signature]
        DATE                           SIGNATURE OF APPLICANT
18
                                        SAME MATTERS
19
                            Case Number: C-0502276
20
                                        SAME Complaint
21

- 4 -

|   |   |
|---|---|
| 1 | |
| 2 | Case Number: _____ |
| 3 | |

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __PETER CHAVEZ__ for the last six months
[prisoner name]
__SCC DEPT OF CORRECTION__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __12.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__6.65__.

Dated: __2/29/08__

_____
[Authorized officer of the institution]
Accountant II

```
=========================================================================
                       SANTA CLARA COUNTY DOC
=========================================================================
                         Resident Account Summary
                    Friday, February 29, 2008  @09:51
=========================================================================
For PFN: DTL957    CHAVEZ, PETER
-------------------------------------------------------------------------
 Date       Transaction Description              Amount   Balance   Owed    Held    Reference
-------------------------------------------------------------------------
02/29/2008  DEPMO       641499584                 30.00    51.87    0.00    0.00
02/21/2008  ERF         OID:100754078-ComisaryRef  21.32    21.87    0.00    0.00
02/19/2008  EPR         OID:100754078-ComisaryPur -21.32     0.55    0.00    0.00
02/12/2008  EPR         OID:100750977-ComisaryPur  -4.97    21.87    0.00    0.00
02/05/2008  EPR         OID:100747965-ComisaryPur -13.20    26.84    0.00    0.00
01/29/2008  DEPMO       101322261436              40.00    40.04    0.00    0.00
11/27/2007  EPR         OID:100719236-ComisaryPur  -5.63     0.04    0.00    0.00
11/19/2007  EPR         OID:100715863-ComisaryPur  -8.80     5.67    0.00    0.00
11/15/2007  ERF         OID:100713284-ComisaryRef   4.10    14.47    0.00    0.00
11/13/2007  EPR         OID:100713284-ComisaryPur -14.19    10.37    0.00    0.00
11/09/2007  <INP>       Payment for INP on 2007-1  -1.10    24.56    0.00    0.00
11/09/2007  <INP>       Payment for INP on 2007-1  -1.10    25.66    1.10    0.00
11/09/2007  <INP>       Payment for INP on 2007-1  -1.10    26.76    2.20    0.00
11/09/2007  <INP>       Payment for INP on 2007-1  -1.10    27.86    3.30    0.00
11/09/2007  <INP>       Payment for INP on 2007-0  -1.10    28.96    4.40    0.00
11/09/2007  <INP>       Payment for INP on 2007-0  -1.10    30.06    5.50    0.00
11/09/2007  <INP>       Payment for INP on 2007-0  -1.10    31.16    6.60    0.00
11/09/2007  <INP>       Payment for INP on 2007-0  -1.10    32.26    7.70    0.00
11/09/2007  <INP>       Payment for INP on 2007-0  -1.10    33.36    8.80    0.00
11/09/2007  <INP>       Payment for INP on 2007-0  -0.54    34.46    9.90    0.00
11/09/2007  DEPMO       5766642672                35.00    35.00   10.44    0.00
10/23/2007  INP         OID:100704065-ComisaryPur   1.10     0.00   10.44    0.00
10/16/2007  INP         OID:100700928-ComisaryPur   1.10     0.00    9.34    0.00
10/09/2007  INP         OID:100697523-ComisaryPur   1.10     0.00    8.24    0.00
10/02/2007  INP         OID:100694431-ComisaryPur   1.10     0.00    7.14    0.00
09/25/2007  INP         OID:100691333-ComisaryPur   1.10     0.00    6.04    0.00
09/11/2007  INP         OID:100685321-ComisaryPur   1.10     0.00    4.94    0.00
09/04/2007  INP         OID:100682331-ComisaryPur   1.10     0.00    3.84    0.00
08/21/2007  INP         OID:100676160-ComisaryPur   1.10     0.00    2.74    0.00
08/14/2007  INP         OID:100673490-ComisaryPur   1.10     0.00    1.64    0.00
08/07/2007  <INP>       OID:100670429-ComisaryPur  -0.56     0.00    0.54    0.00
08/07/2007  INP         OID:100670429-ComisaryPur   1.10     0.56    1.10    0.00
07/24/2007  <INP>       OID:100664676-ComisaryPur  -1.10     0.56    0.00    0.00
07/24/2007  INP         OID:100664676-ComisaryPur   1.10     1.66    1.10    0.00
06/26/2007  EPR         OID:100653080-ComisaryPur -18.58     1.66    0.00    0.00
06/21/2007  DEPMO       57-36665726               20.00    20.24    0.00    0.00
06/05/2007  EPR         OID:100644374-ComisaryPur -12.07     0.24    0.00    0.00
05/31/2007  ERF         OID:100641470-ComisaryRef  12.30    12.31    0.00    0.00
05/29/2007  EPR         OID:100641470-ComisaryPur -36.12     0.01    0.00    0.00
05/24/2007  DEPMO       5736665037                36.00    36.13    0.00    0.00
02/13/2007  EPR         OID:100598141-ComisaryPur  -5.89     0.13    0.00    0.00
02/06/2007  EPR         OID:100595666-ComisaryPur  -3.97     6.02    0.00    0.00
01/30/2007  EPR         OID:100592583-ComisaryPur  -6.11     9.99    0.00    0.00
01/25/2007  ERF         OID:100589837-ComisaryRef  11.70    16.10    0.00    0.00
01/23/2007  EPR         OID:100589837-ComisaryPur -15.90     4.40    0.00    0.00
01/20/2007  DEPMO MJ    10138666151               20.00    20.30    0.00    0.00
01/16/2007  EPR         OID:100587069-ComisaryPur  -8.37     0.30    0.00    0.00
01/09/2007  EPR         OID:100584248-ComisaryPur -10.22     8.67    0.00    0.00
01/02/2007  EPR         OID:100581604-ComisaryPur -17.25    18.89    0.00    0.00
12/26/2006  EPR         OID:100578929-ComisaryPur -13.90    36.14    0.00    0.00
12/20/2006  DCASH MJ    57-36641129               50.00    50.04    0.00    0.00
10/31/2006  EPR         OID:100556941-ComisaryPur  -6.30     0.04    0.00    0.00
10/24/2006  EPR         OID:100553705-ComisaryPur -23.74     6.34    0.00    0.00
10/19/2006  DEPMO MJ    57-36630656               30.00    30.08    0.00    0.00
10/10/2006  EPR         OID:100548082-ComisaryPur  -2.04     0.08    0.00    0.00
09/26/2006  EPR         OID:100542296-ComisaryPur -28.36     2.12    0.00    0.00
09/12/2006  DEPMO MJ    57-36628298               30.00    30.48    0.00    0.00
06/20/2006  EPR         OID:100504851-ComisaryPur -25.18     0.48    0.00    0.00
-------------------------------------------------------------------------
                                  Page 1
```