Clerk..

I received a copy of the status of case no. CV-08-1417 today. Clerk the question I have for you, is why?! Does my matter, keeps going back, to the same evil garbage Judge Ronald M. White?! When I filed this matter CV-08-1417, for the 9th Circuit Court. Why do I have to keep going back to the same Ho... Clerk I been in custody since 06-15-2003 and the U.S. government, special spying intell. Neuro tech, has been active operative, 24 hours daily. Violating my life and due process rights, in this state govt criminal case no. FF302126. The Judge White is the biggest piece of pig shit, I ever have experience in my life, how could he just be doing this to me, by denying me justice. I'm going to appeal all his judgments. Into my matter! I'm going to take my matter, all the way to the Supreme Court. As a human, I am violated! By this evil govt neuro tech, in my body nerves, that is active operative by forced. By the F.B.I agency... Clerk this matter CV-08-1417, is for the 9th Circuit Court, and not for these Judge White. I want my matter, to be re-assigned to the 9th Circuit Judges. Please my matter, needs official judgment, not denying me justice like Ronald M. White, is doing to me. That's a very evil races Judge. Toward me. I hope that someday, I run into him, I'm going to killed his whole family. For doing this to me.

Trully
Felic...

RECEIVED
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk, please re-assigned my matter to a different Judge. Immediately

Clerk, I don't understand why, you have givend my matter, so many different cases numbers, when its the same matter. I have never related no other complaint, to no court, but the same matter, over and over again. Why are you givening my matter so many different cases numbers, when it is the same matter! The govt, neuro tech, being active operative by forced by the stupid dumb pieces of shit F.B.I agents, violates all my rights! Same complaint Clerk. Why different cases numbers! Its the same complaint!! Now you have the dumb lame Judge White claiming 1915..shit, as an excuse my complaint dosent applied to that rule, because it is the same complaint, you gave my complaint all this cases numbers, when is the same complaint!

PETER CHUNG - GODINEZ
YK6301558 → DTL457
SANTA CLARA CO. DPT OF CORRECTIONS
885 N. SAN PEDRO STREET
SAN JOSE, CALIF. 95110

LEGAL MAIL

SAN JOSE CA 951
17 MAR 2008 PM 2 L

94102+3661

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIF. 94102

CASE NO. CV-08-1417