UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PETER CHAVEZ GODINEZ
PLAINTIFF,

VS.

F.B.I. SPECIAL AGENT ERICK K. LAMOE & THE F.B.I. AGENCY. ALL SPECIAL AGENTS & OPERATIVES. U.S. GOV'T SPECIAL SPYING INTELLIGENCE NEURO UNIVERSAL TECHNOLOGY. SECRET GOV'T INTELL-TECHNOLOGY...
DEFENDANT.

CASE NO. CV-08-1417

SHOWING CAUSE MOTION

SHOWING CAUSE WHY MY MATTER, SHOULD NOT BE DISMISSED PURSUANT TO THE COURT'S EXCUSE 28 U.S.C. § 1915 (9), TO CONTINUED PARTICIPATING IN THIS ACTIVE GOV'T CORRUPTION, THAT THE PLAINTIFF, IS IN.. THE COURT CLERK, THE PLAINTIFF BELIEVES, THAT IT DID NOT READ THE MATTER CV-08-1417 WHEN IT WAS RECEIVED, DUE TO THIS MATTER, BEING ISSUE FOR THE 9TH CIRCUIT COURT NOT FOR THIS MATTER, TO BE ASSIGNED BACK TO THESE JUDGE WHYTE .. CLERK SEE ITEM ONE.. WHAT YOU WROTE ON THIS MATTER, IT WAS NOT FOR THAT PURPOSED... I WILL REFILED THE SAME MATTER AGAIN TO THE 9TH CIRCUIT COURT APPEALING ALL, THE JUDGE WHYTE, JUDGMENTS INTO ONE SIMPLE MATTER, THAT YOU CHOOSED TO REGISTER WITH SO MANY CASES NUMBERS... THE PLAINTIFF, HAVE BEEN IN THE SANTA CLARA COUNTY JAIL, SINCE 06-15-2003, TO THIS VERY DATE 05-13-08 WITH THE GOV'T INTELL-IGENCE NEUROTECH, ACTIVE OPERATIVE, 24 HOURS DAILY, BY FORCED, BY THE F.B.I. AGENCY, AGENTS AND AGENT SUSAN USING THEIR TECH, AGAINST MY BODY NERVES, FRYING MY ORGANS AND NERVES, THROUGH THE IONICS DATA PARTICLES DEPRIVING ME FROM LIFE AND JUSTICE 24 HOURS DAILY.. INSIDE THIS JAIL.. AND THESE JUDGE WHYTE, JUST WANTS TO IGNORED ME TRUE COMPLAINT, LIKE IF I WAS AN ANIMAL, OR A BEAST ... I WILL REFILED THIS SAME MATTER STRAIGHT TO THE 9TH CIRCUIT COURT, WITH THE THREE JUDGES PANNEL, TO APPEAL ALL THE NONSENSE JUDGMENTS, JUDGE WHYTE HAVE ISSUE AGAINST ME... THE QUESTION I HAVE FOR THE U.S. DISTRICT COURT JUDGE WHYTE, I'M NOT ENTITLE TO MENTI? I WILL MAKE YOU FAMOUS, WITHIN LESS THAN A YEAR. YOU'LL SEE... FOR YOURSELF! IF I HAPP I RUN INTO YOU' I'M GOING TO CUT YOUR FUCKEN HEAD OFF JUDGE WHYTE.

SHOWING PLENTY OF CAUSE TO A BIASED JUDGE...
PLAINTIFF
PETER CHAVEZ GODINEZ

THIS IS A BIG HYPOCRICY, AND THESE JUDGE WHYTE, IS CONTRIBUTING TO THIS ACTIVE GOVERNMENT CORRUPTION, ME AND THE AGENTS RESPONSIBLE FOR ALL THIS GREAT MESS THEY DONE WITH ME, WE ARE NOT GOING TO SETTLE THIS DISPUTE OURSELVES, LIKE THE COURT WISHES TOO... THERE WILL BE INNOCENT PEOPLE KILLED BECAUSE OF THIS HUMAN VIOLATION YOU'LL SEE' STUPID JUDGE WHYTE

05-13-2008



1    In light of these dismissals, and because plaintiff is under imminent danger of
2  serious physical injury, he is ordered to show cause within **thirty days** of the date this
3  order is filed, why this action should not be dismissed pursuant to 28 U.S.C. § 1915(g).[1]
4  In the alternative, plaintiff may avoid dismissal by paying the full $350.00 filing fee by
5  the court's deadline.
6    **Failure to file a response within thirty days of the date this order is filed or**
7  **failure to pay the full filing fee will result in the dismissal of this action without**
8  **further notice to plaintiff.**
9    IT IS SO ORDERED.
10  DATED: 4/21/08

RONALD M. WHYTE
United States District Judge

*[Handwritten margin note: "I'm only time assaulted daily without medical, and burned through the radiations on purpose by these stupid agents."]*

*[Large handwritten X across the signature area]*

---

[1] The court notes that such a dismissal would be without prejudice to bringing his claims in a paid complaint. See Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).

Order to Show Cause Re: Dismissal Pursuant to 28 U.S.C. § 1915(g)
P:\pro-se\sj.rmw\cr.08\Godinez417oscifp     3

E-filing

C-0500495
C-0502276 — ONE MATTER, SAME
C-076135.        TRUE COMPLAINT

C-07V08  1417

RMW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER CHAVEZ GODINEZ )  APPEALING ALL MY MATTER, SAME
 ) MATTER / THE U.S. DISTRICT C... (PR)
 ) CASE NO. CLERK, ISSUE MY MATTER
 Plaintiff, ) MANY U.S. DISTRICT COURT CASES
 ) PRISONER'S NUMBERS BUT IT'S ALL ONE
 vs. ) APPLICATION TO PROCEED MATTER
F.B.I SPECIAL AGENT, FRICK LAMOE & THE F.B.I ) IN FORMA PAUPERIS
AGENCY, ALL SPECIAL AGENTS, OPERATIVES, U.S GOVT )
SPECIAL SPYING INTELLIGENCE NEURO UNIVERSAL TECH )
SECRET GOVT INTELL TECH... Defendant. )
 )

I, PETER CHAVEZ GODINEZ declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

T.K. CHAVEZ GODINEZ
XK6302155B → D-TL-457
SANTA CLARA Co. JAIL DEPT OF CORRECTIONS
885 N. SAN PEDRO STREET
SAN JOSE, CALIF. 95110

9311343008

SAN JOSE CA 951

CASE NO. CV-08-1417

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIF. 95113-3095