***E-FILED - 5/30/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER CHAVEZ GODINEZ, | ) | No. C 08-1417 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| ERIC LAMOE, | ) | |
| Defendant. | ) | (Docket No. 2) |

Plaintiff, a detainee at the Santa Clara County Jail and frequent litigant in this court, filed the instant pro se complaint pursuant to 42 U.S.C. § 1983. Plaintiff also has filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On April 28, 2008, the court issued an order to show cause to plaintiff as to why the instant complaint should not be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). See Andrews v. King, 398 F.3d 1113, 1121 (9th Cir. 2005). On May 15, 2008, plaintiff filed a response to the court's order to show cause. Plaintiff states that he intended to file the instant matter with the United States Court of Appeals for the Ninth Circuit, not with this court. Plaintiff has not demonstrated that his prior cases, set forth below, do not qualify under 28 U.S.C. 1915(g).

The Prison Litigation Reform Act of 1995 ("PLRA"), which was enacted on April

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Godinez417dis          1

1  26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment
2  under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while
3  incarcerated or detained in any facility, brought an action or appeal in a court of the
4  United States that was dismissed on the grounds that it is frivolous, malicious, or fails to
5  state a claim upon which relief may be granted, unless the prisoner is under imminent
6  danger of serious physical injury." 28 U.S.C. § 1915(g).

7    A review of the dismissal orders in plaintiff's prior prisoner actions in this court
8  reveal that he has had three such cases dismissed on the grounds that they were frivolous,
9  malicious, or failed to state a claim upon which relief may be granted. See Godinez v.
10 Lamoe, C 05-0495 RMW (PR) (dismissed as frivolous); Godinez v. Lamoe, C 05-2276
11 RMW (PR) (dismissed for failure to state a claim); Chavez v. Bush, C 05-3899 RMW
12 (PR) (dismissed as frivolous).

13   Accordingly, in light of these dismissals, and because plaintiff is not under
14 imminent danger of serious physical injury, the instant civil rights action is DISMISSED
15 without prejudice pursuant to 28 U.S.C. § 1915(g). Plaintiff may file his claims in a paid
16 complaint in a new case. Based upon this dismissal, plaintiff's motion to proceed in
17 forma pauperis (docket no. 2) is DENIED. The clerk shall terminate all pending motions
18 and close the file.

19   IT IS SO ORDERED.
20 DATED: 5/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge