***E-FILED - 5/30/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER CHAVEZ GODINEZ, | ) | No. C 08-1417 RMW (PR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| ERIC LAMOE, | ) | |
| Defendant. | ) | |

The court has dismissed the instant civil rights action without prejudice pursuant to 28 U.S.C. § 1915(g). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/23/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge