*E-FILED - 5/30/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CHAVEZ GODINEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIC LAMOE,<br><br>        Defendant. | No. C 08-1417 RMW (PR)<br><br>JUDGMENT |

    The court has dismissed the instant civil rights action without prejudice pursuant to 28 U.S.C. § 1915(g). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED:   5/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.08\Godinez417jud       1